**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| JOHN MATHNA,<br><br>*Plaintiff*,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br><br>*Defendant*. | ) | Case No. 1:21-cv-107<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Susan K. Lee |

# ORDER

The undersigned district judge **RECUSES** himself in this case pursuant to 28 U.S.C. § 455.

**SO ORDERED.**

/s/***Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**