**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| JOHN MATHNA, | ) | |
| | ) | Case No. 1:21-cv-107 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Susan K. Lee |
| LINCOLN LIFE ASSURANCE | ) | |
| COMPANY OF BOSTON | ) | |
| | ) | |
| *Defendant*. | ) | |

# ORDER

Pursuant to 28 U.S.C. § 455, the undersigned has recused himself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Charles E. Atchley, Jr., United States District Judge, for all further proceedings.

**SO ORDERED.**

**/s/*Travis R. McDonough***
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**