**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.741.1670, FX - 615.532.2788**
**Service.Process@tn.gov**

RECEIVED

JUN 30 2021

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

June 25, 2021

Lincoln Life Assurance Co. Of Boston
2908 Poston Avenue C/O C S C
Nashville, TN 37203
NAIC # 65315

Certified Mail
Return Receipt Requested
7018 2290 0001 0484 8372
Cashier # 20210378

Re: John Mathna V. Lincoln Life Assurance Co. Of Boston

Docket # 121Cv107

To Whom It May Concern

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served June 25, 2021, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc: Federal District Court Clerk
900 Georgia Avenue
Chattanooga, Tn 37402

# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

RECEIVED
JUN 30 2021
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

| | | |
|---|---|---|
| JOHN MATHNA<br>*Plaintiff(s)*<br>v.<br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON<br>*Defendant(s)* | ) | Civil Action No. 1:21-cv-107 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lincoln Life Assurance Company of Boston (NAIC CoCode: 65315)
by and through the Commissioner of the Tennessee Department of Commerce and Insurance
500 James Robertson Parkway
Suite 660
Nashville, Tennessee 37243-1131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: R. Chandler Wilson
414 McCallie Ave.
Chattanooga, TN 37402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: June 17, 2021

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:21-cv-107

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

☐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

☐ I returned the summons unexecuted because ____________________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

TN Department of Commerce & Insurance

Service of Process
500 James Robertson Parkway
Nashville, Tennessee 37243

FIRST CLASS

U.S. POSTAGE PITNEY BOWES
ZIP 37243 $ 000.51⁰
02 4W
0000369239 JUN 28 2021

FEDERAL DISTRICT COURT CLERK
900 GEORGIA AVENUE
CHATTANOOGA, TN 37402

X-RAYED

37402@2259 C003