UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

JOHN MATHNA

Plaintiff,

v. Case No. 1:21CV00107

LINCOLN LIFE ASSURANCE CO OF BOSTON

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Defendant ,

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

Texas

☑ **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 16, 2021

(Signature–hand signed)

Name: Iwana Rademaekers

Firm: Law Offices of Iwana Rademaekers, P.C.

Address:

17304 Preston Road, Suite 800, Dallas, Texas 75252

Email address: iwana@rademaekerslaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.

U.S. District Court
Northern District of Texas

# CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

**Iwana Rademaekers**

| Bar Number: | Date of Admission: |
| --- | --- |
| **16452560** | **11/07/1988** |

Witness my official signature and the seal of this court.

Dated: July 12, 2021

Karen Mitchell,
Clerk of Court

By: /s/ K. Riojas
Deputy Clerk