**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| **JOHN MATHNA,** | ) |
| | ) CIVIL ACTION NO. 1:21cv00107-CEA-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Charles E. Atchley, Jr. |
| | ) |
| **LINCOLN LIFE ASSURANCE** | ) |
| **COMPANY OF BOSTON,** | ) Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Lincoln Life Assurance Company of Boston files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. Lincoln Life Assurance Company of Boston is a wholly owned subsidiary of The Lincoln National Life Insurance Company, an Indiana insurance company.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 16th day of July 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Motion for Admission Pro Hac Vice Pending)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 16th day of July 2021, a true and correct copy of the foregoing pleading was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

R. Chandler Wilson, Esq.
Email: cwilson@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers