**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | | |
|---|---|---|
| **JOHN MATHNA,** | ) | |
| | ) | CIVIL ACTION NO. 1:21cv00107-CEA-SKL |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | District Judge Charles E. Atchley, Jr. |
| | ) | |
| **LINCOLN LIFE ASSURANCE** | **)** | |
| **COMPANY OF BOSTON,** | **)** | Chief Magistrate Judge Susan K. Lee |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD

Pursuant to the Scheduling Order (Document 20) entered by the Court on September 1, 2021, Notice is hereby given that on July 21, 2021, Lincoln Life Assurance Company of Boston served a full and complete bates-labeled copy the administrative record upon Plaintiff via electronic mail.

Respectfully submitted this 12th day of October 2021.


**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **12th day of September 2021**, a true and correct copy of the foregoing **NOTICE OF SERVICE OF THE ERISA ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

R. Chandler Wilson, Esq.
Email: cwilson@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers