**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| **JOHN MATHNA,** | ) |
| | ) CIVIL ACTION NO. 1:21cv00107-CEA-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Charles E. Atchley, Jr. |
| | ) |
| **LINCOLN LIFE ASSURANCE** | **)** |
| **COMPANY OF BOSTON,** | **)** Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant Lincoln Life Assurance Company of Boston files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on September 1, 2021 (Document 20).

1. Group Disability Income Policy Certificate (Lincoln/Mathna 001-090);

2. January 21, 2021, correspondence containing decision on appeal (Lincoln/Mathna 124-131); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Mathna 091-123 and 132-495).

Dated this 15th day of November 2021.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**

/s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the **15th day of November 2021**, a true and correct copy of the foregoing **DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD** was filed via the Court's CM/ECF electronical filing system, which served the following counsel of record via electronic notification:

R. Chandler Wilson, Esq.
Email: cwilson@buchanandisability.com

*/s/ Iwana Rademaekers*
Iwana Rademaekers