**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes | Claim | Class | Correspond | Doc List | Medical | SPELL Letters

Claim Number 9866785 Claim Last Updated 01/21/2021 Printed On 7/6/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JOHN D MATHNA | SSN | | Birth Date | |
| Address | | Salary Amount $ | 1200.00 | Mode | M |
| | | Date of Hire | 01/01/2001 | | |
| | | Last Work Date | 09/25/2019 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |
| JobDesc | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Failure to Provide Proof | Received Date | 03/06/2020 |
| Disability Date | 09/26/2019 | Close Date | 09/26/2019 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 05/24/2028 | RTW FT / PT | |
| Ben Begin Date | 03/24/2020 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc S34.0 Concussion and edema of lumbar and sacral spinal cord

Diagnosis 2 Code/Desc G54.6 Phantom limb syndrome with pain

Policyholder Information

Customer ID 05 - 290468 VOLKSWAGEN GROUP OF AMERICA

Subsidiary NSC0 VOLKSWAGEN GROUP OF AMERICA

Location V1200000 VOLKSWAGEN GROUP OF AMERICA

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2012

Class 1A ALL FULL-TIME EMPLOYEES OF VOLKSWAGEN GROUP OF AMERICA AND SUBSIDI

Waiting Period: New/Mode-Current/Mode 90 Day 90 Day Days in WRKWK

Elimination Period: Days/Type 180 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP+ 7.00 Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit Own Occupation Definition Limit 12 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind N

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1A | 01/01/2012 |

Additional Information:

EXHIBIT

3

https://systemone-gateway.services.lfg.com/wasapps/systemone?PageName=ClaimCoversh... 7/6/2021



Lincoln/Mathna 091

**Note Report**

| Report | Clear | Print | Help |
|---|---|---|---|

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt Tasks

Claim
* **Claim/Event/Leave Number** 9866785 **Accommodation Number**
**Note type:**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**07/02/2021 3:13 PM - CLAIM Note 39**
Claim/Event/Leave: 9866785
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [07/02/2021 - ODGAARD, EDITH]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**03/18/2021 2:53 PM - PHONE Note 15**
Claim/Event/Leave: 9866785
NoteSubject : Called Other
Other Subject : ATTNY
Text: [03/18/2021 - MCCOY, LAUREN]CALL TO ATTNY OFFICE REGARDING REQUEST FOR FILE COPY. SPOKE WITH PARALEGAL REN- SHE CONFIRMED COPY RECEIVED, BELIEVES COMMUNICATIONS JUST GOT CROSSED. REN ADVISED NOTHING ELSE NEEDED AND DISREGARD 3/4/21 COMMUNICATION. CMTHANKED, CALL ENDED.

**03/11/2021 7:46 AM - CLAIM Note 38**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : COPY JOB
Text: [03/11/2021 - ROSZELLE, MICHAEL]REQUEST COMPLETED FOR FULL CLAIM FILE REQUEST FOR CLAIM #9866785. SUBMITTED TO THE ATTORNEY VIA ONE DRIVE TO THE EMAIL ADDRESS PROVIDED MAIL@BUCHANANDISABILITY.COM.

**03/10/2021 4:39 PM - CLAIM Note 37**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject :
Text: [03/10/2021 - MCCOY, LAUREN]FULL CLAIM FILE REQ TO ADMINHOA FOR DELIVERY TO ERIC BUCHANAN

**01/21/2021 4:40 PM - CLAIM Note 36**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : OUT
Text: [01/21/2021 - VANCE, SHERRI]APPEAL UPHOLD----- THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. THE DETERMINATION TO DENY BENEFITS IS BEING MAINTAINED ON APPEAL. UPHOLD LETTER SENT TOCLAIMANT'S ATTORNEY.

**01/21/2021 4:30 PM - PHONE Note 14**
Claim/Event/Leave: 9866785
NoteSubject : Called Other
Other Subject :
Text: [01/21/2021 - VANCE, SHERRI]CALLED THE EES ATTORNEY OFFICE AND LEFT MESSAGE W/ RECEPTION. ADVISED REVIEW OF THE APPEAL IS COMPLETED AND UPHOLDING THE DENIAL. ADVISED WILL SEND A LETTER W/ THE DECISION.

**01/21/2021 4:25 PM - CLAIM Note 35**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : TOLLING
Text: [01/21/2021 - VANCE, SHERRI]SECOND PERIOD OF TOLLING 12/17/20 TO 1/7/21. NEW 90TH DAY 3/6/21.

**12/18/2020 7:04 AM - CLAIM Note 34**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subiect : VENDOR PAYMENT

Other Subject : VENDOR INVOICE
Text: [12/18/2020 - YEREMIAN, KEVORK]INVOICE RECEIVED ON 12/14/2020 AND DATED 12/14/2020 FROM MLS GROUP OF COMPANIES. INV # 95534-1, IN THE AMOUNT OF $892.50 FOR PEER REVIEW PERFORMED BY LUCIEN PARRILLO WITH A SPECIALTY IN OCCUPATIONAL MEDICINE. DATES OF SERVICE 12/14/2020 INVOICE PAID IN FULL.

**12/17/2020 1:43 PM - CLAIM Note 33**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : RTR
Text: [12/17/2020 - VANCE, SHERRI]SENT RTR LETTER VIA EMAIL TO ATTORNEY ALONG W/ INFORMATION OBTAINED FROM ER ON APPEAL. DEADLINE FOR RESPONSE 1/7/21.

**12/17/2020 1:38 PM - PHONE Note 13**
Claim/Event/Leave: 9866785
NoteSubject : Called Other
Other Subject : RTR CALL ATTORNEY
Text: [12/17/2020 - VANCE, SHERRI]CALLED THE EE'S ATTORNEY AND SPOKE W/ REN ORLIC (ASSISTANT). ADVISED SENDING MEDICAL REVIEW TO ALLOW THEM TIME TO REVIEW AND RESPOND PRIOR TO A DETERMINATION.

**12/17/2020 1:15 PM - CLAIM Note 32**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : PEER REVIEW
Text: [12/17/2020 - VANCE, SHERRI]PEER REVIEW COMPLETED BY DR. LUCIEN PARRILLO (SPORTS MEDICINE, OCC MED). THE PEER NOTED THAT THE EE HAS A HX OF SPINAL CORD INJURY SUSTAINED IN 1998 AND AMPUTATION OF THE LEFT ARM SUSTAINED IN 2002. THE EE HAS CHRONIC PAIN SYNDROME (PHANTOM LIMB SYNDROME). THE OBJECTIVE EVIDENCE DOES NOT SUPPORT ANY NEWLY DIAGNOSED CONDITIONS OR WORSENING OF EXISTING CONDITIONS THAT WOULD RESULT IN FUNCTIONAL INCAPACITY. NOTING THAT THERE EE HAS NO NEW DIAGNOSTIC TESTING/IMAGING THAT WOULD SUPPORT ANY TYPE OF NEW PATHOLOGY INDICATIVE OF PHYSICAL IMPAIRMENT/MEDICALLY NECESSARY RESTRICTIONS/LIMITATIONS. THE EE UNDERWENT AN FCE THAT DETERMINED THE EE WAS NOT CAPABLE OF SUSTAINING FULL TIME EMPLOYMENT; HOWEVER, THERE IS NO MEDICAL EVIDENCE TO SUPPORT A CLEAR ETIOLOGY FOR THIS DETERMINATION, AND THERE HAVEN'T BEEN ANY NEW INJURIES/TRAUMATIC EVENTS/WORSENING OF EXISTING CONDITIONS THAT WOULD EXPLAIN ANY ALTERATION IN EXISTING FUNCTION.

**12/17/2020 1:09 PM - CLAIM Note 31**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : VENDOR INVOICE
Text: [12/17/2020 - VANCE, SHERRI]REC'D MLS INVOICE #95534-1, FOR OCC MED PEER REVIEW, ON JOHN MATHNA, AMOUNT $892.50, 12/14/20. REFERRED TO SUPPORT FOR PROCESSING.

**12/04/2020 9:43 AM - CLAIM Note 30**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : COPY JOB
Text: [12/04/2020 - HOLMES, SIERRA]COPY OF DOC LIST EXPECT OUTBOUND CORRESPONDENCE SENT TO MLS @REFERRALS@MLS-IME.COM VIA ONEDRIVE.

**11/30/2020 8:51 PM - CLAIM Note 29**
Claim/Event/Leave: 9866785
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 11/30/2020 - REFERRED TO MLS GROUP OF COMPANIES FOR PEER REVIEW.

**11/26/2020 11:50 AM - CLAIM Note 28**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : PEER REFERRAL
Text: [11/26/2020 - VANCE, SHERRI]REFERRED FOR OCC MED PEER REVIEW.

**11/24/2020 3:41 PM - CLAIM Note 27**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : STATUS
Text: [11/24/2020 - VANCE, SHERRI]SENT LETTER RESUMING REVIEW 11/24/20.

**11/24/2020 3:05 PM - CLAIM Note 26**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : ELIGIBILITY
Text: [11/24/2020 - VANCE, SHERRI]REC'D AN EMAIL FROM THE ER. REC'D THE EE'S JOB DESCRIPTION. JOB TITLE VEHICLE DELIVERY CENTER MANAGER, DEPARTMENT IS FINANCE. APPEARS LIKELY SEDENTARY. PER ER THE EES DLW WAS 9/23/19. PRIOR TO 9/23/19 THE EE HAD BEENWORKING IN HIS OO W/O ACCOMMODATIONS. THE EE HAD NOT BEEN MISSING TIME FROM WORK DUE TO HIS DISABILITY PRIOR TO 9/24/19. ER INDICATED THAT THE EE WAS ON A PAID SUSPENSION, NOT MEDICAL LEAVE STARTING 9/24/19 UNTIL HIS TERMINATION ON 10/9/19. MAKINGDLW 9/23/19 AND DOD 9/24/19.

**11/18/2020 10:50 AM - CLAIM Note 25**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : FORMS
Text: [11/18/2020 - VANCE, SHERRI]REC'D A LETTER FROM THE ATTORNEY W/ THE EE CLAIM FORMS. THE ATTORNEY INDICATED THAT THIS IS EVERYTHING THEY PLAN ON SUBMITTING AND TO PROCEED W/ THE REVIEW. REC'D LFG AUTH FROM EE DATED 10/1/20 REC'D ACTIVITIES QUESTIONNAIRE EE REPORTS UNABLE TO WORK DUE TO CONSTANT PAIN THAT DISRUPTS HIS SLEEP. EE INFORMATION FORM LIST DR. BUJARK AS THE CLMT'S ONLY TREATING PROVIDER. EE SUPPLEMENTARY STATEMENT EE INDICATED NOT WORKING, DOESN'T OWN A BUSINESS, HE DOESN'T HAVE ANY PROFESSIONAL LIC. EE INDICATED HE ISN'T RECEIVING ANY OTHER INCOME. FAMILY INFORMATION QUESTIONNAIRE, TEE: VOCATIONAL TRAINING MOTORCYCLE MECHANIC CERTIFICATION, INDICATED EE WAS A MANAGER WHEN HE STOPPED WORKING. TPA GIVING PERMISSION TOSPEAK W/ DIANA DAVIES (WIFE).

**11/18/2020 9:41 AM - CLAIM Note 24**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : INITIAL REVIEW
Text: [11/18/2020 - VANCE, SHERRI]PRESCREEN COMPLETED. CODING IS ACCURATE. LTD FI ERISA. CLAIM FILED 03/06/2020. JD NOT ON FILE REQUESTED FROM DCM. AUTH NOT ON FILE REQUESTED FROM CLAIMANT. CLAIM DENIED FTP, DATE OF DENIAL WAS 05/13/2020. APPEAL TIMEFRAME IS DAYS, APPEAL DUE 05/13/2020. LETTER OF APPEAL RECEIVED 11/09/2020. ATTORNEY REPRESENTED. 180 DAYS. ACTION PLAN: THE EE IS A 57 YEAR OLD UNKNOWN OCC (NO JD, OR OA IN FILE). DOD 9/26/19, BBD 3/24/20, CID 3/24/21, MBP 5/24/2/8. THE EE IS DXW/ PHANTOM LIMB PAIN LEFT ARM POST AMPUTATION, SPINAL CORD INJURY C1-C4, AND MILD INTERMITTENT ASTHMA. INFORMATION IN MED RECS INDICATED THE EE SUSTAINED A SPINAL CORD INJURY C1-C4 IN 1998 AS A RESULT OF MVA AND UNDERWENT A LEFT UE AMPUTATION IN 2002 DUE TO UNKNOWN REASON. THE EE HAS REPORTED PHANTOM LIMB PAIN SINCE 2019. THE MED RECS IN THE CLAIM FILE ARE ONLY FROM DR. OLIVER BUJARK (FAMILY) DATED 7/10/19-4/29/20. OV 7/10/19 EE WAS GIVEN SCRIPT FOR NEW PROTHESIS. OV 11/6/19 NOTED THE EE HAS REPORT NECK PAIN SINCE MVA (NO DATE BUT DID NOTE THE MVA WAS AFTER THE ARM AMPUTATION). THE EE HAD REPORTED BEING OFF WORK SINCE 9/24/19. EE REPORTED HIS PAIN HAD INCREASED OVER THE PAST 2 MOS. THE EE INDICATED HE WASN'T INTERESTED IN PAIN MED.ASSESSED: CHRONIC PAIN AND AMPUTATION LEFT UPPER EXTREMITY. 4/29/20 WAS ZOOM APPT. DUE TO CHRONIC PAIN. RESTRICTIONS FORM 4/29/20 DR. BUJARK (FAMILY) INDICATED THAT HE FIRST TREATED THE EE 7/10/19 AND LOV WAS 4/20/20. THE EE IS BEING SEEN AS NEEDED FOR SPINAL CORD INJURY, PHANTOM LIMB PAIN, POST LEFT ARM AMPUTATION. DR. BUJARK INDICATED THAT THE EE SHOULD NOT WORK. NOTING EE HAS HAD WORSENING PAIN SINCE LAST YEAR, AND INDICATED THAT THE PAIN IS SO SEVERE THAT THE EE IS UNABLE TO FUNCTION. DR. BUJARK INDICATED THAT THE EE NEEDED A NEUROLOGY EVALUATION, BUT HE DOESN'T HAVE INSURANCE TO DO THIS. THE CLAIM WAS DENIED AS FTP WITH NO BENEFITS APPROVED. THE FTP WAS DUE TO NOT RECEIVING ANY MEDICAL RECORDS THAT THE EE WAS ADVISED WOULD BE NECESSARY TO EVALUATE THE CLAIM. ON APPEAL REC'D A LETTER FROM THE EES ATTORNEY. THE ATTORNEY HAS REVOKED ANY AUTH TO SPEAK W/ OR REQUEST INFO FROM THE EES PROVIDERS; HOWEVER, THE EE NEVER SUBMITTED AN AUTH WITH THE CLAIM. REC'D AN FCE DATED 9/24/20 INDICATING THE EE WOULD BE UNABLE TO SUSTAIN WORK ACTIVITIES FOR OVER AN 8 HR. WORKDAY, MED RECS FROM DR. OLIVER BUJARK (FAMILY), MEDICAL AGREEMENT FROM DR. BUJARK AGREEING W/ FCE FINDINGS. ACTION PLAN: SENT EMAIL TO EE REQUESTING A COPY OF THE JD AND INFORMATION CONFIRMING THE EES LAST DATE WORKED AND IF THE EE HAD BEEN MISSING TIME FROM WORK PRIOR TO HIS DLW, AND WHEN THE EES PAY ENDED, ALSO TO VERIFY IF THE EE HAD BEEN PERFORMING HIS OO PRIOR TO DOD AND IF HE HAD BEEN WORKING WITH/WITHOUT ACCOMMODATIONS. CALLED ATTORNEY AND LEFT V/M, SENDING ACK LETTER.

**11/18/2020 9:36 AM - PHONE Note 12**
Claim/Event/Leave: 9866785
NoteSubject : Called Other
Other Subject : INITIAL CALL
Text: [11/18/2020 - VANCE, SHERRI]CALLED THE EES ATTORNEY'S OFFICE AND LEFT V/M ON MAIN V/M. ADVISED APPEAL REC'D AND CALLING TO CONFIRM THIS IS EVERYTHING BEING SUBMITTED FOR THE APPEAL.

**11/16/2020 8:18 AM - CLAIM Note 23**
Claim/Event/Leave: 9866785
NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [11/16/2020 - AVERILL, REBECCA]ASSIGNED TO SHERRI VANCE

**11/13/2020 8:50 PM - CLAIM Note 22**
Claim/Event/Leave: 9866785
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 11/13/2020 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**11/13/2020 9:10 AM - CLAIM Note 21**
Claim/Event/Leave: 9866785
NoteSubject : Ref to Appeals
Other Subject : APPEAL
Text: [11/13/2020 - KAYLOR, ROBERT]REFERRED FOR APPEALS

**11/12/2020 3:19 PM - CLAIM Note 20**
Claim/Event/Leave: 9866785
NoteSubject : Other

NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [11/12/2020 - INGRAM, KEAHTI]AGREE WITH REFERRAL TO ARU- CLAIM DENIED FTPP, OUTSTANDING MEDICAL WAS NOT RECEIVED ON APPEAL

**11/10/2020 11:15 AM - CLAIM Note 19**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : TO M1/ARU
Text: [11/10/2020 - MCCOY, LAUREN]CM RECEIVED APPEAL REQUEST FROM LEGAL REP ERIC BUCHANAN & ASSOCIATES. REQUEST FOR M1 SIGN OFF FOR ARU REFERRAL SENT TO CLT BOX.

**07/20/2020 10:25 AM - CLAIM Note 18**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : ADMIN
Text: [07/20/2020 - HOFFNER, FAYE]REQUEST FOR FULL CLAIM FILE 9866785 AND SUBMIT VIA SECURE ONE DRIVE TO MAIL@BUCHANANDISABILITY.COM. ADMIN COMPLETED AND RESPONDED OF COMPLETION: GOOD MORNING CHARLES, I COMPLETED YOUR FULL CLAIM FILE 9866785 AND SUBMITTED VIA SECURE ONE DRIVE TO MAIL@BUCHANANDISABILITY.COM THE LINK WILL BE ACCESSIBLE 24 HOURS OF SUBMISSION AND THE P/W IS THE FIRST TWO INITIALS OF THE CLAIMANTS FIRST NAME AND DOB. EXAMPLE ONLY: MA0508220 CASE SENSITIVE THESE INSTRUCTIONS ARE IN THE BODY OF THE EMAIL TO THE REQUESTOR

**06/08/2020 3:51 PM - CLAIM Note 17**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : ATTNY
Text: [06/08/2020 - MCCOY, LAUREN]LETTER OF REPRESENTATION. UPDATED CONTACT AND ADDED INFO NOTE. ALL CORRESPONDENCE TO ATTNY VIA EMAIL ( PREFERRED METHOD)

**05/12/2020 9:32 AM - PHONE Note 11**
Claim/Event/Leave: 9866785
NoteSubject : Called EE
Other Subject : LVMM
Text: [05/12/2020 - MCCOY, LAUREN]CALL TO EE TO DISCUSS CLAIM STATUS. EE DID NOT ANSWER. LEFT MSG ADVISING THERE HAS BEEN AN IMPORTANT UPDATE ON HIS CLAIM. CM MAILING CORRESPONDENCE. EE CAN CALL IF QUESTIONS.

**05/12/2020 8:05 AM - CLAIM Note 16**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [05/12/2020 - WOOD, KELLY]MGR AGREES W/ DENIAL FOR FTPP AS OUTLINED

**05/11/2020 7:54 AM - CLAIM Note 15**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : REFER TO M1
Text: [05/11/2020 - MCCOY, LAUREN]LDW 9/25/2019 DOD 9/26/2019 BBD 3/24/2020. STD TO LTD ESC. DX- SPINAL CHORD INJURY. EE REPORTEDCOMPLICATIONS OF EXCESSIVE PAIN, PARALYSIS OF LEFT ARM. EE BEING TREATED BY PCP DR. BUJAK - RECEIVED OVN AND RF, MISSING RECSFROM PAIN MGT OR NEUROLOGIST. EE PLACED ON N&P FOR MEDICAL/FORMS ON 3/27. TO REPLY TO MAILING (3/27, 4/9) OR CALLS (3/17, 4/9). EE RECOMMEND DENY FTPP. TO MGR FOR REVIEW.

**04/14/2020 3:24 PM - PHONE Note 10**
Claim/Event/Leave: 9866785
NoteSubject : Called EE
Other Subject : LVMM
Text: [04/14/2020 - MCCOY, LAUREN]DCM CALLED TO PROVIDE AN UPDATE ON STATUS AND DISCUSS INFORMATION NEEDED FOR CLAIM REVIEW. RECEIVED VC MAIL. LEFT MSG WITH REQ FOR RC

**04/09/2020 1:00 PM - PHONE Note 9**
Claim/Event/Leave: 9866785
NoteSubject : Called AP
Other Subject : DR BUJAK
Text: [04/09/2020 - MCCOY, LAUREN]CALL TO AP TO F/U ON STATUS OF MR REQUEST. CALL TRANSFERRED SEVERAL TIMES. FIRST TIME TO THE HOSP RECORDS MGT WHO ADVISED I WOULD HAVE TO CALL THE AP OFFICE. DCM CALLED AP OFFICE SPOKE WITH LILLY. LILLY ADV REQUEST FROM 4/6. SHE ADV TO RESEND TO THE ATTENTION OF KAREN. DCM CONFIRMED WITH LILLY EE HAS NO FUTURE APPTS SCHEDULED WITH AP.CALL ENDED.

**04/09/2020 12:59 PM - CLAIM Note 14**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : UTC
Text: [04/09/2020 - MCCOY, LAUREN]EMAILED FOLLOW UP LETTER TO EE WITH UTC WORDING

**04/09/2020 12:43 PM - PHONE Note 8**
Claim/Event/Leave: 9866785
NoteSubject : Initial EE Interview
Other Subject : 2ND ATTEMPT
Text: [04/09/2020 - MCCOY, LAUREN]CALL TO EE FOR AN UPDATE ON STATUS/CONDUCT II AND CONFIRM RECEIPT OF LTD FORMS. RECEIVED VC MAIL, DCM LEFT MSG

**04/06/2020 11:24 AM - PHONE Note 7**
Claim/Event/Leave: 9866785
NoteSubject : Called AP
Other Subject : DR BUJAK
Text: [04/06/2020 - MCCOY, LAUREN]DCM CALLED TO F/U ON MR REQ FROM 3/27. STAYED ON HOLD 5 MINS. RELEASED CALL.[04/06/2020 - MCCOY, LAUREN]2ND ATTEMPT. SPOKE TO LILLY AND CONFIRMED FAX NUMBER. SENDING 2ND REQ FOR MEDICAL TODAY.

**04/06/2020 11:23 AM - PHONE Note 6**
Claim/Event/Leave: 9866785
NoteSubject : Called EE
Other Subject : LVMM
Text: [04/06/2020 - MCCOY, LAUREN]CALL TO EE TO GET AN UPDATE ON STATUS OF FORMS. RECEIVED VC MAIL. DCM LEFT MSG ADVISING FORMS AND MEDICAL RECORDS NEEDED. REQUESTED R/C WHEN EE AVAILABLE.

**03/17/2020 12:42 PM - PHONE Note 5**
Claim/Event/Leave: 9866785
NoteSubject : Initial EE Interview
Other Subject : FIRST ATTEMPT
Text: [03/17/2020 - MCCOY, LAUREN]ATTEMPT TO CONDUCT II. DCM CALLED LVMM WITH REQUEST FOR RETURN CALL. LEFT CALL BACK INFORMATION IN VOICEMAIL. CALL ENDED.[03/19/2020 - MCCOY, LAUREN].

**03/17/2020 8:00 AM - CLAIM Note 13**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject :
Text: [03/17/2020 - BAILEY, SARAH]CLAIM REASSIGNED TO LAUREN MCCOY

**03/16/2020 2:08 PM - CLAIM Note 12**
Claim/Event/Leave: 9866785
NoteSubject : Escalation
Other Subject : M1 REVIEW
Text: [03/16/2020 - BROTEMARKLE, JAMES]AGREE WITH REFERRAL TO LTD, AS EE CONFIRMED INTENDED TO FILE LTD ONLY.

**03/13/2020 2:23 PM - CLAIM Note 11**
Claim/Event/Leave: 9866785
NoteSubject : Ref to Other
Other Subject : ESCALATION
Text: [03/13/2020 - BOSTICK, KHANDIS]EE INTENDED TO FILE FOR LTD BENEFITS.

**03/13/2020 2:23 PM - PHONE Note 4**
Claim/Event/Leave: 9866785
NoteSubject : Called EE
Other Subject :
Text: [03/13/2020 - BOSTICK, KHANDIS]DCM CALLED EE TO CX IF INTENDED TO FILE A CLAIM FOR LTD. EE STATES DIDNT INTEND TO FILE FOR STD BUT WHATEVER IS ELIGIBLE. DCM EXPLAINED ER INDICATED EE WAS PAID FOR DOS 9/24-10/8 AND DUE TO IT BEING AN EMPLOYER PAID BENEFITS, NO BENEFITS ARE PAYABLE AFTER EE TERMS. DCM ADVISED WILL FORWARD CLAIM TO LTD AND EE WILL GET CALL FROM LTD. EE U/S. NFQ

**03/13/2020 11:24 AM - PHONE Note 3**
Claim/Event/Leave: 9866785
NoteSubject : EE Called
Other Subject : RTC
Text: [03/13/2020 - BOSTICK, KHANDIS]EE RTC TO DCM

**03/12/2020 2:19 PM - CLAIM Note 10**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject :
Text: [03/12/2020 - BOSTICK, KHANDIS]YES, HE HAD COMPANY PAID LTD AND THE SUPPLEMENTAL DISABILITY PLANS.

**03/12/2020 1:58 PM - PHONE Note 2**
Claim/Event/Leave: 9866785
NoteSubject : Initial EE Interview
Other Subject :
Text: [03/12/2020 - BOSTICK, KHANDIS]DCM CALLED EE TO CX IF ATTEMPTING TO FILE FOR LTD BENEFITS, DCM REACHED AND LVM FOR RTC

AND LVM FOR RTC

**03/12/2020 12:48 PM - CLAIM Note 9**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : MANAGER REVIEW
Text: [03/12/2020 - BROTEMARKLE, JAMES]PRIOR TO DENIAL, RECOMMEND ADCM CONFIRM THE FOLLOWING: WHETHER EE WAS INTENDING TO FILE LTD CLAIM, AND WHETHER EE HAD LTD COVERAGE AS OF DOD.

**03/12/2020 8:49 AM - CLAIM Note 8**
Claim/Event/Leave: 9866785
NoteSubject : Denied
Other Subject : EE NO STD
Text: [03/12/2020 - BOSTICK, KHANDIS]DCM FINDS IT REASONABLE TO DENY CLAIM, EE TERMED ON 10/6 AND PER CONTRACT STD BENEFITS ARE TERMED AT DATE EMPLOYMENT ENDS. ER CX EE WAS PAID FOR DOS PRIOR TO TERMINATION.

**03/11/2020 4:56 PM - CLAIM Note 7**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : EM FROM ER
Text: [03/11/2020 - BOSTICK, KHANDIS]HE DID, BUT HE WAS ALSO PAID BY VW FOR THOSE DAYS WORKED.

**03/11/2020 4:18 PM - CLAIM Note 6**
Claim/Event/Leave: 9866785
NoteSubject : LTR to ER
Other Subject :
Text: [03/11/2020 - BOSTICK, KHANDIS]PLEASE VERIFY IF JOHN HAD STD COVERAGE FOR DATES OF SERVICE: 9/24-10/8/19.

**03/10/2020 8:41 AM - CLAIM Note 5**
Claim/Event/Leave: 9866785
NoteSubject : Other
Other Subject : EM FROM ER
Text: [03/10/2020 - BOSTICK, KHANDIS]HE WAS NSC AND TERMED EMPLOYMENT ON 10/9/19

**03/09/2020 6:46 PM - CLAIM Note 4**
Claim/Event/Leave: 9866785
NoteSubject : LTR to ER
Other Subject :
Text: [03/09/2020 - BOSTICK, KHANDIS]PLEASE VERIFY ELIGIBILITY FOR STD BENEFITS FOR THIS ASSOCIATE.

**03/09/2020 6:39 PM - PHONE Note 1**
Claim/Event/Leave: 9866785
NoteSubject : Initial EE Interview
Other Subject : DEFERRED
Text: [03/09/2020 - BOSTICK, KHANDIS]MISSING ERS

**03/08/2020 6:10 AM - CLAIM Note 3**
Claim/Event/Leave: 9866785
NoteSubject : Telephonic Intake
Other Subject : INTAKE
Text: [03/08/2020 - PARHAM, TONYA]NO ELIGIBILITY CLAIM ASSIGNED IN PROCESS DUE TO EE NOT FOUND IN ELIG -- PLEASE VERIFY

**03/06/2020 1:12 PM - CLAIM Note 1**
Claim/Event/Leave: 9866785
NoteSubject : Internet Intake
Other Subject : SURGERY INFO
Text: JOHN MATHNA (EE'S: SELF ) REPORTED CLAIM. DX- SPINAL CHORD INJURY . COMPLICATIONS OF EXCESSIVE PAIN, PARALYSIS OF LEFT ARM, RLS OF NO WORK . EE BEING TREATED BY DR. BUJAK P: 423-778-8950 F: UNKNOWN .

**03/06/2020 1:12 PM - CLAIM Note 2**
Claim/Event/Leave: 9866785
NoteSubject : Internet Intake
Other Subject : ADDITIONAL INFO
Text: LOV- N/A. NOV- N/A. ERTW- 9.24.20. THE MEMBER STATED HIS ATTORNEY TOLD HIM TO FILE THE CLAIM AND IF IT GETS DENIED THE ATTORNEY WILL HANDLE THIS CLAIM.

**This report contains claimant information collected from the employer interview. You will need to confirm this information with the employee.**

| | |
|---|---|
| Claim Number or Leave ID: | 9866785 |
| Reorted by Portal User ID: | ARETHA.MAIDEN@LFG.COM |
| Accident Date: | 1/1/1900 |
| Accident Time: | 12:00 AM |
| Job Description: | |
| Employee Subsidiary: | |
| Employee Location: | |
| Employee Class: | |
| Work Status: | |
| Salary Type: | |
| Earnings: | $0.00 |
| Return to Work Date: | 1/1/1900 |
| Product: | |
| Premium Employer Contribution: | |
| Premium Employee Contribution | |
| Employee Benefit Percent: | |

**The Employer Contact has indicated that the employee's injury or illness was work related, and the status of their WC claim is either accepted or pending.**

| | |
|---|---|
| WC Carrier | |
| WC Carrier Contact | |
| WC Carrier Contact Phone: | |

**The Employer Contact has indicated that the employee will be receiving another source(s) of income for a portion of the absence, or the entire absence, covered by this claim.**

**Other Income 1**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 2**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 3**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 4**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 5**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 6**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 7**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 8**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 9**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**Other Income 10**

| | |
|---|---|
| Other Income Source Type: | None |
| Other Income Amount: | |
| Other Income Begin Date: | 1/1/1900 |
| Other Income End Date: | 1/1/1900 |
| Other Income Application Date: | 1/1/1900 |

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: John Mathna

Patient's Social Security Number: _______________ DOB: _______________

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)..........**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:____________..........**INITIALS:**____
3. All records at this facility..........**INITIALS:** ____

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ____________________

**Date:** 3/4/2021 **Relationship to Patient:** ____________________

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

March 4, 2021

VIA FASCIMILE: (603) 334-0380
VIA CERTFIED MAIL NO. 9415511899560908248754

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

**<u>Second Request</u>**

We are in receipt of your letter dated January 21, 2021 denying John Mathna's claim for Long Term Disability benefits.

We previously requested this information on January 22, 2021 and have not received a response. Again, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide a complete copy of the LTD Policy and Summary Plan Description.

3. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

4. Please state whether the money deducted from Mr. Mathna's paycheck for his portion of the premium for the coverage in question was pre-tax or after-tax dollars;

5. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by Mr. Mathna authorizing you to provide the above information.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

00001 03/09/2021 01019690 001 002

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ________________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ________________

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________

Client Name: [signature]

Date: 3/4/2021

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

00001 03/09/2021 01019690 001 004

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

| | |
|---|---|
| Please release my records to: | Eric Buchanan & Associates, PLLC<br>PO Box 11208<br>Chattanooga, TN 37401 |
| Patients' Name: | John Mathna |
| Patient's Social Security Number: | _______ DOB: _______ |
| Name of Physician/Facility:<br>Address: | Lincoln Life Assurance Company of Boston<br>Disability and Life Claims<br>PO Box 2578<br>Omaha, NE 68172-9688 |
| **Purpose of Disclosure:** | **Disability Benefits Claim** |

1. Only records generated by the above-name health care provider (not including records received from other sources)………………………………………………**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:________________………………**INITIALS:**____
3. All records at this facility………………………………………………**INITIALS:** [initialed]

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** [signature]

**Date:** 3/4/2021 **Relationship to Patient:** ____________

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Sherri Vance | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 3/4/2021 |
| FAX NUMBER: (603) 334-0380 | TOTAL NO. OF PAGES INCLUDING COVER: 6 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached 2nd request for the claim file.

Also Note: This letter was sent via certified mail no. 9415511899560908248754

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

March 4, 2021

VIA FASCIMILE: (603) 334-0380
VIA CERTFIED MAIL NO. 9415511899560908248754

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

**Second Request**

We are in receipt of your letter dated January 21, 2021 denying John Mathna's claim for Long Term Disability benefits.

We previously requested this information on January 22, 2021 and have not received a response. Again, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide a complete copy of the LTD Policy and Summary Plan Description.

3. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

4. Please state whether the money deducted from Mr. Mathna's paycheck for his portion of the premium for the coverage in question was pre-tax or after-tax dollars;

5. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by Mr. Mathna authorizing you to provide the above information.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

# NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ________________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ________________

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: 224175060

Client Name: [signature]

Date: 3/4/2021

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Sherri Vance | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 1/22/2021 |
| FAX NUMBER: (603) 334-0380 | TOTAL NO. OF PAGES INCLUDING COVER: 7 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached request letter

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

January 22, 2021

VIA FASCIMILE: (603) 334-0380

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

We are in receipt of your letter dated Januaruy 21, 2021 denying John Mathna's claim for Long Term Disability benefits.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide a complete copy of the LTD Policy and Summary Plan Description.

3. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

4. Please state whether the money deducted from Mr. Mathna's paycheck for his portion of the premium for the coverage in question was pre-tax or after-tax dollars;

5. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

We ask that you preserve any documents relative to the claim, as well as copies of any electronic documents, E-mails or computer data, and also any video or video recordings relative to this case.

Enclosed is a release authorization signed by Mr. Mathna authorizing you to provide the above information.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Chandler Wilson

RCW:rno

Enclosure

LIMITED POWER OF ATTORNEY

I, John Mathna, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 12 day of November, 2020.

[signature]
Client Signature

STATE OF Tennessee
COUNTY OF Hamilton

On this 12 day of November, 2020, personally appeared John Mathna, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

K. Molina Haynes
NOTARY PUBLIC

My Commission Expires: 7/7/2024

K. Molina Haynes STATE OF TENNESSEE NOTARY PUBLIC Hamilton County

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

| | |
|---|---|
| Please release my records to: | Eric Buchanan & Associates, PLLC<br>PO Box 11208<br>Chattanooga, TN 37401 |
| Patients' Name: | John Mathna |
| Patient's Social Security Number: | _____ DOB: _____ |
| Name of Physician/Facility:<br>Address: | Lincoln Life Assurance Company of Boston<br>~~Disability and Life Claims~~<br>~~PO Box 2578~~<br>Omaha, NE 68172-9688 |
| **Purpose of Disclosure:** | **Disability Benefits Claim** |

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:________________........................................**INITIALS:**____
3. All records at this facility........................................**INITIALS:**____

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ____________________

**Date:** 1/22/2021 **Relationship to Patient:** ____________________

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
~~Disability and Life Claims~~
PO Box 2578
Omaha, NE 68172-9688

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________

Client Name: [signature]

Date: 1/22/2021

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, January 21, 2021 4:40:14 PM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Volkswagen Group of America Claim No. 9866785 John Mathna |
| Attachments: | pvds6b7ot2mqo1jnnmm5_9784407.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688

R.CHANDLER WILSON
ERIC BUCHANAN & ASSOCIATES
ATTN: R. CHANDLER WILSON
PO BOX
CHATTANOOGA TN 37401

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0380

December 17, 2020

R.Chandler Wilson
Eric Buchanan & Associates
ATTN: R. CHANDLER WILSON
PO BOX
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna

Dear R.Chandler Wilson:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing regarding Mr. Mathna's claim for LTD benefits under the Policy.

We are in process of reviewing your client's appeal of our denial determination regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you, Mr. Mathna, and Mr. Mathna's providers with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on your client's appeal.

Please find attached copy of the medical review completed by an independent Board Certified Physician, a copy of Mr. Mathna's job description, and information obtained from Volkswagen Group of America, which is new or additional evidence in connection with your client's appeal. You may review the medical reviews, and provide a response to us, which we will consider in making our decision on your client's appeal.

For Lincoln to conduct a timely review of your client's appeal, we ask that you submit any additional information you wish to have considered by January 7, 2021.

Upon receipt of your response, we will promptly complete our review and render a determination on your client's appeal. If your response is not received by January 7, 2021, we will render a determination based on the information contained in your client's file.

Due to these special circumstances, an extension of time to process your client's appeal is required and we are exercising our right to take such an extension under the Employee Retirement Income

Security Act.

Under the Employee Retirement Income Security Act (ERISA), an appeal determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln’s control, which require a delay in making a determination. If additional time is needed, ERISA allows for a 45-day extension to evaluate and render an appeal decision. Pursuant to ERISA Regulations, additional time for a final decision may exceed 90 days to the extent that the timeframe is tolled while Lincoln is awaiting receipt of requested documentation needed to fully evaluate your claim. (Tolled: accumulation of time is suspended.)

Should you have any questions pertaining to the status of your client's appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 210-0268 Ext.
Secure Fax No.: (603) 334-0380

Attachments: 9866785-EMPLOYER-EMPLOYER ELIGIBILITY INFO-11.24.2020
9866785-EMPLOYER-JOB DESCRIPTION-11.24.2020
9866785-MEDICAL-CP/PEER REVIEW-12.14.2020

**From:**VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:**Tue, 24 Nov 2020 14:37:53 +0000
**To:**Vance, Sherri R.
**Cc:**VWGoA Benefits
**Subject:**RE: John Mathna, LTD claim 9866785
**Attachments:**10_Vehicle Delivery Center Manager.doc.docx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Sherri,

Please see below and attached

Thanks!
Jess

**From:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Sent:** Wednesday, November 18, 2020 8:35 AM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Subject:** [From: External] John Mathna, LTD claim 9866785

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Morning,

We have received an appeal on Mr. Mathna's denied Long Term Disability claim. We are in the process of reviewing the appeal and it appears that we need to obtain some additional information.

- Please provide a copy of Mr. Mathna's job description. attached
- The information we have received from Mr. Mathna indicated that he has been off work since 9/24/2019.
  - Can you confirm the last full date that Mr. Mathna worked? 9/23
  - On Mr. Mathna's last date worked had he been performing his own job duties? Yes
    Please advise if Mr. Mathna had been working with or without accommodations. none
- Can you advise if he had been missing time from work due to his disabling condition prior to 9/24/2019? no
  - If yes, can you provide the dates that he missed time from work?
- We were advised previously that Mr. Mathna was receiving income from Volkswagen as of 9/24/2019.
  - Can you advise if Mr. Mathna was receiving salary continuance, sick, vacation, or other pay as of 9/24/2019? He was on a paid suspension, not medical leave, starting 9/24 until his termination on 10/9/19

- If yes, please advise of the date that those benefits ended.

I appreciate any assistance you can provide. Please let me know if you have any questions.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

VOLKSWAGEN
GROUP OF AMERICA

# Job Description

| | | | |
|---|---|---|---|
| **Job Title** | Vehicle Delivery Center Manager | **Job Role Code** | JRGRP00273 |
| **Department** | Finance | **Exemption Status** (Completed by Comp.) | Exempt |
| **Work Location(s)** | Chattanooga | **Effective Date** | 11/7/19 |
| **Reports To** | Director, Corporate Vehicle Services | Evaluation Date (Completed by Comp.) | 11/7/19 |
| **Current Grade** | 10 | Final Grade (Completed by Comp.) | 10 |
| **HR Consultant** | Scott Reiss | | |

## Qualifications (Skills & Experiences & Education)

**Years of Relevant Experience:** Minimum years of experience needed

- Minimum of 10 years of experience
- Minimum of 3 years of managerial experience

**Education**

| Required | Desired |
|---|---|
| • Bachelor's Degree – Business Administration or related field | • MBA or similar education |

**Skills:** General skills needed to perform the job

- Strong oral and written communication skills and the ability to reach audiences at all levels
- Strong computer skills
- Strong customer service skills – ability to handle stress when confronted with tense situations
- Analytical skills
- Detail oriented
- Strong organizational skills
- Experience managing a team

**Specialized Skills:** Knowledge or certifications unique to this role

| Required | Desired |
|---|---|
| • Facility or Customer Experience Management<br>• Savvy with Microsoft Excel, web based tools and computer based tools<br>• Basic understanding of State and Federal laws regarding vehicle registration, licensing, insurance and sales | • Auto industry certifications i.e. NADA Academy, DMS vendor training, automotive industry certifications<br>• Collision facility experience<br>• Experience with various Dealer Management System (DMS) system |

**Work Flexibility:** Physical requirements, travel requirements, work schedule, etc

- Cannot work remotely on a regular basis
- Travel required less than 5% of time

**Role Summary:** Brief summary 3-4 sentences which describes nature and level of work

Form No. HR_1.3_TR_001_Rev. 1.0

Version: February 2019

VOLKSWAGEN

GROUP OF AMERICA

The position will oversee a business operation which handles all aspects of annually delivering 3,500 - 5,000 leased and assigned vehicles to individual customers. Functions of the department include all of the following: Overseeing approval of customer orders, receiving vehicles from the factories, prepping the vehicles including performing small repairs, scheduling and completing deliveries, inspecting returning vehicles, and controlling all aspects of the vehicle inventories. The department has a high level of customer facing interaction and the successful candidate must be able to communicate with a wide variety of individuals in a friendly, courteous, and professional manner. The individual will be confronted with tense situations and must be able to defuse these situations while enforcing company policies and administering fines.

**Role Responsibilities:** List essential functions in order of importance. Include percentage of time spent performing each function (total should equal 100%).

- Understand, develop, forecast and execute a business plan that correlates with local and corporate business plans. Able to demonstrate and articulate strategic and tactical elements.
- Responsible for prepping and delivering 15 – 20 vehicles daily.
- Oversee and operate a dealer management system to aid in daily operations
- Generate and maintain all vehicle order and inventory reports to support departmental, headquarters and manufacturing management entities as necessary
- Consistent reporting of KPI's that include but are not limited to volumes delivered, average days from vehicle drop to delivery, inventories
- Establish and adhere to budget and financial requirements approved by senior leadership. Oversees contracts with selected vendors. Initiates and approves requests for vendor payments
- Responsible for all departmental purchasing, which may include tools and other day-to-day operating supplies
- Interface and develop a strong relationship with the Volkswagen Credit, Inc. to meet required guidelines and achieve maximum proceeds on surrendered vehicles
- Foster relationships with local dealership(s), collision facility, local vendors as well as company related departments to enhance ease of doing business
- Develop, document, implement and execute standard processes for all current delivery center activities
- Maintain control of all surrendered vehicles, ensuring proper damage inspections, assessing charges to employee, grounding and preparation for transportation
- Ensure that all physical facilities, furniture, fixtures and shop equipment is kept properly maintained at all times. This includes a periodic maintenance schedule for the above mentioned assets
- Mentor team members within area of responsibility to build their competencies and professional development.
- Foster relationships with VW Chattanooga Executive Management to integrate Employee Experience initiatives and support their goals and needs
- Obtaining executive management support for the vehicle experience and direct initiatives requiring increased capital and/or executive commitment.
- Interface with Volkswagen Group of America Headquarters and VW Chattanooga Executive Management regarding company car meetings, launch activities, volume planning
- Define the sales and service processes for the Chattanooga facility and assuring their integration into the experience and supporting systems.
- Recommend policies and procedures that will support improved customer experiences while maintaining fiscal responsibility.

**Customers**

| **Internal** | **External** |
| --- | --- |
| • VWGoA employees<br>• Executive Finance Committee | |

Form No. HR_1.3_TR_001_Rev. 1.0

Version: February 2019

| | |
|---|---|
| • Chattanooga Leadership | |

**Scope & Magnitude**

| **Budget Accountability**: Annual budget for which this role is directly responsible | |
|---|---|
| • Administrative budget (e.g. overhead, staffing) | 5.5M |
| • Operational budget (e.g. vendors, systems etc.) | 5.8M |
| • Capital | 0 |

| **People Management**: Attach an organization chart to show the supervision or direction under this role | |
|---|---|
| • Number of solid line FTE direct reports | 2 |
| • Span of control (total FTE employee count under this role) | 2 |
| • Influence management (contractor, vendors, “dotted-line” employees, etc | 9 |

This role description is a guideline and does not create contractual rights between the Company and any of its employees. The Company does not enter into any type of employment contract, implied or written, with its employees regarding job security.

MLS Group of Companies, LLC
MLS National Medical Evaluation Services

12/14/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JOHN D MATHNA |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Vance, Sherri |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 9866785 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 11/13/20-11/30/20 |
| Progress notes | O. Bujak, MD | 07/10/19-04/29/20 |
| Progress notes | EPHS Baroness Erlanger Hospital | 07/10/19-04/29/20 |
| IME/IMO/FCE/PCE | BenchMark Physical Therapy | 09/24/20 |
| Job | Volkswagen Group of America | 11/07/19 |
| Misc. | | 03/27/20-11/30/20 & undated |
| ROI | | 06/04/20-11/09/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Oliver Bujak
2) DATE: 12/8/2020
3) TIME: 3:30 PM ET
4) PERSON SPOKEN WITH: Shona
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with receptionist "Shona" for the provider to return my call.

TELECONFERENCE #2:

1) AP NAME: Dr. Oliver Bujak
2) DATE: 12/10/2020
3) TIME: 9:30 AM ET
4) PERSON SPOKEN WITH: Karen
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with receptionist "Karen" for the provider to return my call.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 57 year-old male Vehicle Delivery Center Manager ("Sedentary" PDL) who stopped working as of 09/26/2019. Below is a synopsis of the pertinent medical documentation in chronological order.

07/10/2019- Follow-up with Dr. Bujak for mild intermittent asthma/hypertension (HTN)/amputation of the left arm. Examination was unremarkable with no focal neurological deficits noted. The plan is to provide the claimant with a new prescription for left arm prosthesis and continue current asthma medications as prescribed.

11/06/2019- Follow-up with Dr. Bujak for chronic pain/amputation of left arm (2002). Examination reveals left arm prosthesis. Plan is to complete disability paperwork as necessary. The claimant noted to not be interested in treatment for pain (medications).

04/29/2020- Telemedicine visit with Dr. Bujak for chronic pain status post left arm amputation following spinal cord injury to C1-C4 (1998). No new trauma or injury. Examination is unremarkable. The provider determined the claimant to have a spinal cord injury at C1-C4 and phantom limb pain. Plan is to consider pain management/neurology evaluation.

04/29/2020- Attending Physician Statement completed by Dr. Bujak who determines the claimant is incapable of returning to work in any capacity.

09/24/2020- Functional Capacity Evaluation (FCE) by Christopher Humphreys, PT, DPT, CFE who determines the claimant is capable of occasional reaching overhead, handling with the right hand, walking, balance, stooping, bending, sitting, and standing. He can frequently kneel, and push/pull/carry/lifting up to 10 pounds (lbs.) (Sedentary PDL). The evaluator also notes that the claimant does not demonstrate the ability to perform sustained work over an 8 hour day.

10/14/2020- Attending Physician Statement completed by Dr. Bujak stating that he is in agreement with the conclusions of the FCE performed by Christopher Humphreys, PT, DPT.

**QUESTION**

**1. Please identify the primary impairing Diagnosis (es) with ICD 10 code(s).**

Based on the documentation provided, I find no diagnosed medical conditions that would result in physical impairment or functional incapacity for the time period from 09/24/2019 forward.

**2. Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

Please refer to the clinical summary above for a review of the medical findings/information.

**3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/24/2019 and forward.**
**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
**b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the documentation provided, I find no objective evidence to support any degree of physical impairment that would translate into medically necessary restrictions/limitations from the date of 09/24/2019 and beyond.

While it is evident the claimant has been diagnosed/treated for several chronic medical conditions such as: Prior history of spinal cord injury (sustained in 1998), amputation of the left arm (sustained in 2002) and chronic pain syndrome (phantom limb syndrome), the objective evidence does not support any newly diagnosed conditions or worsening of existing conditions that would result in functional incapacity.

Clinical examinations with the treating provider has not documented any new findings/focal neurological deficits that would impede physical functioning. Furthermore, there is no new diagnostic testing/imaging that would support any type of new pathology indicative of physical impairment/medically necessary restrictions/limitations.

While the claimant did undergo a Functional Capacity Evaluation on 09/24/2020 that determined the claimant was not capable of sustaining full-time employment, there is no medical evidence to support any clear etiology for this determination. The claimant has been participating in full-time, unrestricted work since the time of his spinal cord injury (sustained in 1998) and left arm amputation (sustained in 2002) without any mention of medically necessary restrictions/limitations. Moreover, there has been no new injuries/traumatic events/worsening of existing conditions that could explain any alteration in existing function.

Therefore, I submit that the objective evidence does not support any degree of physical impairment that would translate into medically necessary restrictions/limitations.

**4. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No; the treating attending provider has determined that the claimant is no longer capable of returning to work in any capacity. However, the objective evidence does not support any change in condition/newly diagnosed conditions that would result in physical impairment/medically necessary restrictions/limitations. Clinical examinations with the treating provider has not documented any new findings/focal neurological deficits that would impede physical functioning. Furthermore, there is no new diagnostic testing/imaging that would support any type of new pathology indicative of physical impairment/medically necessary restrictions/limitations.

Therefore, I submit that the attending provider's determination that the claimant is incapable of returning to work is overly restrictive and inconsistent with the available information contained in the medical record.

**5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Oliver Bujak**
**Phone Number: 1 (423) 778 8950 ex -----**
**FAX Number: 1-423-778-8951**

Please refer to the call log section of this report.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,

Electronic signature on file
Lucien J. Parrillo, MD, MPH, FIPP
Board Certified: American Board of Internal Medicine; Sports Medicine
Board Certified: American Board of Preventive Medicine; Occupational Medicine
Certified Medical Review Officer(MRO)
CT Chapter of American Society of Addiction Medicine
American College of Sports Medicine
CSMS Committee on Addiction Medicine, CSMS Committee on Workers Compensation, CSMS Committee on the Medical Aspects of Sports
American Society of Interventional Pain Physicians
American Academy of Pain Medicine, Connecticut Pain Society
American Medical Society for Sports Medicine
American College of Occupational & Environmental Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

12/14/2020

| | | | |
|---|---|---|---|
| RE: | Claimant Name | : | JOHN D MATHNA |
| | Client | : | Lincoln Life Assurance Company of Boston - 92 |
| | Referred By | : | Vance, Sherri |
| | Type of Review | : | Disability |
| | Type of Service | : | LTD |
| | Claim Number: | : | 9866785 |

**MEDICAL DOCUMENTATION REVIEWED**

I have reviewed all of the documents provided.

| | | |
|---|---|---|
| Referral | | 11/13/20-11/30/20 |
| Progress notes | O. Bujak, MD | 07/10/19-04/29/20 |
| Progress notes | EPHS Baroness Erlanger Hospital | 07/10/19-04/29/20 |
| IME/IMO/FCE/PCE | BenchMark Physical Therapy | 09/24/20 |
| Job | Volkswagen Group of America | 11/07/19 |
| Misc. | | 03/27/20-11/30/20 & undated |
| ROI | | 06/04/20-11/09/20 |

**SUMMARY OF PEER OUTREACH**

TELECONFERENCE #1:

1) AP NAME: Dr. Oliver Bujak
2) DATE: 12/8/2020
3) TIME: 3:30 PM ET
4) PERSON SPOKEN WITH: Shona
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with receptionist "Shona" for the provider to return my call.

TELECONFERENCE #2:

1) AP NAME: Dr. Oliver Bujak
2) DATE: 12/10/2020
3) TIME: 9:30 AM ET
4) PERSON SPOKEN WITH: Karen
5) POSITION OF PERSON SPOKEN WITH: Receptionist

SUMMARY OF CONVERSATION: Message left with receptionist "Karen" for the provider to return my call.

**SUMMARY OF MEDICAL DOCUMENTATION**

The claimant is a 57 year-old male Vehicle Delivery Center Manager ("Sedentary" PDL) who stopped working as of 09/26/2019. Below is a synopsis of the pertinent medical documentation in chronological order.

07/10/2019- Follow-up with Dr. Bujak for mild intermittent asthma/hypertension (HTN)/amputation of the left arm. Examination was unremarkable with no focal neurological deficits noted. The plan is to provide the claimant with a new prescription for left arm prosthesis and continue current asthma medications as prescribed.

11/06/2019- Follow-up with Dr. Bujak for chronic pain/amputation of left arm (2002). Examination reveals left arm prosthesis. Plan is to complete disability paperwork as necessary. The claimant noted to not be interested in treatment for pain (medications).

04/29/2020- Telemedicine visit with Dr. Bujak for chronic pain status post left arm amputation following spinal cord injury to C1-C4 (1998). No new trauma or injury. Examination is unremarkable. The provider determined the claimant to have a spinal cord injury at C1-C4 and phantom limb pain. Plan is to consider pain management/neurology evaluation.

04/29/2020- Attending Physician Statement completed by Dr. Bujak who determines the claimant is incapable of returning to work in any capacity.

09/24/2020- Functional Capacity Evaluation (FCE) by Christopher Humphreys, PT, DPT, CFE who determines the claimant is capable of occasional reaching overhead, handling with the right hand, walking, balance, stooping, bending, sitting, and standing. He can frequently kneel, and push/pull/carry/lifting up to 10 pounds (lbs.) (Sedentary PDL). The evaluator also notes that the claimant does not demonstrate the ability to perform sustained work over an 8 hour day.

10/14/2020- Attending Physician Statement completed by Dr. Bujak stating that he is in agreement with the conclusions of the FCE performed by Christopher Humphreys, PT, DPT.

**QUESTION**

**1. Please identify the primary impairing Diagnosis (es) with ICD 10 code(s).**

Based on the documentation provided, I find no diagnosed medical conditions that would result in physical impairment or functional incapacity for the time period from 09/24/2019 forward.

**2. Please provide a review of the medical findings. Please state your findings upon review of the medical information.**

Please refer to the clinical summary above for a review of the medical findings/information.

**3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/24/2019 and forward.**
**a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply.**
**b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates.**

Based on the documentation provided, I find no objective evidence to support any degree of physical impairment that would translate into medically necessary restrictions/limitations from the date of 09/24/2019 and beyond.

While it is evident the claimant has been diagnosed/treated for several chronic medical conditions such as: Prior history of spinal cord injury (sustained in 1998), amputation of the left arm (sustained in 2002) and chronic pain syndrome (phantom limb syndrome), the objective evidence does not support any newly diagnosed conditions or worsening of existing conditions that would result in functional incapacity.

Clinical examinations with the treating provider has not documented any new findings/focal neurological deficits that would impede physical functioning. Furthermore, there is no new diagnostic testing/imaging that would support any type of new pathology indicative of physical impairment/medically necessary restrictions/limitations.

While the claimant did undergo a Functional Capacity Evaluation on 09/24/2020 that determined the claimant was not capable of sustaining full-time employment, there is no medical evidence to support any clear etiology for this determination. The claimant has been participating in full-time, unrestricted work since the time of his spinal cord injury (sustained in 1998) and left arm amputation (sustained in 2002) without any mention of medically necessary restrictions/limitations. Moreover, there has been no new injuries/traumatic events/worsening of existing conditions that could explain any alteration in existing function.

Therefore, I submit that the objective evidence does not support any degree of physical impairment that would translate into medically necessary restrictions/limitations.

**4. Are the restrictions or limitations placed upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.**

No; the treating attending provider has determined that the claimant is no longer capable of returning to work in any capacity. However, the objective evidence does not support any change in condition/newly diagnosed conditions that would result in physical impairment/medically necessary restrictions/limitations. Clinical examinations with the treating provider has not documented any new findings/focal neurological deficits that would impede physical functioning. Furthermore, there is no new diagnostic testing/imaging that would support any type of new pathology indicative of physical impairment/medically necessary restrictions/limitations.

Therefore, I submit that the attending provider's determination that the claimant is incapable of returning to work is overly restrictive and inconsistent with the available information contained in the medical record.

**5. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:**

**Name: Dr. Oliver Bujak**
**Phone Number: 1 (423) 778 8950 ex -----**
**FAX Number: 1-423-778-8951**

Please refer to the call log section of this report.

CONFLICT OF INTEREST:

*I certify that I have no relationship or affiliation with the beneficiary of this independent review or a significant past or present relationship with the Attending Provider and/or the treatment facility. I further certify that I have no familial or material professional or business relationship or incentive to promote the use of a certain product or service associated with the review of this case. I further certify that I have no direct or indirect financial incentive for a particular determination or ownership interest of greater than 5% between any affected parties.*

*This attestation certifies that the peer reviewer named below has the appropriate scope of licensure or certification that typically manages the medical condition, procedure, treatment, or issue under review and has current, relevant experience and/or knowledge to render a determination for the case under review.*

Sincerely,



Electronic signature on file
Lucien J. Parrillo, MD, MPH, FIPP
Board Certified: American Board of Internal Medicine; Sports Medicine
Board Certified: American Board of Preventive Medicine; Occupational Medicine
Certified Medical Review Officer(MRO)
CT Chapter of American Society of Addiction Medicine
American College of Sports Medicine
CSMS Committee on Addiction Medicine, CSMS Committee on Workers Compensation, CSMS Committee on the Medical Aspects of Sports
American Society of Interventional Pain Physicians
American Academy of Pain Medicine, Connecticut Pain Society
American Medical Society for Sports Medicine
American College of Occupational & Environmental Medicine

*MLS attests to the fact that there is no conflict of interest with this review MLS attests that its compensation is not dependent on the specific outcome of this review. All opinions in this report are solely the opinions of the author. All opinions are advisory only, independently developed by the author and are based upon a reasonable degree of medical certainty and evidence-based medical concepts, considering the data available at the time of this report.*

**From:** Nicole Fritz <NFritz@mlsgroupllc.com>
**Sent:** Mon, 14 Dec 2020 16:15:32 +0000
**To:** Vance, Sherri R.
**Cc:** VendorReferrals
**Subject:** Report_MLS_D2__R01_95534-1_v1
**Attachments:** Report_MLS_D2__R01_95534-1_v1.doc, Invoice_95534-1_v1.pdf

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached report and invoice.

*"Privileged and Confidential: The information contained in this e-mail message, including any attachments, is intended only for the personal and confidential use of the intended recipient(s) and may contain confidential and privileged information as well as information protected by the Privacy Act of 1974. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please immediately contact the sender by reply e-mail and delete all copies of the original message."*

**Invoice** **95534-1**

**Date of Invoice** 12/14/2020

**MLS Group of Companies**
P.O. Box 492417
Redding CA 96049
248-945-9001 Fax: 248-356-6757

Lincoln Life Assurance Company of Boston - 92
P.O. Box 1525
Dover, NH 03821

**Attention:**
Sherri Vance

| | |
|---|---|
| **Case ID:** | 9866785 |
| **Referral ID:** | 95534 |
| **Name:** | JOHN D MATHNA |
| **Employer:** | |
| **Physician:** | Lucien Parrillo |
| **Specialty:** | Occupational Medicine |
| **Svc Date:** | 12/14/2020 |

| Item | Rate |
|---|---|
| Peer Review | $892.50 |

| | |
|---|---|
| **Invoice Total** | $892.50 |
| **Receipt Total** | $0.00 |
| **Invoice Balance** | $892.50 |

Please visit our new web-site address located at www.mlsgroupllc.com

MLS Tax ID #: 38-3341904

Please make checks payable to:
MLS Group of Companies

**From:** Clinical Referral and Triage <Shelley.Plaisted@lfg.com>
**Sent:** Mon, 30 Nov 2020 18:08:45 +0000
**To:** Vance, Sherri R.
**Subject:** Urgent: Send Medicals to Peer Review Claim 9866785

Your referral for claim number 9866785 has been sent to an external vendor as no ICP is available to handle it

- Sent to Vendor: MLS National Medical Evaluation (MLS)
- Email records to: referrals@mls-ime.com

ICP Memo

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| Volkswagen Group of America | John Mathna | 9866785 |

| | | | |
|---|---|---|---|
| Referred By: | Sherri Vance | Claimant DOB: | |
| Referral Date: | 11/26/2020 | Job Title: | Vehicle Deliver Center Manager |
| Due Date: | 12/10/2020 | Medical/ Surgical Condition: | phantom limb pain, spinal cord injury C1-C4, mild intermittent asthma, chronic pain |
| Referral Type: | Appeal Referral | Disability Occupational Type: | |
| Reason for Priority Handling: | | Product Type: | LTD |
| Other Considerations | TCMS Special Circumstance | LDW: | 09/23/2019 |
| Report Date: | | DOD: | 09/24/2019 |
| Physical Demands: | | BBD: | 03/22/2020 |
| Non-Medical Issue: | No | Non-Medical Issue Details: | |

Core Questions

1. Please identify the primary impairing Diagnosis(es) with ICD 10 code(s).

6. If AP contact may clarify any significant areas such as diagnosis, R&L's, treatment opportunities, prognosis, or reason for work absence, the AP contact information is:

Name: Dr. Oliver Bujak Phone Number: 1 (423) 778 8950 ex ----- Fax Number: 1-423-778-8951

Additional Questions

Other 2. Please provide a review of the medical findings. Please state your findings upon review of the medical information. 3. Based on the medical findings, please provide a description of the claimant's impairments, and how these would translate into functional limitations or medically appropriate restrictions from 9/24/2019 and forward. a. For any outlined functional limitations and/or medically appropriate restrictions, please specify from and to dates to which the limitations and/or restrictions apply. b. Please provide the maximal physical capacities the claimant retains and can safely perform at with specific from and to dates. 4. Are the restrictions or limitations placed

upon the claimant's physical / functional activities by the attending physician(s) reasonable and consistent with the medical findings? Please explain.

Other not COVID-19 claim

Other Comments
Other Comments - null

VOLKSWAGEN
GROUP OF AMERICA

# Job Description

| | | | |
|---|---|---|---|
| **Job Title** | Vehicle Delivery Center Manager | **Job Role Code** | JRGRP00273 |
| **Department** | Finance | **Exemption Status** (Completed by Comp.) | Exempt |
| **Work Location(s)** | Chattanooga | **Effective Date** | 11/7/19 |
| **Reports To** | Director, Corporate Vehicle Services | **Evaluation Date** (Completed by Comp.) | 11/7/19 |
| **Current Grade** | 10 | **Final Grade** (Completed by Comp.) | 10 |
| **HR Consultant** | Scott Reiss | | |

## Qualifications (Skills & Experiences & Education)

**Years of Relevant Experience:** Minimum years of experience needed

- Minimum of 10 years of experience
- Minimum of 3 years of managerial experience

**Education**

| Required | Desired |
|---|---|
| • Bachelor's Degree – Business Administration or related field | • MBA or similar education |

**Skills:** General skills needed to perform the job

- Strong oral and written communication skills and the ability to reach audiences at all levels
- Strong computer skills
- Strong customer service skills – ability to handle stress when confronted with tense situations
- Analytical skills
- Detail oriented
- Strong organizational skills
- Experience managing a team

**Specialized Skills:** Knowledge or certifications unique to this role

| Required | Desired |
|---|---|
| • Facility or Customer Experience Management<br>• Savvy with Microsoft Excel, web based tools and computer based tools<br>• Basic understanding of State and Federal laws regarding vehicle registration, licensing, insurance and sales | • Auto industry certifications i.e. NADA Academy, DMS vendor training, automotive industry certifications<br>• Collision facility experience<br>• Experience with various Dealer Management System (DMS) system |

**Work Flexibility:** Physical requirements, travel requirements, work schedule, etc.

- Cannot work remotely on a regular basis
- Travel required less than 5% of time

**Role Summary:** Brief summary, 3-4 sentences which describes nature and level of work

| |
|---|
| The position will oversee a business operation which handles all aspects of annually delivering 3,500 - 5,000 leased and assigned vehicles to individual customers. Functions of the department include all of the following: Overseeing approval of customer orders, receiving vehicles from the factories, prepping the vehicles including performing small repairs, scheduling and completing deliveries, inspecting returning vehicles, and controlling all aspects of the vehicle inventories. The department has a high level of customer facing interaction and the successful candidate must be able to communicate with a wide variety of individuals in a friendly, courteous, and professional manner. The individual will be confronted with tense situations and must be able to defuse these situations while enforcing company policies and administering fines. |

**Role Responsibilities:** List essential functions in order of importance; include percentage of time spent performing each function (total should equal 100%)

- Understand, develop, forecast and execute a business plan that correlates with local and corporate business plans. Able to demonstrate and articulate strategic and tactical elements.
- Responsible for prepping and delivering 15 – 20 vehicles daily.
- Oversee and operate a dealer management system to aid in daily operations
- Generate and maintain all vehicle order and inventory reports to support departmental, headquarters and manufacturing management entities as necessary
- Consistent reporting of KPI's that include but are not limited to volumes delivered, average days from vehicle drop to delivery, inventories
- Establish and adhere to budget and financial requirements approved by senior leadership. Oversees contracts with selected vendors. Initiates and approves requests for vendor payments
- Responsible for all departmental purchasing, which may include tools and other day-to-day operating supplies
- Interface and develop a strong relationship with the Volkswagen Credit, Inc. to meet required guidelines and achieve maximum proceeds on surrendered vehicles
- Foster relationships with local dealership(s), collision facility, local vendors as well as company related departments to enhance ease of doing business
- Develop, document, implement and execute standard processes for all current delivery center activities
- Maintain control of all surrendered vehicles, ensuring proper damage inspections, assessing charges to employee, grounding and preparation for transportation
- Ensure that all physical facilities, furniture, fixtures and shop equipment is kept properly maintained at all times. This includes a periodic maintenance schedule for the above mentioned assets
- Mentor team members within area of responsibility to build their competencies and professional development.
- Foster relationships with VW Chattanooga Executive Management to integrate Employee Experience initiatives and support their goals and needs
- Obtaining executive management support for the vehicle experience and direct initiatives requiring increased capital and/or executive commitment.
- Interface with Volkswagen Group of America Headquarters and VW Chattanooga Executive Management regarding company car meetings, launch activities, volume planning
- Define the sales and service processes for the Chattanooga facility and assuring their integration into the experience and supporting systems.
- Recommend policies and procedures that will support improved customer experiences while maintaining fiscal responsibility.

**Customers**

| **Internal** | **External** |
|---|---|
| • VWGoA employees<br>• Executive Finance Committee | |

VOLKSWAGEN

GROUP OF AMERICA

| | |
|---|---|
| • Chattanooga Leadership | |

## Scope & Magnitude

| **Budget Accountability:** Annual budget for which this role is directly responsible | |
|---|---|
| • Administrative budget (e.g. overhead, staffing) | 5.5M |
| • Operational budget (e.g. vendors, systems etc.) | 5.8M |
| • Capital | 0 |

| **People Management:** Attach an organization chart to show the supervision or direction under this role | |
|---|---|
| • Number of solid line FTE direct reports | 2 |
| • Span of control (total FTE employee count under this role) | 2 |
| • Influence management (contractor, vendors, "dotted-line" employees, etc | 9 |

This role description is a guideline and does not create contractual rights between the Company and any of its employees. The Company does not enter into any type of employment contract, implied or written, with its employees regarding job security.

**From:**VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:**Tue, 24 Nov 2020 14:37:53 +0000
**To:**Vance, Sherri R.
**Cc:**VWGoA Benefits
**Subject:**RE: John Mathna, LTD claim 9866785
**Attachments:**10_Vehicle Delivery Center Manager.doc.docx

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Sherri,

Please see below and attached

Thanks!
Jess

---

**From:** Vance, Sherri R. <Sherri.Vance@lfg.com>
**Sent:** Wednesday, November 18, 2020 8:35 AM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Subject:** [From: External] John Mathna, LTD claim 9866785

**CAUTION: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Good Morning,

We have received an appeal on Mr. Mathna's denied Long Term Disability claim. We are in the process of reviewing the appeal and it appears that we need to obtain some additional information.

- Please provide a copy of Mr. Mathna's job description. attached

- The information we have received from Mr. Mathna indicated that he has been off work since 9/24/2019.
  - Can you confirm the last full date that Mr. Mathna worked? 9/23
  - On Mr. Mathna's last date worked had he been performing his own job duties? Yes Please advise if Mr. Mathna had been working with or without accommodations. none

- Can you advise if he had been missing time from work due to his disabling condition prior to 9/24/2019? no
  - If yes, can you provide the dates that he missed time from work?

- We were advised previously that Mr. Mathna was receiving income from Volkswagen as of 9/24/2019.
  - Can you advise if Mr. Mathna was receiving salary continuance, sick, vacation, or other pay as of 9/24/2019? He was on a paid suspension, not medical leave, starting 9/24 until his termination on 10/9/19

- o If yes, please advise of the date that those benefits ended.

I appreciate any assistance you can provide. Please let me know if you have any questions.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

November 16, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899564165671645

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And via Fax to: (603) 422-7909

Re: John Mathna
Claim No. 9866785

Dear sir or madam:

I am attaching the following additional medical evidence to this letter that we ask Lincoln to consider in support of Mr. Mathna's appeal:

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 4 | Client Completed Forms | 11 |

This additional evidence, along with the evidence already in Lincoln's possession, should be more than sufficient to demonstrate Mr. Mathna's entitlement to ongoing disability benefits under his long term disability claim. As we have now provided the additional evidence we were planning on submitting, please proceed with reviewing this claim for a decision.

Should you have any questions or wish to discuss this case further, I would be happy to speak with you at any time.

Sincerely,

Chandler Wilson

RCW:rno

Enclosures

**LIMITED POWER OF ATTORNEY**

I, John Mathna, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 12 day of November, 2020.

[signature]
Client Signature

STATE OF Tennessee
COUNTY OF Hamilton

On this 12 day of November, 2020, personally appeared John Mathna, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

K. Molina Haynes
NOTARY PUBLIC

My Commission Expires: 7/7/2024

K. Molina Haynes
STATE OF TENNESSEE NOTARY PUBLIC
Hamilton County

List of Records Submitted in the Case of
**John Mathna**

**Claim # 9866785**

Exhibits 1 - 3 previously submitted via letter dated November 9, 2020
Exhibit 4 submitted via letter dated November 16, 2020

| Ex. No. | Contents | No. Pages |
|---|---|---|
| **1** | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |
| **4** | Client Completed Forms | 11 |

# Exhibit

# 4

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

Return To: Lauren McCoy



EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 5-10 min stand 5-10 min walk 5-10 min

How many hours a day do you:
sit 10 hrs stand 1 hr walk 5 minutes

Do you take a nap during the day?
Yes ✓ No ______
If Yes, for how long? Several At what time of the day? often

How many hours a day do you spend in bed? 10-15

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?
Yes ✓ No ______
If No, please explain: ______
If Yes, how long are you able to drive a car? 10 mins
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
text / email

Do you have children?
Yes ______ No ✓ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? once per day
On the weekends? ______

How often do you run errands? Daily

Please describe what errands you most commonly run: [illegible]

EBA-MATHNA-CF-000013A
Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 1 of 11

Lincoln Financial Group®

**ACTIVITIES QUESTIONNAIRE**
*page 2 of 3*

How often do you get outdoors? Once per day

Are you left or right hand dominant? Left ✓ Right ____

Are you able to work in your garden? Yes ____ No ✓

Are you able to work on your house? Yes ____ No ✓

Are you able to wash your car? Yes ____ No ✓

How much time is spent daily on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

How much time is spent weekly on your home computer?
✓ None ____ 0-1 hours ____ 1-2 hours ____ 2-3 hours ____ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

____ Pay bills ____ Read news/articles ____ Use search engines ____ Send emails

____ Visit chat rooms ____ Photos Other: ____

What computer software applications do you utilize. Please check all that apply:

____ Word processing (Word) ____ Spreadsheets (Excel) ____ Database (Access) ____ Graphics

____ Photo software (Photoshop) ____ Programming Other: ____

Do you have a working home copy machine/fax machine? ____ Yes ✓ No

If yes, please explain purpose and usage: ____

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife | |
| Carrying groceries into the house | " | |
| Cooking meals | " | |
| Cleaning after meals | " | |
| Cleaning bathrooms | " | |
| Vacuuming | " | |
| Doing the laundry | " | |
| Opening and responding to mail | " | |
| Managing your finances | " | |
| Balancing your checkbook | " | |
| Bathing yourself | myself | |
| Styling your own hair | " | |
| Getting dressed | " | |
| Going up and down stairs | " | |

Have you been confined to a hospital within the last 12 months? Yes ____ No ✓

If Yes, please provide reason and hospital contact Information: ____

EBA-MATHNA-CF-000014A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 2 of 11

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? never

Where do you go? How do you get there (transportation method)? ______

Are you able to pursue your hobbies? Yes ____ No ✓

If Yes, please describe ______

Do you participate in an exercise program? Yes ____ No ✓

If Yes, please describe ______

Do you do any Volunteer work? Yes ____ No ✓

If Yes:

how many hours per day? ______

how many hours per week? ______

for whom? ______

Are you working for wages? Yes ____ No ✓

If Yes, please provide employer's name ______

**Describe in your own words, what prevents you from engaging in any gainful employment.**

Constant pain that disrupts my sleep my ambition, my relationships

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

watch tv sleep eat

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______ ______

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

Diana Davies ______

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: [signature] Date: Oct 1 2020

Signature: John Mathna

EBA-MATHNA-CF-000015A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 3 of 11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations. Any and all communication with medical providers and/or staff must be in writing
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Mathna

Name of legal representative, if applicable (print) ____________ Relationship ____________

Signature of claimant or legal representative [signature]

Date of Birth: ____________ Claim Number: 9866785 Date: Oct 1 2020

**A copy of this authorization will be considered as valid as the original.**

EBA-MATHNA-CF-000016A



Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 4 of 11

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna
**CLAIM NO:** 9866785
**EMPLOYER/SPONSOR:** Volkswagen Group of America **DATE OF BIRTH:**

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Bujak
Specialty:
Address: Chattanooga
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ACA
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: CVS
Specialty:
Address: Chattanooga
Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:
Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

EBA-MATHNA-CF-000017A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 5 of 11

SIGNATURE: [signature] DATE: Oct 1 2020

EBA-MATHNA-CF-000018A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 6 of 11

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

Return to: Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna **CLAIM #:** 9866785
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Init.) Mathna John | Social Security # | Email Address |
| Street Address | City | State Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Diana Davis | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Diana Davis Relationship to you? wife Tel

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.

**EMPLOYEE'S PRINTED NAME:** John Mathna

**DATE:** Oct 1 2020 **EMPLOYEE'S SIGNATURE:**

EBA-MATHNA-CF-000019A

DP 409

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 7 of 11

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna
**CLAIM NO:** 9866785
**EMPLOYER/SPONSOR:** Volkswagen Group of America **DATE OF BIRTH:**

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ___ Married ✓ Divorced ___
If married, please indicate your spouse's name and date of birth. Name: Donna Davis DOB: 12-25-'60

Do you have children or dependents*? Yes ___ No ✓
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: John Mathna

Date: Oct 1 202 EBA-MATHNA-CF-000020A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 8 of 11

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** (If you have a resume, please attach)

Highest Grade Completed: 12 Check if earned: ☐ GED ☐ HS Diploma
Vocational Training: motorcycle Mech Certificate Program completed: 83
Associates Degree: ø College: number of years: ø
Bachelor's Degree: BA /BS Major: ø Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______
Professional Training, License, Certificates(s): no
Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______
List any other Training or Classes Attended or Plan to Attend: ______
Primary language spoken: english Other language(s) spoken fluently: ______
Additional Skills, Hobbies & Volunteer Work none
Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______
Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: Volkswagen Department: Sales From: 2016 To: 2018
   Job Title(s): Manager
   Supervisory Experience ☑ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): working on cars / moving cars
   supervising employees contracted
2. Company: Self employed Department: ______ From: 2016 To: 2006
   Job Title(s): ______
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): contractor for car manufacturers
   to move cars through auctions

A Lincoln Financial Group Company

EBA-MATHNA-CF-000021A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 9 of 11

3. Company: Direct Services Department: ______ From: 2006 To: 2007
Job Title(s): Fleet Manager
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): working on trucks managing fleet

4. Company: Cycle Sport Department: ______ From: 1990s To: 2006
Job Title(s): Mechanic
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): worked on moto-cycles

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: none

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: jmathna@gmail.com Work: ______

SIGNATURE: [signature] PHONE NO: (423) 509-2140

A Lincoln Financial Group Company

EBA-MATHNA-CF-000022A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 10 of 11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## Authorization to Speak with Family Member/Alternate Contact

| | |
|---|---|
| EMPLOYEE NAME: John Mathna | CLAIM NO: 9866785 |
| CUSTOMER NAME: Volkswagen Group of America | |
| RETURN TO: Lauren McCoy | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, John Mathna hereby give permission to Diana Davis to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

John Mathna
Claimant Name

Date of Birth

[signature]
Claimant Signature

09 1 2020
Date

9866785
Claim Number

EBA-MATHNA-CF-000023A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 11 of 11

CERTIFIED MAIL

$8.90⁰
US POSTAGE
FIRST-CLASS
FROM 37402
11/16/2020
stamps
endicia

062S0005090670

9415 5118 9956 4165 6716 45

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

**From:** Vance, Sherri R.
**Sent:** Wed, 18 Nov 2020 13:34:57 +0000
**To:** VWGOABenefits@vw.com
**Subject:** John Mathna, LTD claim 9866785

Good Morning,

We have received an appeal on Mr. Mathna's denied Long Term Disability claim. We are in the process of reviewing the appeal and it appears that we need to obtain some additional information.

- Please provide a copy of Mr. Mathna's job description.

- The information we have received from Mr. Mathna indicated that he has been off work since 9/24/2019.
  - Can you confirm the last full date that Mr. Mathna worked?
  - On Mr. Mathna's last date worked had he been performing his own job duties? Please advise if Mr. Mathna had been working with or without accommodations.

- Can you advise if he had been missing time from work due to his disabling condition prior to 9/24/2019?
  - If yes, can you provide the dates that he missed time from work?

- We were advised previously that Mr. Mathna was receiving income from Volkswagen as of 9/24/2019.
  - Can you advise if Mr. Mathna was receiving salary continuance, sick, vacation, or other pay as of 9/24/2019?
  - If yes, please advise of the date that those benefits ended.

I appreciate any assistance you can provide. Please let me know if you have any questions.

Thank you,

**Sherri Vance, DIA**
Specialist, Claims
Appeals Department -
Claims Solutions Shared Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7970 Office
800-423-2765 Toll Free
402-361-1460 Fax

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Tuesday, November 24, 2020 3:38:32 PM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Volkswagen Group of America Claim No. 9866785 John Mathna |
| Attachments: | 8vj91zaonhwp64gjh2z4_9417998.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0380

November 24, 2020

Eric Buchanan & Associates
ATTN: HUDSON ELLIS
PO BOX
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna

To Whom It May Concern:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to John Mathna's claim for LTD benefits under the Policy.

On November 24, 2020 we received the information we requested from Volkswagen Group of America, and the forms submitted by your office on November 18, 2020.

We understand all of the information you intend to submit for our consideration of Mr. Mathna's LTD appeal.

To assist us in evaluating your client's eligibility for benefits we are referring your client's file for a medical review.

We anticipate a response from the medical review in no later than 30 days. If there is an unexpected delay in receiving a response, we will contact you. Otherwise, we will proceed with our review of your client's appeal once the response is received. We regret any inconveniences this delay may cause; however, the assessment is necessary to ensure a thorough review of your client's eligibility for benefits under the terms of the Policy.

In our correspondence dated November 18, 2020, you were advised that since our appeal review was suspended to obtain information from Volkswagen Group of America, we exercised our right to take an extension under the Employee Retirement Income Security Act.

In accordance with the Employee Retirement Income Security Act, under normal circumstances, you will be notified in writing of a final decision within 45 days from the date your client's request for

review was received, excluding any days in which we are waiting for additional documentation requested. We will contact you if there are special circumstances requiring a delay in Lincoln's response, and you will be notified of our decision no later than 90 days after the request for review was received.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Wednesday, November 18, 2020 10:18:02 AM |
| To: | MAIL@BUCHANANDISABILITY.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Volkswagen Group of America Claim No. 9866785 John Mathna |
| Attachments: | ah2dns1wbkt7rqutvyxt_9418029.pdf; |

---

This notification contains important information regarding a claim with Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability and Life Claims
PO Box 2578
Omaha, NE 68172-9688
Phone No.: (800) 210-0268
Secure Fax No.: (603) 334-0380

November 18, 2020

R.Chandler Wilson
Eric Buchanan & Associates
ATTN: R. CHANDLER WILSON
PO BOX
CHATTANOOGA, TN 37401

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna

Dear R.Chandler Wilson:

Lincoln Life Assurance Company of Boston (Lincoln) is responsible for managing claims for Long Term Disability (LTD) benefits under the Volkswagen Group of America's Group Disability Policy. We are writing regarding your client's claim for LTD benefits under the Policy.

We received your request for review of the recent claim determination on your client's LTD claim on November 9, 2020. With the appeal we received medical records from Dr. Oliver Bujark, Benchmark Physical Therapy, and a medical agreement from Dr. Oliver Bujark.

During our review of the claim we have found that additional information from Volkswagen Group of America was required. We have requested that Volkswagen Group of America provide the following information.

- A copy of Mr. Mathna's job description.
- Confirmation of Mr. Mathna's date last full date worked.
- Information regarding whether Mr. Mathna was performing his own job duties with or without restrictions at the time he stopped working.
- If Mr. Mathna had been missing time from work prior to his last full date worked.
- If Mr. Mathna was receiving other income from the employer when he stopped working and when those benefits ended. (sick, vacation, salary continuance, etc.)

Due to these special circumstances, an extension of time to process your client's appeal is required and we are exercising our right to take such an extension under the Volkswagen Group of America's Group Disability Policy.

In accordance with the Volkswagen Group of America's Group Disability Policy, an appeal

determination should be rendered within 45 days of receipt of appeal, unless there are special circumstances beyond Lincoln's control, which require a delay in making a determination. If additional time is needed, the Volkswagen Group of America's Group Disability Policy allows for a 45 day extension to evaluate and render an appeal decision.

Since we are waiting for Volkswagen Group of America to submit additional documentation, the days from the date of this letter until we receive the information requested is not counted as part of the appeal determination period.

I will be your client's dedicated Appeal Consultant. If you have any questions regarding the status of the appeal, you may contact me at 402-361-7970 during the hours of 7:30am to 3:30pm CST.

If you have any questions regarding this matter, please contact me.

Sincerely,

Sherri Vance
Claims Specialist, Appeals
Phone No.: (800) 423-2765 Ext. 7970
Secure Fax No.: (603) 334-0380

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

November 9, 2020

Via Fax: (603) 422-7909
VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9402911899564312407602

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No. 9866785

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated June 5, 2020 that we represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy held by Volkswagen Group of America.

Again, pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Mr. Mathna's claim for disability benefits. We are submitting the following additional evidence in support of Mr. Mathna's claim that, in addition to the evidence already in the file, should be sufficient to establish his entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |

| | | |
|---|---|---|
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

Specifically, I direct your attention to the Functional Capacity Evaulation performed on 9/24/20 by Benchmark. The evaluator made the following findings:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right/left and prolong standing to perform bimanual handling, at this time.
>
> l. This client cannot walk one city block or more without rest or severe pain.
> 2. This client cannot walk I block or more on rough or uneven ground.
> 3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
> 4. This client has problems with balance when ambulating.
> 5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
> 6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
> 7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
> 8. This client would be off task (unable to perform work and/or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
> 9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
> 10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

The FCE report was shared with Mr. Mathna's treating physician, Dr. Oliver Bujak as well. Dr. Bujak indicated in a response dated October 14, 2020, that the findings of the FCE were consistent with his own observations and examinations of Mr. Mathna.

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

R. Chandler Wilson

RCw:mo

Enclosures

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
~~Attn: Appeal Review Unit~~
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________________

Client Name: [signature]

Date: 11/9/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________________

List of Records Submitted in the Case of
**John Mathna**

Claim # 9866785

Exhibits 1 - 3 submitted via letter dated November 9, 2020

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |
| 2 | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| 3 | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

# Exhibit

# 1

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB , Sex: M
Visit date: 4/29/2020

**04/29/2020 - Telemedicine in Erl Medical Group at VW**

## Reason for Visit

### Visit Diagnoses *[last edited by Oliver Bujak, MD on 4/29/2020 1640]*

- **Spinal cord injury at C1-C4 level, sequela (CMS/HCC) (primary)**
- Phantom limb pain (CMS/HCC)
- Mild intermittent asthma without complication

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

### Level of Service

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 10 MINUTES** |

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol 1.25 mg/3 mL nebulizer solution**

Instructions: Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
Authorized by: Oliver Bujak, MD — Ordered on: 3/23/2020
Start date: 3/23/2020 — End date: 3/23/2021
Quantity: 25 vial — Refill: 3 refills by 3/23/2021

**albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler**

Instructions: USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED
Authorized by: Oliver Bujak, MD — Ordered on: 4/29/2020
Start date: 4/29/2020 — End date: 6/2/2020
Quantity: 1 Inhaler — Refill: 5 refills by 4/29/2021

#### Stopped in Visit

None

## Clinical Notes

### Progress Notes

#### Oliver Bujak, MD at 4/29/2020 4:15 PM

Author: Oliver Bujak, MD — Service: — — Author Type: Physician
Filed: 4/29/2020 5:42 PM — Encounter Date: 4/29/2020 — Status: Signed
Editor: Oliver Bujak, MD (Physician)

**Clinical Notes (continued)**

**Subjective** [OB.1T]
Chronic pain[OB.2M]

**HPI** [OB.1T]

**Telemedicine Zoom appointment -** [OB.2C]25[OB.2M] **minutes**

This telehealth encounter was conducted with an interactive, live audio telecommunications system that permits real time communication between the patient and the provider. Patient/ family informed the encounter would take place via telemedicine.
Patient/family consented to the encounter taking place in this manner.[OB.2C]

Followup visit. Was in MVA in the past and had spinal cord injury to C1-C4. After this had amputation of his left arm and he was having pain radiating to his arm. Has been pain management in the past, years ago but stopped meds. Starting last fall had worsening pain. No new trauma or injury. Stopped working 9/24. Has been fired by VW. Had new prosthesis since last visit but this did not improve pain. His pain is to the point he can't work, can't concentrate or sleep more than 1 hour. Has paperwork to be completed. Wonders about ritalin as treatment for symptoms.[OB.2M]

Current Outpatient Medications:
- albuterol 1.25 mg/3 mL nebulizer solution, Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
- albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler, USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED

No Known Allergies

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.3T]
Review of Systems
Musculoskeletal:[OB.2T]
**Left arm amputation, spinal cord injury**[OB.2M]
Neurological:[OB.2T]

**Clinical Notes (continued)**

**See HPI**[OB.2M]

**Objective** [OB.1T]

**Physical Exam**[OB.3T]
There were no vitals filed for this visit.[OB.1T]
**Physical Exam**
Constitutional:
General: He is[OB.2T] not in acute distress[OB.2M].
Appearance: He is not[OB.2T] ill-appearing[OB.2M].
HENT:
Head:[OB.2T] Normocephalic[OB.2M] and[OB.2T] atraumatic[OB.2M].
Neurological:
Mental Status: He is[OB.2T] alert[OB.2M] and[OB.2T] oriented to person, place, and time[OB.2M]. Mental status is[OB.2T] at baseline[OB.2M].
Psychiatric:
Mood and Affect:[OB.2T] Mood[OB.2M] normal.
Behavior:[OB.2T] Behavior[OB.2M] normal.
Thought Content:[OB.2T] Thought content[OB.2M] normal.
Judgment:[OB.2T] Judgment[OB.2M] normal.[OB.2T]

**Assessment/Plan**

(S14.101S) **Spinal cord injury at C1-C4 level, sequela (CMS/HCC)**
(G54.6) Phantom limb pain (CMS/HCC)[OB.1T]
See completed paperwork.[OB.2M] Discussed with patient[OB.2T] to consider neurology or pain management evaluation but he says he doesn't have insurance to be seen. He is applying for social security disability. He has not worked since 9/24/19. Told him I am not aware of ritalin as treatment option for spinal cord injury would have to discuss with neurology.[OB.2M] Followup as needed.[OB.2T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Wanted refill of meds, using up to every 4 hours, has been on advair in the past but did not help more.[OB.2M]

Electronically signed by Oliver Bujak, MD at 4/29/2020 5:42 PM

**Attribution Key**
OB.1 - Oliver Bujak, MD on 4/29/2020 5:40 PM
OB.2 - Oliver Bujak, MD on 4/29/2020 5:36 PM
OB.3 - Oliver Bujak, MD on 4/29/2020 4:18 PM
C - Copied, M - Manual, T - Template

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
| --- | --- | --- |

**Messages (continued)**

| | | |
|---|---|---|
| Mychart, Generic<br>Last Read in Erlanger MyChart<br>4/29/2020 3:46 PM by John David Mathna | John David Mathna | 4/29/2020 3:44 PM |

Appointment Information:

Visit Type: Telemedicine Remote Visit

Date: 4/29/2020

Dept: Erl Medical Group at VW

Provider: Oliver Bujak

Time: 4:15 PM

Length: 15 min

Appt Status: Scheduled

Appt Instructions:

Please bring any insurance information and a copayment if required by your insurance company.

## Reason for Visit

### Chief Complaint *[last edited by Courtney Parrish, MA on 11/6/2019 1636]*

- Pain

### Visit Diagnoses *[last edited by Oliver Bujak, MD on 11/10/2019 1427]*

- **Other chronic pain (primary)**
- Amputation of left upper extremity, sequela (CMS/HCC)

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

### Follow-up and Dispositions

- Return if symptoms worsen or fail to improve.

### Level of Service

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.
Authorized by: Oliver Bujak, MD | Ordered on: 7/10/2019
Start date: 7/10/2019 | End date: 2/3/2020
Quantity: 8.5 g | Refill: 5 refills by 7/9/2020

#### Stopped in Visit

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

Discontinued by: Courtney Parrish, MA | Discontinued on: 11/6/2019
Action: Patient not taking

## Clinical Notes

### Progress Notes

#### Oliver Bujak, MD at 11/6/2019 5:45 PM

**Clinical Notes (continued)**

Author: Oliver Bujak, MD
Filed: 11/10/2019 2:30 PM
Editor: Oliver Bujak, MD (Physician)

Service: —
Encounter Date: 11/6/2019

Author Type: Physician
Status: Signed

**Subjective**

**Chief Complaint**

Patient presents with

- Pain

**HPI** [OB.1T]

Neck pain since MVA.[OB.2M] Some time after this had amputation of his arm. He was on meds in the past but got off these. Has managed to tolerate the pain but worse over the last 2 months. His work told him he had indefinite sick time but now needs documentation of inability to work. Has not[OB.3M] work[OB.2M]ed[OB.3M] since 9/24.[OB.2M] Also not sleeping well but doesn't want medications for this.[OB.3M]

Current Outpatient Medications:

- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| | |
|---|---|
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].

Musculoskeletal:[OB.3T]

**See HPI**[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]

**Vitals:**

**Clinical Notes (continued)**

11/06/19 1639

| | |
|---|---|
| BP: | **(!) 152/96** |
| Pulse: | **(!) 92** |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 169 lb (76.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.5 |
| Weight Change Since Last Visit: | 76.64 kg |
| Weight Change: | 76.64 kg[OB.1T] |

## Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Musculoskeletal:[OB.3T]
**Left arm prothesis**[OB.3M]
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect.[OB.3T]

**Assessment/Plan**

**(G89.29) Other chronic pain**
(S48.912S) Amputation of left upper extremity, sequela (CMS/HCC)[OB.1T]
Discussed with patient[OB.3T] note for off work given.[OB.3M] Discussed with patient[OB.3T] otc meds for insomnia since he didn't want prescription meds. He was not interested in meds for his pain either. Will[OB.3M] followup[OB.3T] to complete disability paperwork as needed.[OB.3M]

Electronically signed by Oliver Bujak, MD at 11/10/2019 2:30 PM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 11/10/2019 2:28 PM
OB.2 - Oliver Bujak, MD on 11/6/2019 4:45 PM
OB.3 - Oliver Bujak, MD on 11/10/2019 2:22 PM
OB.4 - Oliver Bujak, MD on 11/6/2019 4:42 PM
M - Manual, T - Template

**Flowsheets**

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 11/06/19 1639 |
|---|---|
| **OTHER** | |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in lbs (Bariatric) | 148 -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 -CP at 11/06/19 1640 |
| Weight Change | 76.64 kg -CP at 11/06/19 1640 |
| EERs 7-12mo | 6744.48 -CP at 11/06/19 1640 |
| IBW/kg (Calculated) Male | 68.1 kg -CP at 11/06/19 1640 |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 11/06/19 1640 |
| IBW in lb (Bariatric) | 148 lb -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kgs -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kgs -CP at 11/06/19 1640 |
| Percent of IBW | 4028.01 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 2702.1 kg -CP at 11/06/19 1640 |
| EBW (lbs) | 2694.75 lbs -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kg -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kg -CP at 11/06/19 1640 |
| Percent of IBW | 114.19 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 9.51 kg -CP at 11/06/19 1640 |
| EBW (lb) | 21 lb -CP at 11/06/19 1640 |
| **WHO Equation** | |
| W.H.O. F 0-3yr | 4625.08 -CP at 11/06/19 1640 |
| W.H.O. M 3-10yr | 2235.11 -CP at 11/06/19 1640 |
| W.H.O. F 3-10yr | 2223.78 -CP at 11/06/19 1640 |
| W.H.O. M 10-18yr | 1992.5 -CP at 11/06/19 1640 |
| W.H.O. F 10-18yr | 1681.22 -CP at 11/06/19 1640 |

**Flowsheets (continued)**

**EERs Equations**

| | |
|---|---|
| EERs 4-6mo | 6778.48<br>-CP at 11/06/19 1640 |
| EERs 13-36mo | 6742.48<br>-CP at 11/06/19 1640 |

**Height and Weight**

| | |
|---|---|
| BSA (Calculated - sq m) | 1.9 sq meters<br>-CP at 11/06/19 1640 |
| Weight in (lb) to have BMI = 25 | 159.3<br>-CP at 11/06/19 1640 |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 26.5<br>-CP at 11/06/19 1640 |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 61.6 kg<br>-CP at 11/06/19 1640 |

**Relevant Labs and Vitals**

| | |
|---|---|
| Temp (in Celsius) | 36.7<br>-CP at 11/06/19 1640 |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 66.1<br>-CP at 11/06/19 1640 |
| Vt 6mL/kg | 396.6 mL/kg<br>-CP at 11/06/19 1640 |
| Vt 8mL/kg | 528.8 mL/kg<br>-CP at 11/06/19 1640 |
| Vt 10mL/kg | 661 mL/kg<br>-CP at 11/06/19 1640 |
| Vt 3mL/kg | 396.6 mL/kg<br>-CP at 11/06/19 1640 |
| Vt 4mL/kg | 396.6 mL/kg<br>-CP at 11/06/19 1640 |
| Vt 5mL/kg | 396.6 mL/kg<br>-CP at 11/06/19 1640 |

**Encounter Vitals**

| Row Name | 11/06/19 1639 |
|---|---|
| **Enc Vitals** | |
| BP | (!) 152/96<br>-CP at 11/06/19 1640 |
| Pulse | (!) 92<br>-CP at 11/06/19 1640 |
| Temp | 36.7 °C (98.1 °F)<br>-CP at 11/06/19 1640 |
| Temp src | Oral<br>-CP at 11/06/19 1640 |
| SpO2 | 97 %<br>-CP at 11/06/19 1640 |
| Weight | 76.7 kg (169 lb)<br>-CP at 11/06/19 1640 |
| Height | 1.702 m (5' 7")<br>-CP at 11/06/19 1640 |
| **Vital Signs** | |
| BP Location | Right arm<br>-CP at 11/06/19 1640 |
| Patient Position | Sitting<br>-CP at 11/06/19 1640 |
| BP Cuff Size | Adult<br>-CP at 11/06/19 1640 |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

**Flowsheets (continued)**

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |

## Reason for Visit

### Chief Complaints *[last edited by Courtney Parrish, MA on 7/10/2019 1539]*

- Follow-up
- Med Refill

### Visit Diagnoses *[last edited by Oliver Bujak, MD on 7/16/2019 0801]*

- **Amputation of left arm (CMS/HCC) (primary)**
- Mild intermittent asthma without complication
- Blood pressure elevated without history of HTN

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

### Follow-up and Dispositions

- Return in about 6 months (around 1/10/2020), or if symptoms worsen or fail to improve.

### Level of Service

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Courtney Parrish, MA on 7/10/2019 1539

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.
Authorized by: Oliver Bujak, MD
Ordered on: 7/10/2019
Start date: 7/10/2019
End date: 2/3/2020
Quantity: 8.5 g
Refill: 5 refills by 7/9/2020

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

Instructions: Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.
Authorized by: Oliver Bujak, MD
Ordered on: 7/10/2019
Start date: 7/10/2019
End date: 11/8/2019
Action: Patient not taking
Quantity: 1 Inhaler
Refill: 5 refills by 7/9/2020

#### Stopped in Visit

None

**Medication List (continued)**

**Clinical Notes**

**Progress Notes**

**Oliver Bujak, MD at 7/10/2019 3:30 PM**

Author: Oliver Bujak, MD
Filed: 7/16/2019 8:02 AM
Editor: Oliver Bujak, MD (Physician)

Service: —
Encounter Date: 7/10/2019

Author Type: Physician
Status: Signed

**Subjective**

**Chief Complaint**

Patient presents with:

- Follow-up
- Med Refill

**HPI** [OB.1T]

Asthma[OB.2M] followup[OB.2T]. Needs refill of proair. He states he is routinely using this 2-3 times daily. This does seem to control his symptoms.[OB.3M]

Left arm prothesis.[OB.2M] Needs script for new one. Was suggested he get one for everyday use and one more heavy duty use.[OB.3M]

Current Outpatient Medications:
- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.
- fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler, Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 1.8 oz |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].

**Clinical Notes (continued)**

Respiratory:[OB.3T]
**See HPI**[OB.3M]
Cardiovascular: Negative for[OB.3T] chest pain[OB.3M] and[OB.3T] palpitations[OB.3M].
Musculoskeletal:[OB.3T]
**See HPI**[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]
**Vitals:**

| | 07/10/19 1539 |
|---|---|
| BP: | **(!) 144/98** |
| Pulse: | **(!) 94** |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Oral |
| SpO2: | 95% |
| Weight: | 171 lb 6.4 oz (77.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.8 |
| Weight Change Since Last Visit: | 77.73 kg |
| Weight Change: | 77.73 kg[OB.1T] |

Physical Exam
Constitutional: He is[OB.3T] oriented to person, place, and time[OB.3M]. He appears[OB.3T] well-developed[OB.3M] and[OB.3T] well-nourished[OB.3M].[OB.3T] No distress[OB.3M].
HENT:
Head:[OB.3T] Normocephalic[OB.3M] and[OB.3T] atraumatic[OB.3M].
Cardiovascular:[OB.3T] Normal rate[OB.3M],[OB.3T] regular rhythm[OB.3M] and[OB.3T] normal heart sounds[OB.3M].[OB.3T] No murmur[OB.3M] heard.
Pulmonary/Chest:[OB.3T] Breath sounds normal[OB.3M]. He is in[OB.3T] respiratory distress[OB.3M]. He has[OB.3T] no wheezes[OB.3M].
Neurological: He is[OB.3T] alert[OB.3M] and[OB.3T] oriented to person, place, and time[OB.3M].
Psychiatric: He has a[OB.3T] normal mood and affect[OB.3M]. His[OB.3T] behavior is normal[OB.3M].[OB.3T]

**Assessment/Plan**

**(S48.912A) Amputation of left arm (CMS/HCC)**[OB.1T]
Script for new prothesises given.[OB.3M] Followup as needed.[OB.3T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Discussed with patient[OB.3T] and will do trial of flovent in addition to his proair.[OB.3M] Followup as needed.[OB.3T]

(R03.0) Blood pressure elevated without history of HTN[OB.1T]

**Clinical Notes (continued)**

**High today, track at home and[OB.3M] followup[OB.3T] if continues to be elevated.[OB.3M]**

Electronically signed by Oliver Bujak, MD at 7/16/2019 8:02 AM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 7/16/2019 8:01 AM
OB.2 - Oliver Bujak, MD on 7/10/2019 4:07 PM
OB.3 - Oliver Bujak, MD on 7/16/2019 7:59 AM
OB.4 - Oliver Bujak, MD on 7/10/2019 4:02 PM
M - Manual, T - Template

**Flowsheets**

**Custom Formula Data**

| Row Name | 07/10/19 1539 |
|---|---|
| **OTHER** | |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in lbs (Bariatric) | 148 -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 -CP at 07/10/19 1541 |
| Weight Change | 77.73 kg -CP at 07/10/19 1541 |
| EERs 7-12mo | 6841.36 -CP at 07/10/19 1541 |
| IBW/kg (Calculated) Male | 66.1 kg -CP at 07/10/19 1541 |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 07/10/19 1541 |
| IBW in lb (Bariatric) | 148 lb -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kgs -CP at 07/10/19 1541 |
| Initial Excess Weight | -67.13 kgs -CP at 07/10/19 1541 |
| Percent of IBW | 4085.21 Percent -CP at 07/10/19 1541 |
| EBW (kg) | 2740.5 kg -CP at 07/10/19 1541 |
| EBW (lbs) | 2733.15 lbs -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kg -CP at 07/10/19 1541 |
| Initial Excess | -67.13 kg |

**Flowsheets (continued)**

| | |
|---|---|
| Weight | -CP at 07/10/19 1541 |
| Percent of IBW | 115.81 Percent -CP at 07/10/19 1541 |
| EBW (kg) | 10.6 kg -CP at 07/10/19 1541 |
| EBW (lb) | 23.4 lb -CP at 07/10/19 1541 |

**WHO Equation**

| | |
|---|---|
| W.H.O. F 0-3yr | 4691.49 -CP at 07/10/19 1541 |
| W.H.O. M 3-10yr | 2259.83 -CP at 07/10/19 1541 |
| W.H.O. F 3-10yr | 2248.28 -CP at 07/10/19 1541 |
| W.H.O. M 10-18yr | 2011.55 -CP at 07/10/19 1541 |
| W.H.O. F 10-18yr | 1694.5 -CP at 07/10/19 1541 |

**EERs Equations**

| | |
|---|---|
| EERs 4-6mo | 6875.36 -CP at 07/10/19 1541 |
| EERs 13-36mo | 6839.36 -CP at 07/10/19 1541 |

**Height and Weight**

| | |
|---|---|
| BSA (Calculated - sq m) | 1.92 sq meters -CP at 07/10/19 1541 |
| Weight in (lb) to have BMI = 25 | 159.3 -CP at 07/10/19 1541 |

**Vital Signs**

| | |
|---|---|
| BMI (Calculated) | 26.8 -CP at 07/10/19 1541 |

**Weight and Growth Recommendation**

| | |
|---|---|
| IBW/kg (Calculated) Female | 61.6 kg -CP at 07/10/19 1541 |

**Relevant Labs and Vitals**

| | |
|---|---|
| Temp (in Celsius) | 36.8 -CP at 07/10/19 1541 |

**Adult IBW/VT Calculations**

| | |
|---|---|
| IBW/kg (Calculated) | 66.1 -CP at 07/10/19 1541 |
| Vt 6mL/kg | 396.6 mL/kg -CP at 07/10/19 1541 |
| Vt 8mL/kg | 528.8 mL/kg -CP at 07/10/19 1541 |
| Vt 10mL/kg | 661 mL/kg -CP at 07/10/19 1541 |
| Vt 3mL/kg | 396.6 mL/kg -CP at 07/10/19 1541 |
| Vt 4mL/kg | 396.6 mL/kg -CP at 07/10/19 1541 |
| Vt 5mL/kg | 396.6 mL/kg -CP at 07/10/19 1541 |

**Encounter Vitals**

| Row Name | 07/10/19 1539 |
|---|---|
| **Enc Vitals** | |
| BP | (!) 144/98 -CP at 07/10/19 1541 |
| Pulse | (!) 94 -CP at 07/10/19 1541 |
| Temp | 36.8 °C (98.2 °F) |

**Flowsheets (continued)**

| | |
|---|---|
| | -CP at 07/10/19 1541 |
| Temp src | Oral<br>-CP at 07/10/19 1541 |
| SpO2 | 95 %<br>-CP at 07/10/19 1541 |
| Weight | 77.7 kg (171 lb 6.4 oz)<br>-CP at 07/10/19 1541 |
| Height | 1.702 m (5' 7")<br>-CP at 07/10/19 1541 |

**Vital Signs**

| | |
|---|---|
| BP Location | Right arm<br>-CP at 07/10/19 1541 |
| Patient Position | Sitting<br>-CP at 07/10/19 1541 |
| BP Cuff Size | Adult<br>-CP at 07/10/19 1541 |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |

# Exhibit

# 2

BenchMark PHYSICAL THERAPY FUNCTIONAL TESTING CENTERS
545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

September 24, 2020

Referral Physician: Oliver Bujak, MD

RE: John Mathna [Evaluated: September 24, 2020]

**Thank you for the opportunity to evaluate Mr. Mathna's functional abilities. Please contact me if you have any questions regarding the summarized data below. A detailed 25-30 page summary is sent to the FCE authorizing entity.**

**Client Arrived At: 12:45 PM** **Total Evaluation Process Time: 4 hours**
*Please note that evaluation duration includes testing time for data collection as well as data interpretation/ report preparation and report review/processing to physician referral source and payor.*

## PURPOSE OF ASSESSMENT

Mr. Mathna was referred for a Functional Capacity Evaluation to determine his ability to perform the duties of Any Job. Mr. Mathna has been referred with the diagnoses of **Amputation of Left Upper Extremity, Spinal Cord Injury at C1-C4 Level, Phantom Limb Pain and Other Chronic Pain.** He was present for evaluation on 9/24/2020 at our Benchmark Functional Testing Center.

## MEDICAL HISTORY

Amputation of Left Upper Extremity
Spinal Cord Injury at C1-C4
Phantom Limb Pain
Other Chronic Pain
Brachial Plexus Injury
Arthritis
Migraines / Headaches
Dizziness

## CURRENT MEDICATIONS

Albuterol

## RELIABILITY AND CONSISTENCY OF EFFORT

The results of this evaluation suggest that Mr. Mathna gave a **reliable**, valid effort during testing, with 15 consistency measures yielding a reliability score of 28 out of 30 (93%). This client's demonstrated patterns of movement and physiological responses were **consistent** with maximal effort. There was consistency between the test results and the referral diagnosis.

## RESIDUAL FUNCTIONAL ASSESSMENT SUMMARY

Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

**LIFTING ABILITIES SUMMARY:**
Mr. Mathna's acceptable **Occasional Lifting** capabilities are at the **Sedentary** Physical Demand Category according to the U.S. Department of Labor Guidelines for work over an 8-hour workday, as follows:
**Floor to Knuckle Lift= 5 lbs., Knuckle to Shoulder Lift= 2 lbs., Shoulder to Overhead Lift = 2 lbs.
Single Hand Carry = 7.5 lbs.**

**WORK ABILITIES SUMMARY:**
**Mr. Mathna demonstrated the abilities noted below:**
Client demonstrated sufficient strength to perform the following activities:

***In the Sedentary category:*** High Lift, Mid Lift, Low Lift, Full Lift, Carrying, Pushing, Pulling, Overall Strength.

Client is able to perform the following activities:

***On a Frequent basis:*** Kneeling.

***On an Occasional basis:*** Sitting, Standing, Walking, Balance, Bending, Reach Immediate (Front) Right, Reach Overhead (Front) Right, Handling Right.

## Functional Abilities Summary

Mr. Mathna's demonstrated abilities in this evaluation (FCE) are summarized below.

| Activities Rated by Strength Level | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance (PDC Category) | Equivalent Strength Level: Occasional 0 to 2.6 hours/day | Frequent 2.7 to 5.3 hours/day | Constant 5.4 to 8 hours/day | Job Demand (PDC Category) | Deficit |
| Low Lift (floor to waist) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Mid Lift (waist to shoulder) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| High Lift (shoulder and above) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Carry | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Push (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Pull (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Overall Strength Category | Sedentary | 1 - 10 lb | negligible | negligible | | |

| Activities Rated by Frequency and Duration | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance | | | | Job Demand | Deficit |
| Walk | Occasional | | | | | |
| Climb (stairs) | n/a | | | | | |
| Balance | Occasional | | | | | |
| Stoop/Bend | Occasional | | | | | |
| Kneel | Frequent | | | | | |
| Crouch/Squat | Declined | | | | | |
| Crawl | n/a | | | | | |
| Reach Immediate | Left: | n/a | Right: | (Front) Occasional | | |
| Reach Overhead | Left: | n/a | Right: | (Front) Occasional | | |
| Handling | Left: n/a | Right: Occasional | Both: Skipped | | | |
| Sitting | Occasional | | | | | |
| Standing | Occasional | | | | | |

| Other Activities | | | | |
|---|---|---|---|---|
| Grip/Grasping Strength (Dynamometer Position 2) | Left: 0 lb | Right: 61 lb | | low |
| Cardiovascular Fitness | Average | | | |

## FUNCTIONAL ABILITIES

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[1] | %IS | ≤30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | .2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | ≤30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[2] | | | | | Frequent[3] | | | Constant[4] | | | |

[1] **Coefficient of Variance.** If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[2] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[3] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[4] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

**Evaluator/Physician Signature Page**

**CONCLUSIONS**

Results of this evaluation are a reliable indicator of Mr. Mathna's ability to perform the above-listed work tasks.

Sincerely,

*Christopher Ryan Humphreys, PT, DPT, CFE*

Christopher Ryan Humphreys, PT, DPT, CFE
Certified Functional Evaluator
TN PT License #8689

________________________________________**Physician Signature/Date**

- ☐ I have read and agree with this evaluee's Functional Abilities as documented in the above summarized report.

**Summary of Tests in this Evaluation**

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 1: Position 1 - MMVE | Isometric Grip Strength test using Position 1 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 2: Position 2 | Isometric Grip Strength test using Position 2 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Position 2 is the standard grip width, with published normative values. Multiple trials are employed to assess consistency of effort. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 3: Position 3 - MMVE | Isometric Grip Strength test using Position 3 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 4: Position 4 - MMVE | Isometric Grip Strength test using Position 4 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 5: Position 5 - MMVE | Isometric Grip Strength test using Position 5 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 6: Push | Isometric whole-body push with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Push duration is 5 seconds, with average strength measured over the last 3 seconds of the push. | Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| 7: Pull | Isometric whole-body pull with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Pull duration is 5 seconds, with average strength measured over the last 3 seconds of the pull. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |
| 8: Waist to Shoulder Occasional | Progressive dynamic lifting test where subject lifts weighted box from Waist level to Shoulder level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 9: Shoulder to Overhead Occasional | Progressive dynamic lifting test where subject lifts weighted box from Shoulder level to maximum vertical reach and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 10: Floor to Waist Occasional | Progressive dynamic lifting test where subject lifts weighted box from Floor level to Waist level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased low back pain during this activity.<br>Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased right wrist pain during this activity. |  |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 6 of 27

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 11: Walking | A determination of walking ability based on the subject walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased foot (bilateral toe) pain during this activity. Client exhibits a decreased stance on the right leg during gait. Client exhibits impaired balance during test. |  |
| 12: Carry_to_Max | A determination of maximum acceptable (or maximum job demand) carry weight based on the subject carrying an increasing amount of weight with each repetition (trial) until test is stopped by subject or evaluator. | Client reports increased foot (bilateral toe) pain during this activity. Client reports increased right "fingers" pain during this activity. Client exhibits impaired balance. Client report "I feel like I am going to drop the weight". |  |
| 13: Balance | A determination of balance ability based on the subject performing heel-toe walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture. Client reports increased left foot pain during this activity. |  |
| 14: Bending | A determination of bending ability based on the subject bending forward from, then returning to an upright position a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. Client reports increased low back pain during this activity. Client reports increased bilateral hip pain during this activity. |  |
| 15: Crouching | A determination of crouching tolerance based on the subject repeatedly performing a simple task while maintaining a crouched position at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |
| 16: Kneeling | A determination of kneeling ability based on the subject repeatedly kneeling from a standing position, performing a task, then returning to standing at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture. Client reports increased low back pain during this activity. Client reports increased bilateral knee pain during this activity. Client reports increased right hand pain during this activity. |  |
| 17: Reach Immediate | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the IMMEDIATE plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right elbow pain during this activity. Client reports increased neck pain during this activity. |  |
| 18. Reach Overhead | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the OVERHEAD plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right elbow pain during this activity. Client reports increased low back pain during this activity. |  |
| 19: Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs with each hand at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right wrist pain during this activity. Client reports increased right fingers numbness and tightness during this activity. |  |

| Summary of Tests in this Evaluation | | | |
|---|---|---|---|
| Test Name, Date & Time | Description of Test | Comments | Picture |
| 20: Bi-Manual Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs using both hands at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client unable to complete due to left UE amputation. |  |
| | | | |

## Reference Tables

| Activity Frequency - Dictionary of Occupational Titles Volume II, Fourth Edition, Revised 1991 | |
|---|---|
| Constant (C) | 67 – 100% of the workday |
| Frequent (F) | 34 – 66% of the workday |
| Occasional (O) | 0 – 33% of the workday |
| Not Present (N) | Activity is not performed |

| Lifting Activity Height Definitions |
|---|
| High – above shoulder |
| Mid – knuckle to shoulder |
| Low – floor to knuckle |
| Full – full vertical work plane |

| Physical Demand Characteristics Of Work (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

BenchMark PHYSICAL THERAPY FUNCTIONAL TESTING CENTERS
545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

## CLIENT INFORMATION: Report Date: September 24, 2020

Client: **John Mathna** ID#: DOB: Age: **57**

Address: Sex: **M** Dom. Hand: **R**

Height: **67 in** Weight: **163 lb**



Evaluation Date: **09/24/2020** Occupation: **Any Job**

... Referred by: **Oliver Bujak, MD** Employer: **None**

... Resting Pulse Rate: **91** Insurance Co: **Self Pay**

... Blood Pressure (sitting): **150/95** Physician: **Oliver Bujak, MD**

Tested By: **Christopher Ryan Humphreys, PT, DPT, CFE**

| Injury/Illness: Diagnosis | Side | Onset Date | ICD Code |
|---|---|---|---|
| **Amputation of Left Upper Extremity** | **L** | **8/1/2002** | **s48.9t2s** |
| **Spinal Cord Injury at C1-C4 level** | **n/a** | **8/1/1998** | **s14.101s** |
| **Phantom Limb Pain** | **L** | **9/1/2019** | **G54.6** |
| **Other Chronic Pain** | **B** | **n/a** | **G89.29** |

| Current Medications: Name | Dosage | Indication | Taken Day of Evaluation? |
|---|---|---|---|
| **Albuterol** | **n/a** | **n/a** | **?** |

## JOB INFORMATION:

Company: **None**

Job Title: **Any Job**

## HISTORY:

**Mechanism and History of Injury:**

Mr. Mathna reports sustaining a spinal cord injury C1-C4 in 1998. Mr. Mathna reports left UE amputation 2002. Phantom limb pain 2019. Mr. Mathna states that he drove (partial way - 20 miles) to this evaluation today. As of the date of this evaluation, Mr. Mathna reports he is not currently working.

**Intake Interview:**

Mr. Mathna was present for an evaluation of his physical abilities on 9/24/2020.

POST TEST BP= 170 / 120 PT strongly encouraged client to be transported to emergency department. Client refused. "I respect your opinion, but I am just going to go home and let my wife drive me home". HR= 87

**In compliance with the American Physical Therapy Association (APTA) guidelines for Functional Testing, it is understood that this client's referring physician has performed a physical evaluation of client's injured body part, prior to making this FCE referral. The referral by their physician indicates that the physician has determined that this client is able to participate in a Functional Capacity Evaluation. A medical health history was completed by the client and reviewed by the evaluator prior to testing.**

## SUMMARY:

Mr. Mathna's evaluation results are summarized below.

**Pain Drawing Chart**

**Mr. Mathna's description of his symptoms as he reported on 9/24/2020.**

(reproduced from chart completed by examinee)

**Symptom Key:**

- ~ Aching
- / Stabbing
- X Burning
- • Pins&Needles
- O Numbness



**Additional Pain Drawing Chart as reported on 9/24/2020.**

**Symptom Key:**

- ~ Aching
- / Stabbing
- x Burning
- • Pins&Needles
- O Numbness



## *ARCON MTM* Functional Abilities Summary

Methods-Time Measurement (MTM) data provides a quantifiable description of the functions required of a worker in the performance of certain physical job demands. An evaluee's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), which is the time an average worker with average training could perform the listed activity, assuming the activity is performed over an average eight hour day. Percent of Industrial Standard (%IS) is the client's demonstrated ability as a percent of the Industrial Standard, where 100% and up indicates performance at or above the Standard, while below 100% indicates performance below the Standard.

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[5] | %IS | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | 2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[6] | | | | | Frequent[7] | | | Constant[8] | | | |

---

[5] Coefficient of Variance. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.

[6] Occasional - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day

[7] Frequent - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day

[8] Constant - allows no RAS, or activity performed 5.33 - 8 hours/day

## *ARCON* ST - Static Strength Report:

The client was evaluated using the *ARCON* ST static strength testing system. The results report an individual's ability to lift, push, or pull in various common work postures as an ***Average Force*** or strength sustained during the activity. ***Peak Force*** is also reported for comparison purposes. Demonstrated strength (Average Force) is compared to essential job demands and/or safe lifting recommendations based on research conducted for the National Institute for Occupational Safety and Health (NIOSH). ***Occasional Lift*** is calculated as 50%* of the Average Force value (90% for Push and Pull) and represents a suggested safe occasional performance level for this activity.

| *Individual Test Results* | | Strength Data | | | Job Related Strength and Lifting Recommendations‡ | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | Average Force | CV† (%) | Peak Force | Desired Strength | % of Desired | Occasional Lift (Table ST1) |
| Push(1) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |
| Pull(2) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |

("n/a" indicates results that are not available or applicable for the listed task)

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| (2) Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |

* For this lifting safety factor, 50-55% is considered conservative, 60-65% is considered moderate, and 70-75% is considered moderately aggressive in relation to long-term safety in performing similar activities at work.

‡ Donald B. Chaffin, Ph.D.; Gary D. Herrin, Ph.D.; W. Monroe Keyserling, M.S.; "Pre-Employment Strength Testing, An Updated Position", Journal of Occupational Medicine, Vol 20. No.6; June, 1978.

† Based on the NIOSH guideline for validity, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% cannot be considered as valid, consistent and reproducible.

## ST Test Graphs *(in order of Test Results)*







**Table ST1 - Physical Demand Characteristics Of Work**
(Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991)

| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
|---|---|---|---|
| Sedentary | 1 - 10 lb. (< 5 kg.) | Negligible | Negligible |
| Light | 11 - 20 lb. (5 - 9 kg.) | 1 - 10 lbs. (< 5 kg.) | Negligible |
| Medium | 21 - 50 lb. (10 - 22 kg.) | 11 - 25 lbs. (5 - 11 kg.) | 1 - 10 lbs. (< 5 kg.) |
| Heavy | 51 - 100 lb. (23 - 45 kg.) | 26 - 50 lbs. (12 - 23 kg.) | 11 - 20 lbs. (5 - 9 kg.) |
| Very Heavy | Over 100 lb. (> 45 kg.) | Over 50 lbs. (> 23 kg.) | Over 20 lbs. (> 9 kg.) |

## *ARCON* LC - Dynamic Lifting Capacity Report:

The client was evaluated using the *ARCON* LC Dynamic Lifting Capacity system. This process is designed to quantify an individual's dynamic lifting capacity (whole body strength). The *ARCON* LC is based on the PILE (Progressive Isoinertial Lifting Evaluation) Protocol† developed at the University of Texas Southwestern Medical Center at Dallas. This protocol has been adapted and enhanced for automated test sequencing and data collection to provide safe, efficient and accurate administration of the test. In addition, results are correlated to the appropriate U.S. Department of Labor's *Physical Demand Characteristic (PDC)* work ability rating (see ***Table PDC*** in Reference Tables, above) for application to the competitive labor market.

The test consists of repeatedly lifting and lowering a weighted box to a shelf set at a standard height, during a fixed testing interval (four lifts in 20 seconds when assessing ***frequent*** lifting ability, and one lift in 10 seconds when assessing ***occasional*** lifting ability). Box weight starts at a low level and is progressively increased until one of the endpoints described in ***Table LC2*** are achieved.

At the end of each lifting cycle (weight level) the client is asked to rate his or her perception of the weight on a scale of 1 to 9 (see ***Table LC1***). A rating of 8 or 9 is interpreted as "excessive discomfort" and terminates the test (psychophysical endpoint). The client's maximum safe lifting weight (shown in bold face in the "weight" column of the results table below) is the weight lifted in the last ***completed*** cycle with a ***perceived*** weight level of 8 or less. The client's PDC work ability rating is obtained by comparing the safe lifting weight to the weight range for that level as shown in Table PDC.

| ***Waist to Shoulder Occasional*** | | | | ***30 in. to 54 in. lift*** | | | ***1 lift/cycle*** | ***9/24/2020*** |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***134***; 85% limit = ***142*** | | | | | | | Weight Limit = ***89 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | | Endpoint = ***Psychophysical*** | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |   | |
| 1 | **2 lb** | 4 | n/a | n/a | 40 lb-ft | 8 | | |
| Comment: | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. | | | | | |  | |

---

† ***Progressive Isoinertial Lifting Evaluation, I. A Standardized Protocol and Normative Database***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.
***Progressive Isoinertial Lifting Evaluation, II. A Comparison with Isokinetic Lifting in a Disabled Chronic Low-Back Pain Industrial Population***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.

| *Shoulder to Overhead Occasional* | | | | *54 in. to overhead lift* | | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |  | |
| 1 | **2 lb** | 4 | n/a | n/a | 76 lb-ft | 8 | | |
| Comments | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right "fingers" pain during this activity.. | | | | | |  | |



| *Floor to Waist Occasional* | | | | *0 in. to 30 in. lift* | | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |  | |
| 1 | **5 lb** | 4 | n/a | n/a | 100 lb-ft | 8 | | |
| Comments | Client reports increased low back pain during this activity.<br>Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased right wrist pain during this activity. | | | | | |  | |

| Table LC1<br>Rating of Perceived Load | |
|---|---|
| VALUE | DEFINITION |
| 1 | Like Nothing |
| 2 | Very Light |
| 3 | Light |
| 4 | Light-Medium |
| 5 | Medium |
| 6 | Medium-Heavy |
| 7 | Heavy |
| 8 | Very Heavy |
| 9 | Too Heavy |

| Table LC2 - Test Endpoint Conditions | |
|---|---|
| CONDITION | DESCRIPTION |
| Psychophysical | Voluntary test termination by the client based on complaints of fatigue, excessive discomfort, or inability to complete the required number of movements during the testing interval (cycle). |
| Physiological | Achievement of an age-determined target heart rate (based on a percent of client's maximal heart rate - normally 85%, or in excess of 75% continuously for one minute). |
| Safety | Achievement of a predetermined anthropometric safe lifting limit based on the client's adjusted body weight; or intervention by the ARCON operator based upon an evaluation of the client's signs & symptoms. |

## *ARCON* HD - Grip Strength Report:

The client was evaluated using the *ARCON* HD grip strength testing system. This process is designed to quantify an individual's grip strength in one or more standard grip positions, and to compare such strength to expected biomechanical patterns and recognized population norms (note: "n/a" for grip positions with no published norms).

| *Individual Test Results* | | STRENGTH DATA | | NORMATIVE DATA‡ | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | CV (%) | Population Norm | Standard Deviation | Comp. to Norm |
| Position 1 - MMVE - Left(1) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 1 - MMVE - Right | 9/24/2020 | 48 lb | n/a | n/a | n/a | n/a |
| Position 2 - Left(2) | 9/24/2020 | 0 lb | .0% | 83.2 lb | +/- 23.4 | low |
| Position 2 - Right | 9/24/2020 | 61 lb | 4.8% | 101.1 lb | +/- 26.7 | low |
| Position 3 - MMVE - Left(3) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 3 - MMVE - Right | 9/24/2020 | 60 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Left(4) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Right | 9/24/2020 | 40 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Left(5) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Right | 9/24/2020 | 35 lb | n/a | n/a | n/a | n/a |

("n/a" indicates results that are not available or applicable for the listed task)

The following table compares the client's grip strength on opposite body sides, and reports a percent difference in strength for the *weaker hand* compared to the stronger hand. In cases of reported injury, an *expected strength* is calculated based on the measured strength of the uninjured side (note: *right* hand dominant subjects are assumed to be 10% stronger on the right side, while *left* hand dominant subjects are assumed have equal strength on both sides‡). When demonstrated strength is *less* than expected strength, the percent of *strength deficit* is reported.

| *Left Hand vs. Right Hand* | | STRENGTH DATA (* indicates Dominant Hand) | | | INJURED SIDE COMPARISON | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | LEFT | RIGHT | Weaker Hand | Injured Side | Expected Strength | Strength Deficit |
| Position 1 - MMVE | 9/24/2020 | 0 | * 48 | n/a | n/a | n/a | n/a |
| Position 2 | 9/24/2020 | 0 | * 61 | n/a | n/a | n/a | n/a |
| Position 3 - MMVE | 9/24/2020 | 0 | * 60 | n/a | n/a | n/a | n/a |
| Position 4 - MMVE | 9/24/2020 | 0 | * 40 | n/a | n/a | n/a | n/a |
| Position 5 - MMVE | 9/24/2020 | 0 | * 35 | n/a | n/a | n/a | n/a |

‡ Virgil Mathiowetz, MS, OTR, Nancy Kashman, OTR, Gloria Volland, OTR, Karen Weber, OTR, Mary Dowe, OTS, Sandra Rogers, OTS, "Grip and Pinch Strength: Normative Data for Adults", Occupational Therapy Program, University of Wisconsin-Milwaukee, Milwaukee, WI, Arch Phys Med Rehabil 66:69-72, February, 1985.

† Based on common guidelines for consistency of effort, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% are likely to indicate an unreliable or inconsistent performance.

The Maximum Voluntary Effort (MVE) protocol was used to determine if the client exerted a maximal effort during the grip test. This protocol consisted of successive grip tests over the full range of five positions of the hand dynamometer. Research[f] has shown that both normal and injured hand strength should be greater in positions 2, 3 and 4, and less in positions 1 and 5. The table below shows the client's MVE results.

| *MVE Results* | Hand Strength vs. Position | |
|---|---|---|
| In the graphs to the right, maximal effort is indicated by a "humped" or bell shaped curve (may be skewed toward position 2 or 4, based on client's hand size), while sub-maximal effort is indicated by a flat or randomly varying curve. |   |   |

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client unable to complete with left hand due to client having left UE amputation. |   |
| (2) Client unable to complete with left hand due to client having left UE amputation. |   |
| (3) Client unable to complete with left hand due to client having left UE amputation. |   |
| (4) Client unable to complete with left hand due to client having left UE amputation. |   |

[f] Harold M. Stokes, M.D., "The Seriously Uninjured Hand - Weakness of Grip", Journal of Occupational Medicine, Vol. 25, No. 9, Sept. 1983.

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (5) Client unable to complete with left hand due to client having left UE amputation. |  |



## HD Test Graphs *(in order of Test Results)*




Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 20 of 27

## *ARCON MTM* Functional Abilities Evaluation:

*ARCON MTM* evaluates occupational Physical Demand Characteristics (PDC) based on Methods-Time Measurement (MTM) data, the most widely developed and validated work analysis system in the world. MTM data is used to establish fair labor standards by numerous employers and unions and has been accepted in the courts and in arbitration as a valid standard of work performance. The MTM system has been used in personnel selection and disability evaluation for over forty years (Aaker and Thompson, 1960; Anderson and Edstrom; Birdsong, 1972: Birdsong and Chyatte, 1970: Brickey, Drewes: 1961; Farrell, 1993; Foulke: Grant et al., 1975: Mink, 1975; McQuaid and Winkler; Poocke; Todd et al., 1979: Wilcock, 1980: Wilcock and Mink, 1982: Yokomizo, 1985).

A client's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), the time it takes an average worker with average skill to perform a specific motion throughout an average eight hour day (Karger and Hancock, 1982; Karger and Bayha, 1987; Maynard et al., 1948; MTM Assoc, 1972, 1980).

The *ARCON MTM* Report presents data from the evaluation in tabular form, as shown and defined below:

| Trial | Body Side | Wgt/Pos. | Dist/Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| **Trial** | An ascending count of the number of times a functional activity or task is repeated for determination of consistency and endurance. A series of Trials comprise a Set. MTM tests may consist of several sets of data. |
| **Body Side** | Indicating if the activity was performed with the right, left or both body members, if applicable. Dominant side, if applicable, is indicated by "Dom.". |
| **Wgt/Pos.** | The weight of the object being handled in the activity, or the body position used for this activity (e.g. sitting or standing - varies by activity). |
| **Dist/Plane** | Distance over which the activity was performed (for return trips, the distance is one way through the round trip), or the plane in which the activity was performed (e.g. Immediate or overhead - varies by activity). |
| **Reps** | Number of repetitions of the predefined pattern of movement that comprise a single trial of a functional activity or task. The definition of Reps for each activity is shown in a footnote below the results table. |
| **Time (sec)** | The client's time to perform a single trial (or average time for a set) of the activity. |
| **Effort Factor** | The evaluator may optionally note the level of effort exhibited by the client during the activity, with ascending levels of *Poor, Poor-to-Fair, Fair, Average, Good, Excellent* and *Excessive*. The assumed level of effort is *Average* unless otherwise noted. Levels *below* or *above* average will apply an appropriate leveling factor to the average time (and therefore the %IS) for the current set (Avg row). |
| **% IS** | The client's time compared to the Industrial Standard (IS) time, and reported as a percent of Industrial Standard. A client can score at, above or below 100% IS, representing an ability that meets, exceeds or falls below the Industrial Standard for that activity. |
| **CV (%)** | Coefficient of variance (CV) is a statistical representation of consistency of client trial times. A minimum of three trials must be collected to calculate a CV. The empirically derived CV for MTM data is 8%. This evaluation uses a consistency threshold of 10% to allow for a 'learning curve' that is present in these activities. Many factors can affect test scores. CV's slightly greater than 10% should not automatically be interpreted as indication of lack of client reliability. Reliability must be determined by a suitably qualified evaluator. This data is computed at the end of a set, hence the CV is presented in the Avg table row for sets with three or more trials. When multiple sets are performed, the CV reported in the MTM Summary Table is calculated from all trials and thus does NOT represent the consistency within sets. |
| **HR** | Heart Rate, if present, is the client's peak measured heart rate during that trial or set. |
| **PE** | The Borg Perceived Exertion (PE) Scale is a self-report scale of degree of exertion by the client during the activity. Perceived exertion "integrates various information, including the many signals elicited from the peripheral muscles and joints, from the central cardiovascular and respiratory functions, and from the central nervous system" (Borg, 1982). This data is collected at the end of a set, hence PE is shown in the Avg row. |
| **IM** | If checked, Inappropriate Body Mechanics were exhibited by the client during this set (Avg row). |
| **SC** | If checked, Symptom Complaints or Behaviors were exhibited by the client during this set (Avg row). |
| *The following items appear within or below the table of results* | |
| **Avg: S1** | The averages per set (ie. S1 represents Set 1). Performance time is averaged across all trials. The average time forms the basis for a comparison to the Industrial Standard to calculate the average percent IS. |
| **Comments** (shown below results table) | Comments in reference to the performance of this activity, if any, as noted by the evaluator. Pictures associated with the activity are presented to the right of the comments box if included by the evaluator. |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 21 of 27

**Walking:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 12 Ft | 3 | 44.93 | | 57.0 | | | | | |
| 2 | None | None | 12 Ft | 3 | 44.50 | | 57.5 | | | | | |
| 3 | None | None | 12 Ft | 3 | 42.88 | | 59.7 | | | | | |
| **Avg: S1** | **None** | **None** | **12 Ft** | **3** | **44.1** | | **> 58.0 <** | **2.0** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Walking | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client exhibits a decreased stance on the right leg during gait.<br>Client exhibits impaired balance during test. |  |

**Carry_to_Max:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | 5 Lb | 12 Ft | 1 | 12.82 | | 77.7 | | | | | |
| 2 | Right | 7.5 Lb | 12 Ft | 1 | 13.5 | | 73.8 | | | | | |
| **Max: S1** | **Right** | **7.5 Lb** | **12 Ft** | **1** | **13.5** | | **> 73.8 <** | **n/a** | | **n/a** | | |

(Reps indicates ... for this activity)

| Comments for Carry_to_Max | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client reports increased right "fingers" pain during this activity.<br>Client exhibits impaired balance.<br>Client report "I feel like I am going to drop the weight". |  |

## Balance: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 10 paces | 1 | 12.44 | | 49.2 | | | | | |
| 2 | None | None | 10 paces | 1 | 11.57 | | 52.9 | | | | | |
| 3 | None | None | 10 paces | 1 | 11.5 | | 53.2 | | | | | |
| Avg: S1 | None | None | 10 paces | 1 | 11.8 | | > 51.7 < | 3.6 | | n/a | | |

(Reps indicates One Way Trips for this activity)

| Comments for Balance | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture.<br>Client reports increased left foot pain during this activity. |  |

## Bending: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 19.44 | | 67.7 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 19.67 | | 66.9 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 21.94 | | 60.0 | | | | | |
| Avg: S1 | Dom | <2 Lb | None | 6 | 20.3 | | > 64.6 < | 5.5 | | n/a | | |

(Reps indicates Return Trips for this activity)

| Comments for Bending | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity. |  |

## Crouching: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 2 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 3 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **n/a** | | **> n/a <** | **n/a** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Crouching | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |

## Kneeling: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 12 | | 79.5 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 11.75 | | 81.2 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 11.94 | | 79.9 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **11.8** | | **> 80.2 <** | **0.9** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Kneeling | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral knee pain during this activity.<br>Client reports increased right hand pain during this activity. |  |

**Reach Immediate:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 15.81 | | 42.4 | | | | | |
| 2 | Right | Sitting | Front | 6 | 16.38 | | 40.9 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.31 | | 38.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **16.5** | | **> 40.6 <** | **3.7** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Reach Immediate | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased neck pain during this activity. |  |

**Reach Overhead:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 21.81 | | 30.7 | | | | | |
| 2 | Right | Sitting | Front | 6 | 18.06 | | 37.1 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.75 | | 37.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **19.2** | | **> 34.9 <** | **9.6** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Reach Overhead | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased low back pain during this activity. |  |

## Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **24.7** | | **> 66.3 <** | **5.4** | | **n/a** | | |

(Reps indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

## Bi-Manual Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

## Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| Avg: S1 | Right | Standing | Immediate | 12 | 24.7 | | > 66.3 < | 5.4 | | n/a | | |

(Reps indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

## Bi-Manual Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 3 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| Avg: S1 | None | Standing | Immediate | 6 | n/a | | > n/a < | n/a | | n/a | | |

(Reps indicates Pegs/Hand for this activity)

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

# Exhibit

# 3

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

September 25, 2020

Dr. Oliver Bujak
Erlanger at Volkswagen Drive Wellness Center
7380 Volkswagen Drive, Suite 110
Chattanooga, TN 37416

RE: John Mathna

Dear Dr. Bujak:

As you know, we represent your patient, John Mathna, and am helping him with his claim Long Term Disability Benefits. In order to better define his physical functionality, Mr. Mathna underwent a Functional Capacity Evaluation; we are enclosing a copy of the report for your review.

If you have time, will you please review the Functional Capacity Evaluation report and indicate whether the findings of the FCE are consistent with your observations and examinations of Mr. Mathna. Based on observations, test data and review of Mr. Mathna's medical history, the evaluator assigned the following restrictions and limitations:

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requiries an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and/ or be away from the work environment) due to limitations and pain in an 8 hour workday more than 30% of the time.

9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

Based on the assigned restrictions and limitations, the evaluator ultimately concludes:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

_X_ Yes, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are consistent with my observations and examinations of Mr. Mathna.

_____ No, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are not consistent with my observations and examinations of Mr. Mathna.

Explain (optional):

I make the above opinion based on my personal treatment and examinations of Mr. Mathna and to a reasonable degree of medical certainty.

Signature: O. Bujak Date: 10/14/20

If you have any questions, please do not hesitate to contact our office at (423) 634-2506.

Sincerely,

Chandler Wilson

Chandler Wilson

RCW:mo
Enclosures

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 3
Page 2 of 2

CERTIFIED MAIL

stamps.com

CERTIFIED MAIL

$15.52⁰
US POSTAGE
PRIORITY MAIL
COMBASPRICE
FROM 37402
11/09/2020
stamps endicia

9402 9118 9958 4312 4076 02

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

November 9, 2020

Via Fax: (603) 422-7909
VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9402911899564312407602

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No. 9866785

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated June 5, 2020 that we represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy held by Volkswagen Group of America.

Again, pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Mr. Mathna's claim for disability benefits. We are submitting the following additional evidence in support of Mr. Mathna's claim that, in addition to the evidence already in the file, should be sufficient to establish his entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |

| | | |
|---|---|---|
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

Specifically, I direct your attention to the Functional Capacity Evaulation performed on 9/24/20 by Benchmark. The evaluator made the following findings:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right/left and prolong standing to perform bimanual handling, at this time.
>
> l. This client cannot walk one city block or more without rest or severe pain.
> 2. This client cannot walk I block or more on rough or uneven ground.
> 3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
> 4. This client has problems with balance when ambulating.
> 5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
> 6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
> 7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
> 8. This client would be off task (unable to perform work and/or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
> 9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
> 10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

The FCE report was shared with Mr. Mathna's treating physician, Dr. Oliver Bujak as well. Dr. Bujak indicated in a response dated October 14, 2020, that the findings of the FCE were consistent with his own observations and examinations of Mr. Mathna.

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

Chandler Wilson

R. Chandler Wilson

RCw:mo

Enclosures

## RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
~~Attn: Appeal Review Unit~~
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________

Client Name: [signature]

Date: 11/9/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________________

List of Records Submitted in the Case of
**John Mathna**

Claim # 9866785

Exhibits 1 - 3 submitted via letter dated November 9, 2020

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |
| 2 | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| 3 | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

# Exhibit

# 1

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 4/29/2020

04/29/2020 - Telemedicine in Erl Medical Group at VW

## Reason for Visit

### Visit Diagnoses *[last edited by Oliver Bujak, MD on 4/29/2020 1640]*

- **Spinal cord injury at C1-C4 level, sequela (CMS/HCC) (primary)**
- Phantom limb pain (CMS/HCC)
- Mild intermittent asthma without complication

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

### Level of Service

| Level of Service |
|---|
| PR OFFICE OUTPATIENT VISIT 10 MINUTES |

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol 1.25 mg/3 mL nebulizer solution**

Instructions: Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
Authorized by: Oliver Bujak, MD — Ordered on: 3/23/2020
Start date: 3/23/2020 — End date: 3/23/2021
Quantity: 25 vial — Refill: 3 refills by 3/23/2021

**albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler**

Instructions: USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED
Authorized by: Oliver Bujak, MD — Ordered on: 4/29/2020
Start date: 4/29/2020 — End date: 6/2/2020
Quantity: 1 Inhaler — Refill: 5 refills by 4/29/2021

#### Stopped in Visit

None

## Clinical Notes

### Progress Notes

#### Oliver Bujak, MD at 4/29/2020 4:15 PM

Author: Oliver Bujak, MD — Service: — — Author Type: Physician
Filed: 4/29/2020 5:42 PM — Encounter Date: 4/29/2020 — Status: Signed
Editor: Oliver Bujak, MD (Physician)



Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 1
Page 1 of 16

**Clinical Notes (continued)**

**Subjective** [OB.1T]
Chronic pain[OB.2M]

**HPI** [OB.1T]

**Telemedicine Zoom appointment -** [OB.2C]25[OB.2M] **minutes**

This telehealth encounter was conducted with an interactive, live audio telecommunications system that permits real time communication between the patient and the provider. Patient/ family informed the encounter would take place via telemedicine.
Patient/family consented to the encounter taking place in this manner.[OB.2C]

Followup visit. Was in MVA in the past and had spinal cord injury to C1-C4. After this had amputation of his left arm and he was having pain radiating to his arm. Has been pain management in the past, years ago but stopped meds. Starting last fall had worsening pain. No new trauma or injury. Stopped working 9/24. Has been fired by VW. Had new prosthesis since last visit but this did not improve pain. His pain is to the point he can't work, can't concentrate or sleep more than 1 hour. Has paperwork to be completed. Wonders about ritalin as treatment for symptoms.[OB.2M]

Current Outpatient Medications:
- albuterol 1.25 mg/3 mL nebulizer solution, Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
- albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler, USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED

No Known Allergies

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.3T]
Review of Systems
Musculoskeletal:[OB.2T]
**Left arm amputation, spinal cord injury**[OB.2M]
Neurological:[OB.2T]

**Clinical Notes (continued)**

**See HPI**[OB.2M]

**Objective** [OB.1T]

**Physical Exam**[OB.3T]
There were no vitals filed for this visit.[OB.1T]
**Physical Exam**
Constitutional:
General: He is[OB.2T] not in acute distress[OB.2M].
Appearance: He is not[OB.2T] ill-appearing[OB.2M].
HENT:
Head:[OB.2T] Normocephalic[OB.2M] and[OB.2T] atraumatic[OB.2M].
Neurological:
Mental Status: He is[OB.2T] alert[OB.2M] and[OB.2T] oriented to person, place, and time[OB.2M]. Mental status is[OB.2T] at baseline[OB.2M].
Psychiatric:
Mood and Affect:[OB.2T] Mood[OB.2M] normal.
Behavior:[OB.2T] Behavior[OB.2M] normal.
Thought Content:[OB.2T] Thought content[OB.2M] normal.
Judgment:[OB.2T] Judgment[OB.2M] normal.[OB.2T]

**Assessment/Plan**

(S14.101S) **Spinal cord injury at C1-C4 level, sequela (CMS/HCC)**
(G54.6) Phantom limb pain (CMS/HCC)[OB.1T]
See completed paperwork.[OB.2M] Discussed with patient[OB.2T] to consider neurology or pain management evaluation but he says he doesn't have insurance to be seen. He is applying for social security disability. He has not worked since 9/24/19. Told him I am not aware of ritalin as treatment option for spinal cord injury would have to discuss with neurology.[OB.2M] Followup as needed.[OB.2T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Wanted refill of meds, using up to every 4 hours, has been on advair in the past but did not help more.[OB.2M]

Electronically signed by Oliver Bujak, MD at 4/29/2020 5:42 PM

**Attribution Key**
OB.1 - Oliver Bujak, MD on 4/29/2020 5:40 PM
OB.2 - Oliver Bujak, MD on 4/29/2020 5:36 PM
OB.3 - Oliver Bujak, MD on 4/29/2020 4:18 PM
C - Copied, M - Manual, T - Template

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|

**Messages (continued)**

| | | |
|---|---|---|
| Mychart, Generic<br>Last Read in Erlanger MyChart<br>4/29/2020 3:46 PM by John David Mathna | John David Mathna | 4/29/2020 3:44 PM |

Appointment Information:

Visit Type: Telemedicine Remote Visit

Date: 4/29/2020

Dept: Erl Medical Group at VW

Provider: Oliver Bujak

Time: 4:15 PM

Length: 15 min

Appt Status: Scheduled

Appt Instructions:

Please bring any insurance information and a copayment if required by your insurance company.

## 11/06/2019 - Office Visit in Erl Medical Group at VW

### Reason for Visit

**Chief Complaint** *[last edited by Courtney Parrish, MA on 11/6/2019 1636]*

- Pain

**Visit Diagnoses** *[last edited by Oliver Bujak, MD on 11/10/2019 1427]*

- **Other chronic pain (primary)**
- Amputation of left upper extremity, sequela (CMS/HCC)

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

**Follow-up and Dispositions**

- Return if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.

| | |
|---|---|
| Authorized by: Oliver Bujak, MD | Ordered on: 7/10/2019 |
| Start date: 7/10/2019 | End date: 2/3/2020 |
| Quantity: 8.5 g | Refill: 5 refills by 7/9/2020 |

**Stopped in Visit**

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

| | |
|---|---|
| Discontinued by: Courtney Parrish, MA | Discontinued on: 11/6/2019 |
| Action: Patient not taking | |

### Clinical Notes

**Progress Notes**

**Oliver Bujak, MD at 11/6/2019 5:45 PM**

**Clinical Notes (continued)**

| | | |
|---|---|---|
| Author: Oliver Bujak, MD | Service: — | Author Type: Physician |
| Filed: 11/10/2019 2:30 PM | Encounter Date: 11/6/2019 | Status: Signed |
| Editor: Oliver Bujak, MD (Physician) | | |

**Subjective**

**Chief Complaint**

Patient presents with

- Pain

**HPI** [OB.1T]

Neck pain since MVA.[OB.2M] Some time after this had amputation of his arm. He was on meds in the past but got off these. Has managed to tolerate the pain but worse over the last 2 months. His work told him he had indefinite sick time but now needs documentation of inability to work. Has not[OB.3M] work[OB.2M]ed[OB.3M] since 9/24.[OB.2M] Also not sleeping well but doesn't want medications for this.[OB.3M]

Current Outpatient Medications:

- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].

Musculoskeletal:[OB.3T]

**See HPI**[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]

**Vitals:**

**Clinical Notes (continued)**

| | 11/06/19 1639 |
|---|---|
| BP: | **(!) 152/96** |
| Pulse: | **(!) 92** |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 169 lb (76.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.5 |
| Weight Change Since Last Visit: | 76.64 kg |
| Weight Change: | 76.64 kg[OB.1T] |

## Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Musculoskeletal:[OB.3T]
**Left arm prothesis**[OB.3M]
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect.[OB.3T]

**Assessment/Plan**

**(G89.29) Other chronic pain**
(S48.912S) Amputation of left upper extremity, sequela (CMS/HCC)[OB.1T]
Discussed with patient[OB.3T] note for off work given.[OB.3M] Discussed with patient[OB.3T] otc meds for insomnia since he didn't want prescription meds. He was not interested in meds for his pain either. Will[OB.3M] followup[OB.3T] to complete disability paperwork as needed.[OB.3M]

Electronically signed by Oliver Bujak, MD at 11/10/2019 2:30 PM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 11/10/2019 2:28 PM
OB.2 - Oliver Bujak, MD on 11/6/2019 4:45 PM
OB.3 - Oliver Bujak, MD on 11/10/2019 2:22 PM
OB.4 - Oliver Bujak, MD on 11/6/2019 4:42 PM
M - Manual, T - Template

**Flowsheets**

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 11/06/19 1639 |
|---|---|
| **OTHER** | |
| BMI (Calculated) | 28.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in lbs (Bariatric) | 148 -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 -CP at 11/06/19 1640 |
| Weight Change | 76.64 kg -CP at 11/06/19 1640 |
| EERs 7-12mo | 6744.48 -CP at 11/06/19 1640 |
| IBW/kg (Calculated) Male | 68.1 kg -CP at 11/06/19 1640 |
| BMI (Calculated) | 28.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 11/06/19 1640 |
| IBW in lb (Bariatric) | 148 lb -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kgs -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kgs -CP at 11/06/19 1640 |
| Percent of IBW | 4028.01 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 2702.1 kg -CP at 11/06/19 1640 |
| EBW (lbs) | 2694.75 lbs -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kg -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kg -CP at 11/06/19 1640 |
| Percent of IBW | 114.19 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 9.51 kg -CP at 11/06/19 1640 |
| EBW (lb) | 21 lb -CP at 11/06/19 1640 |
| **WHO Equation** | |
| W.H.O. F 0-3yr | 4625.08 -CP at 11/06/19 1640 |
| W.H.O. M 3-10yr | 2235.11 -CP at 11/06/19 1640 |
| W.H.O. F 3-10yr | 2223.78 -CP at 11/06/19 1640 |
| W.H.O. M 10-18yr | 1992.5 -CP at 11/06/19 1640 |
| W.H.O. F 10-18yr | 1681.22 -CP at 11/06/19 1640 |

**Flowsheets (continued)**

| | |
|---|---|
| **EERs Equations** | |
| EERs 4-6mo | 6778.48 -CP at 11/06/19 1640 |
| EERs 13-36mo | 6742.48 -CP at 11/06/19 1640 |
| **Height and Weight** | |
| BSA (Calculated - sq m) | 1.9 sq meters -CP at 11/06/19 1640 |
| Weight in (lb) to have BMI = 25 | 159.3 -CP at 11/06/19 1640 |
| **Vital Signs** | |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| **Weight and Growth Recommendation** | |
| IBW/kg (Calculated) Female | 61.6 kg -CP at 11/06/19 1640 |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.7 -CP at 11/06/19 1640 |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 66.1 -CP at 11/06/19 1640 |
| Vt 6mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 8mL/kg | 528.8 mL/kg -CP at 11/06/19 1640 |
| Vt 10mL/kg | 661 mL/kg -CP at 11/06/19 1640 |
| Vt 3mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 4mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 5mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |

**Encounter Vitals**

| Row Name | 11/06/19 1639 |
|---|---|
| **Enc Vitals** | |
| BP | (!) 152/96 -CP at 11/06/19 1640 |
| Pulse | (!) 92 -CP at 11/06/19 1640 |
| Temp | 36.7 °C (98.1 °F) -CP at 11/06/19 1640 |
| Temp src | Oral -CP at 11/06/19 1640 |
| SpO2 | 97 % -CP at 11/06/19 1640 |
| Weight | 76.7 kg (169 lb) -CP at 11/06/19 1640 |
| Height | 1.702 m (5' 7") -CP at 11/06/19 1640 |
| **Vital Signs** | |
| BP Location | Right arm -CP at 11/06/19 1640 |
| Patient Position | Sitting -CP at 11/06/19 1640 |
| BP Cuff Size | Adult -CP at 11/06/19 1640 |

User Key (r) = Recorded By, (t) = Taken By, (c) = Cosigned By

**Flowsheets (continued)**

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |

**07/10/2019 - Office Visit in Erl Medical Group at VW**

## Reason for Visit

### Chief Complaints *[last edited by Courtney Parrish, MA on 7/10/2019 1539]*

- Follow-up
- Med Refill

### Visit Diagnoses *[last edited by Oliver Bujak, MD on 7/16/2019 0801]*

- **Amputation of left arm (CMS/HCC) (primary)**
- Mild intermittent asthma without complication
- Blood pressure elevated without history of HTN

## Visit Information

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

### Follow-up and Dispositions

- Return in about 6 months (around 1/10/2020), or if symptoms worsen or fail to improve.

### Level of Service

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

## Medication List

### Medication List

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Active at the End of Visit

Medications last reviewed by Courtney Parrish, MA on 7/10/2019 1539

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.
Authorized by: Oliver Bujak, MD
Ordered on: 7/10/2019
Start date: 7/10/2019
End date: 2/3/2020
Quantity: 8.5 g
Refill: 5 refills by 7/9/2020

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

Instructions: Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.
Authorized by: Oliver Bujak, MD
Ordered on: 7/10/2019
Start date: 7/10/2019
End date: 11/6/2019
Action: Patient not taking
Quantity: 1 Inhaler
Refill: 5 refills by 7/9/2020

#### Stopped in Visit

None

**Medication List (continued)**

**Clinical Notes**

**Progress Notes**

**Oliver Bujak, MD at 7/10/2019 3:30 PM**

Author: Oliver Bujak, MD
Filed: 7/16/2019 8:02 AM
Editor: Oliver Bujak, MD (Physician)

Service: —
Encounter Date: 7/10/2019

Author Type: Physician
Status: Signed

**Subjective**

**Chief Complaint**

Patient presents with

- Follow-up
- Med Refill

**HPI** [OB.1T]

Asthma[OB.2M] followup[OB.2T]. Needs refill of proair. He states he is routinely using this 2-3 times daily. This does seem to control his symptoms.[OB.3M]

Left arm prothesis.[OB.2M] Needs script for new one. Was suggested he get one for everyday use and one more heavy duty use.[OB.3M]

Current Outpatient Medications:

- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.
- fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler, Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| Tobacco Use | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 1.8 oz |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].

Clinical Notes (continued)

Respiratory:[OB.3T]
See HPI[OB.3M]
Cardiovascular: Negative for[OB.3T] chest pain[OB.3M] and[OB.3T] palpitations[OB.3M].
Musculoskeletal:[OB.3T]
See HPI[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]
**Vitals:**

| | 07/10/19 1539 |
|---|---|
| BP: | (!) 144/98 |
| Pulse: | (!) 94 |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Oral |
| SpO2: | 95% |
| Weight: | 171 lb 6.4 oz (77.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.8 |
| Weight Change Since Last Visit: | 77.73 kg |
| Weight Change: | 77.73 kg[OB.1T] |

Physical Exam
Constitutional: He is[OB.3T] oriented to person, place, and time[OB.3M]. He appears[OB.3T] well-developed[OB.3M] and[OB.3T] well-nourished[OB.3M].[OB.3T] No distress[OB.3M].
HENT:
Head:[OB.3T] Normocephalic[OB.3M] and[OB.3T] atraumatic[OB.3M].
Cardiovascular:[OB.3T] Normal rate[OB.3M],[OB.3T] regular rhythm[OB.3M] and[OB.3T] normal heart sounds[OB.3M].[OB.3T] No murmur[OB.3M] heard.
Pulmonary/Chest:[OB.3T] Breath sounds normal[OB.3M]. He is in[OB.3T] respiratory distress[OB.3M]. He has[OB.3T] no wheezes[OB.3M].
Neurological: He is[OB.3T] alert[OB.3M] and[OB.3T] oriented to person, place, and time[OB.3M].
Psychiatric: He has a[OB.3T] normal mood and affect[OB.3M]. His[OB.3T] behavior is normal[OB.3M].[OB.3T]

**Assessment/Plan**

**(S48.912A) Amputation of left arm (CMS/HCC)**[OB.1T]
Script for new prothesises given.[OB.3M] Followup as needed.[OB.3T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Discussed with patient[OB.3T] and will do trial of flovent in addition to his proair.[OB.3M] Followup as needed.[OB.3T]

(R03.0) Blood pressure elevated without history of HTN[OB.1T]

**Clinical Notes (continued)**

**High today, track at home and[OB.3M] followup[OB.3T] if continues to be elevated.[OB.3M]**

Electronically signed by Oliver Bujak, MD at 7/16/2019 8:02 AM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 7/16/2019 8:01 AM
OB.2 - Oliver Bujak, MD on 7/10/2019 4:07 PM
OB.3 - Oliver Bujak, MD on 7/16/2019 7:59 AM
OB.4 - Oliver Bujak, MD on 7/10/2019 4:02 PM
M - Manual, T - Template

**Flowsheets**

**Custom Formula Data**

| Row Name | 07/10/19 1539 |
| --- | --- |
| **OTHER** | |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in lbs (Bariatric) | 148 -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 -CP at 07/10/19 1541 |
| Weight Change | 77.73 kg -CP at 07/10/19 1541 |
| EERs 7-12mo | 6841.36 -CP at 07/10/19 1541 |
| IBW/kg (Calculated) Male | 66.1 kg -CP at 07/10/19 1541 |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 07/10/19 1541 |
| IBW in lb (Bariatric) | 148 lb -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kgs -CP at 07/10/19 1541 |
| Initial Excess Weight | -67.13 kgs -CP at 07/10/19 1541 |
| Percent of IBW | 4085.21 Percent -CP at 07/10/19 1541 |
| EBW (kg) | 2740.5 kg -CP at 07/10/19 1541 |
| EBW (lbs) | 2733.15 lbs -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kg -CP at 07/10/19 1541 |
| Initial Excess | -67.13 kg |

**Flowsheets (continued)**

| | |
|---|---|
| Weight | -CP at 07/10/19 1541 |
| Percent of IBW | 115.81 Percent<br>-CP at 07/10/19 1541 |
| EBW (kg) | 10.6 kg<br>-CP at 07/10/19 1541 |
| EBW (lb) | 23.4 lb<br>-CP at 07/10/19 1541 |
| **WHO Equation** | |
| W.H.O. F 0-3yr | 4691.49<br>-CP at 07/10/19 1541 |
| W.H.O. M 3-10yr | 2259.83<br>-CP at 07/10/19 1541 |
| W.H.O. F 3-10yr | 2248.28<br>-CP at 07/10/19 1541 |
| W.H.O. M 10-18yr | 2011.55<br>-CP at 07/10/19 1541 |
| W.H.O. F 10-18yr | 1694.5<br>-CP at 07/10/19 1541 |
| **EERs Equations** | |
| EERs 4-6mo | 6875.36<br>-CP at 07/10/19 1541 |
| EERs 13-36mo | 6839.36<br>-CP at 07/10/19 1541 |
| **Height and Weight** | |
| BSA (Calculated - sq m) | 1.92 sq meters<br>-CP at 07/10/19 1541 |
| Weight in (lb) to have BMI = 25 | 159.3<br>-CP at 07/10/19 1541 |
| **Vital Signs** | |
| BMI (Calculated) | 26.8<br>-CP at 07/10/19 1541 |
| **Weight and Growth Recommendation** | |
| IBW/kg (Calculated) Female | 61.6 kg<br>-CP at 07/10/19 1541 |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.8<br>-CP at 07/10/19 1541 |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 66.1<br>-CP at 07/10/19 1541 |
| Vt 6mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 8mL/kg | 528.8 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 10mL/kg | 661 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 3mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 4mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 5mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |

**Encounter Vitals**

| Row Name | 07/10/19 1539 |
|---|---|
| **Enc Vitals** | |
| BP | (!) 144/98<br>-CP at 07/10/19 1541 |
| Pulse | (!) 94<br>-CP at 07/10/19 1541 |
| Temp | 36.8 °C (98.2 °F) |

**Flowsheets (continued)**

| | |
|---|---|
| | -CP at 07/10/19 1541 |
| Temp src | Oral<br>-CP at 07/10/19 1541 |
| SpO2 | 95 %<br>-CP at 07/10/19 1541 |
| Weight | 77.7 kg (171 lb 6.4 oz)<br>-CP at 07/10/19 1541 |
| Height | 1.702 m (5' 7")<br>-CP at 07/10/19 1541 |

Vital Signs

| | |
|---|---|
| BP Location | Right arm<br>-CP at 07/10/19 1541 |
| Patient Position | Sitting<br>-CP at 07/10/19 1541 |
| BP Cuff Size | Adult<br>-CP at 07/10/19 1541 |

User Key

(r) = Recorded By, (t) = Taken By, (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |

# Exhibit

# 2

BenchMark
PHYSICAL THERAPY FUNCTIONAL TESTING CENTERS
545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

September 24, 2020

Referral Physician: Oliver Bujak, MD

**RE: John Mathna** ) **[Evaluated: September 24, 2020]**

**Thank you for the opportunity to evaluate Mr. Mathna's functional abilities. Please contact me if you have any questions regarding the summarized data below. A detailed 25-30 page summary is sent to the FCE authorizing entity.**

**Client Arrived At: 12:45 PM** **Total Evaluation Process Time: 4 hours**
*Please note that evaluation duration includes testing time for data collection as well as data interpretation/ report preparation and report review/processing to physician referral source and payor.*

**PURPOSE OF ASSESSMENT**
Mr. Mathna was referred for a Functional Capacity Evaluation to determine his ability to perform the duties of Any Job. Mr. Mathna has been referred with the diagnoses of **Amputation of Left Upper Extremity, Spinal Cord Injury at C1-C4 Level, Phantom Limb Pain and Other Chronic Pain.** He was present for evaluation on 9/24/2020 at our Benchmark Functional Testing Center.

**MEDICAL HISTORY**

Amputation of Left Upper Extremity
Spinal Cord Injury at C1-C4
Phantom Limb Pain
Other Chronic Pain
Brachial Plexus Injury
Arthritis
Migraines / Headaches
Dizziness

**CURRENT MEDICATIONS**

Albuterol

**RELIABILITY AND CONSISTENCY OF EFFORT**
The results of this evaluation suggest that Mr. Mathna gave a **reliable**, valid effort during testing, with 15 consistency measures yielding a reliability score of 28 out of 30 (93%). This client's demonstrated patterns of movement and physiological responses were **consistent** with maximal effort. There was consistency between the test results and the referral diagnosis.

## RESIDUAL FUNCTIONAL ASSESSMENT SUMMARY

Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

**LIFTING ABILITIES SUMMARY:**

Mr. Mathna's acceptable **Occasional Lifting** capabilities are at the **Sedentary** Physical Demand Category according to the U.S. Department of Labor Guidelines for work over an 8-hour workday, as follows:

**Floor to Knuckle Lift= 5 lbs., Knuckle to Shoulder Lift= 2 lbs., Shoulder to Overhead Lift = 2 lbs. Single Hand Carry = 7.5 lbs.**

**WORK ABILITIES SUMMARY:**

**Mr. Mathna demonstrated the abilities noted below:**

Client demonstrated sufficient strength to perform the following activities:

***In the Sedentary category:*** High Lift, Mid Lift, Low Lift, Full Lift, Carrying, Pushing, Pulling, Overall Strength.

Client is able to perform the following activities:

***On a Frequent basis:*** Kneeling.

***On an Occasional basis:*** Sitting, Standing, Walking, Balance, Bending, Reach Immediate (Front) Right, Reach Overhead (Front) Right, Handling Right.

## Functional Abilities Summary

Mr. Mathna's demonstrated abilities in this evaluation (FCE) are summarized below.

| Activities Rated by Strength Level | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance (PDC Category) | Equivalent Strength Level: Occasional (0 to 2.6 hours/day) | Frequent (2.7 to 5.2 hours/day) | Constant (5.4 to 8 hours/day) | Job Demand (PDC Category) | Deficit |
| Low Lift (floor to waist) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Mid Lift (waist to shoulder) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| High Lift (shoulder and above) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Carry | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Push (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Pull (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Overall Strength Category | Sedentary | 1 - 10 lb | negligible | negligible | | |

| Activities Rated by Frequency and Duration | | | |
|---|---|---|---|
| Activity | FCE Performance | Job Demand | Deficit |
| Walk | Occasional | | |
| Climb (stairs) | n/a | | |
| Balance | Occasional | | |
| Stoop/Bend | Occasional | | |
| Kneel | Frequent | | |
| Crouch/Squat | Declined | | |
| Crawl | n/a | | |
| Reach Immediate | Left: n/a; Right: (Front) Occasional | | |
| Reach Overhead | Left: n/a; Right: (Front) Occasional | | |
| Handling | Left: n/a; Right: Occasional; Both: Skipped | | |
| Sitting | Occasional | | |
| Standing | Occasional | | |
| **Other Activities** | | | |
| Grip/Grasping Strength (Dynamometer Position 2) | Left: 0 lb; Right: 61 lb | | low |
| Cardiovascular Fitness | Average | | |

## FUNCTIONAL ABILITIES

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[1] | %IS | ≤30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | .2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | ≤30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[2] | | | | | Frequent[3] | | | Constant[4] | | | |

[1] Coefficient of Variance. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[2] Occasional - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[3] Frequent - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[4] Constant - allows no RAS, or activity performed 5.33 - 8 hours/day

**Evaluator/Physician Signature Page**

**CONCLUSIONS**

Results of this evaluation are a reliable indicator of Mr. Mathna's ability to perform the above-listed work tasks.

Sincerely,

*Christopher Ryan Humphreys, PT, DPT, CFE*

Christopher Ryan Humphreys, PT, DPT, CFE
Certified Functional Evaluator
TN PT License #8689

____________________________________**Physician Signature/Date**

- ☐ I have read and agree with this evaluee's Functional Abilities as documented in the above summarized report.

**Summary of Tests in this Evaluation**

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 1: Position 1 - MMVE | Isometric Grip Strength test using Position 1 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 2: Position 2 | Isometric Grip Strength test using Position 2 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Position 2 is the standard grip width, with published normative values. Multiple trials are employed to assess consistency of effort. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 3: Position 3 - MMVE | Isometric Grip Strength test using Position 3 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 4: Position 4 - MMVE | Isometric Grip Strength test using Position 4 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 5: Position 5 - MMVE | Isometric Grip Strength test using Position 5 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 6: Push | Isometric whole-body push with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Push duration is 5 seconds, with average strength measured over the last 3 seconds of the push. | Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| 7: Pull | Isometric whole-body pull with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Pull duration is 5 seconds, with average strength measured over the last 3 seconds of the pull. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |
| 8: Waist to Shoulder Occasional | Progressive dynamic lifting test where subject lifts weighted box from Waist level to Shoulder level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 9: Shoulder to Overhead Occasional | Progressive dynamic lifting test where subject lifts weighted box from Shoulder level to maximum vertical reach and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 10: Floor to Waist Occasional | Progressive dynamic lifting test where subject lifts weighted box from Floor level to Waist level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased low back pain during this activity.<br>Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased right wrist pain during this activity. |  |

| Summary of Tests in this Evaluation | | | |
|---|---|---|---|
| **Test Name, Date & Time** | **Description of Test** | **Comments** | **Picture** |
| 11: Walking | A determination of walking ability based on the subject walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased foot (bilateral toe) pain during this activity.<br>Client exhibits a decreased stance on the right leg during gait.<br>Client exhibits impaired balance during test. |  |
| 12: Carry_to_Max | A determination of maximum acceptable (or maximum job demand) carry weight based on the subject carrying an increasing amount of weight with each repetition (trial) until test is stopped by subject or evaluator. | Client reports increased foot (bilateral toe) pain during this activity.<br>Client reports increased right "fingers" pain during this activity.<br>Client exhibits impaired balance.<br>Client report "I feel like I am going to drop the weight". |  |
| 13: Balance | A determination of balance ability based on the subject performing heel-toe walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture.<br>Client reports increased left foot pain during this activity. |  |
| 14: Bending | A determination of bending ability based on the subject bending forward from, then returning to an upright position a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity. |  |
| 15: Crouching | A determination of crouching tolerance based on the subject repeatedly performing a simple task while maintaining a crouched position at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |
| 16: Kneeling | A determination of kneeling ability based on the subject repeatedly kneeling from a standing position, performing a task, then returning to standing at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral knee pain during this activity.<br>Client reports increased right hand pain during this activity. |  |
| 17: Reach Immediate | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the IMMEDIATE plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased neck pain during this activity. |  |
| 18. Reach Overhead | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the OVERHEAD plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased low back pain during this activity. |  |
| 19: Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs with each hand at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numbness and tightness during this activity. |  |

| Summary of Tests in this Evaluation | | | |
|---|---|---|---|
| Test Name, Date & Time | Description of Test | Comments | Picture |
| 20: Bi-Manual Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs using both hands at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client unable to complete due to left UE amputation. |  |
| | | | |

## Reference Tables

| Activity Frequency - Dictionary of Occupational Titles Volume II, Fourth Edition, Revised 1991 | |
|---|---|
| Constant (C) | 67 – 100% of the workday |
| Frequent (F) | 34 – 66% of the workday |
| Occasional (O) | 0 – 33% of the workday |
| Not Present (N) | Activity is not performed |

| Lifting Activity Height Definitions |
|---|
| High – above shoulder |
| Mid – knuckle to shoulder |
| Low – floor to knuckle |
| Full – full vertical work plane |

| Physical Demand Characteristics Of Work (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

**BenchMark PHYSICAL THERAPY** FUNCTIONAL TESTING CENTERS

545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

## CLIENT INFORMATION: Report Date: September 24, 2020

Client: **John Mathna** ID#: DOB: Age: **57**

Address: Sex: **M** Dom. Hand: **R**

Height: **67 in** Weight: **163 lb**



Evaluation Date: **09/24/2020** Occupation: **Any Job**

... Referred by: **Oliver Bujak, MD** Employer: **None**

... Resting Pulse Rate: **91** Insurance Co: **Self Pay**

... Blood Pressure (sitting): **150/95** Physician: **Oliver Bujak, MD**

Tested By: **Christopher Ryan Humphreys, PT, DPT, CFE**

| Injury/Illness: Diagnosis | Side | Onset Date | ICD Code |
|---|---|---|---|
| **Amputation of Left Upper Extremity** | **L** | **8/1/2002** | **s48.9t2s** |
| **Spinal Cord Injury at C1-C4 level** | **n/a** | **8/1/1998** | **s14.101s** |
| **Phantom Limb Pain** | **L** | **9/1/2019** | **G54.6** |
| **Other Chronic Pain** | **B** | **n/a** | **G89.29** |

| Current Medications: Name | Dosage | Indication | Taken Day of Evaluation? |
|---|---|---|---|
| **Albuterol** | **n/a** | **n/a** | **?** |

## JOB INFORMATION:

Company: **None**

Job Title: **Any Job**

## HISTORY:

**Mechanism and History of Injury:**

Mr. Mathna reports sustaining a spinal cord injury C1-C4 in 1998. Mr. Mathna reports left UE amputation 2002. Phantom limb pain 2019. Mr. Mathna states that he drove (partial way - 20 miles) to this evaluation today. As of the date of this evaluation, Mr. Mathna reports he is not currently working.

**Intake Interview:**

Mr. Mathna was present for an evaluation of his physical abilities on 9/24/2020.

POST TEST BP= 170 / 120 PT strongly encouraged client to be transported to emergency department. Client refused. "I respect your opinion, but I am just going to go home and let my wife drive me home". HR= 87

**In compliance with the American Physical Therapy Association (APTA) guidelines for Functional Testing, it is understood that this client's referring physician has performed a physical evaluation of client's injured body part, prior to making this FCE referral. The referral by their physician indicates that the physician has determined that this client is able to participate in a Functional Capacity Evaluation. A medical health history was completed by the client and reviewed by the evaluator prior to testing.**

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 10 of 27

## SUMMARY:

Mr. Mathna's evaluation results are summarized below.

**Pain Drawing Chart**

**Mr. Mathna's description of his symptoms as he reported on 9/24/2020.**

(reproduced from chart completed by examinee)

**Symptom Key:**

- ~ Aching
- / Stabbing
- X Burning
- • Pins&Needles
- O Numbness



**Additional Pain Drawing Chart as reported on 9/24/2020.**

**Symptom Key:**

- ~ Aching
- / Stabbing
- x Burning
- • Pins&Needles
- O Numbness



## *ARCON MTM* Functional Abilities Summary

Methods-Time Measurement (MTM) data provides a quantifiable description of the functions required of a worker in the performance of certain physical job demands. An evaluee's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), which is the time an average worker with average training could perform the listed activity, assuming the activity is performed over an average eight hour day. Percent of Industrial Standard (%IS) is the client's demonstrated ability as a percent of the Industrial Standard, where 100% and up indicates performance at or above the Standard, while below 100% indicates performance below the Standard.

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[5] | %IS | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | 2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[6] | | | | | Frequent[7] | | | Constant[8] | | | |

---

[5] Coefficient of Variance. If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.

[6] Occasional - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day

[7] Frequent - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day

[8] Constant - allows no RAS, or activity performed 5.33 - 8 hours/day

## *ARCON* ST - Static Strength Report:

The client was evaluated using the *ARCON* ST static strength testing system. The results report an individual's ability to lift, push, or pull in various common work postures as an ***Average Force*** or strength sustained during the activity. ***Peak Force*** is also reported for comparison purposes. Demonstrated strength (Average Force) is compared to essential job demands and/or safe lifting recommendations based on research conducted for the National Institute for Occupational Safety and Health (NIOSH). ***Occasional Lift*** is calculated as 50%* of the Average Force value (90% for Push and Pull) and represents a suggested safe occasional performance level for this activity.

| *Individual Test Results* | | Strength Data | | | Job Related Strength and Lifting Recommendations‡ | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | Average Force | CV† (%) | Peak Force | Desired Strength | % of Desired | Occasional Lift (Table ST1) |
| Push(1) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |
| Pull(2) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |

("n/a" indicates results that are not available or applicable for the listed task)

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| (2) Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |

* For this lifting safety factor, 50-55% is considered conservative, 60-65% is considered moderate, and 70-75% is considered moderately aggressive in relation to long-term safety in performing similar activities at work.

‡ Donald B. Chaffin, Ph.D.; Gary D. Herrin, Ph.D.; W. Monroe Keyserling, M.S.; "Pre-Employment Strength Testing, An Updated Position", Journal of Occupational Medicine, Vol 20. No.6; June, 1978.

† Based on the NIOSH guideline for validity, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% cannot be considered as valid, consistent and reproducible.

**ST Test Graphs** *(in order of Test Results)*







**Table ST1 - Physical Demand Characteristics Of Work**
(Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991)

| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
|---|---|---|---|
| Sedentary | 1 - 10 lb. (< 5 kg.) | Negligible | Negligible |
| Light | 11 - 20 lb. (5 - 9 kg.) | 1 - 10 lbs. (< 5 kg.) | Negligible |
| Medium | 21 - 50 lb. (10 - 22 kg.) | 11 - 25 lbs. (5 - 11 kg.) | 1 - 10 lbs. (< 5 kg.) |
| Heavy | 51 - 100 lb. (23 - 45 kg.) | 26 - 50 lbs. (12 - 23 kg.) | 11 - 20 lbs. (5 - 9 kg.) |
| Very Heavy | Over 100 lb. (> 45 kg.) | Over 50 lbs. (> 23 kg.) | Over 20 lbs. (> 9 kg.) |

## *ARCON* LC - Dynamic Lifting Capacity Report:

The client was evaluated using the *ARCON* LC Dynamic Lifting Capacity system. This process is designed to quantify an individual's dynamic lifting capacity (whole body strength). The *ARCON* LC is based on the PILE (Progressive Isoinertial Lifting Evaluation) Protocol† developed at the University of Texas Southwestern Medical Center at Dallas. This protocol has been adapted and enhanced for automated test sequencing and data collection to provide safe, efficient and accurate administration of the test. In addition, results are correlated to the appropriate U.S. Department of Labor's *Physical Demand Characteristic (PDC)* work ability rating (see ***Table PDC*** in Reference Tables, above) for application to the competitive labor market.

The test consists of repeatedly lifting and lowering a weighted box to a shelf set at a standard height, during a fixed testing interval (four lifts in 20 seconds when assessing ***frequent*** lifting ability, and one lift in 10 seconds when assessing ***occasional*** lifting ability). Box weight starts at a low level and is progressively increased until one of the endpoints described in ***Table LC2*** are achieved.

At the end of each lifting cycle (weight level) the client is asked to rate his or her perception of the weight on a scale of 1 to 9 (see ***Table LC1***). A rating of 8 or 9 is interpreted as "excessive discomfort" and terminates the test (psychophysical endpoint). The client's maximum safe lifting weight (shown in bold face in the "weight" column of the results table below) is the weight lifted in the last ***completed*** cycle with a ***perceived*** weight level of 8 or less. The client's PDC work ability rating is obtained by comparing the safe lifting weight to the weight range for that level as shown in Table PDC.

| ***Waist to Shoulder Occasional*** | | | ***30 In. to 54 In. lift*** | | | | ***1 lift/cycle*** | ***9/24/2020*** |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = ***89 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | | Endpoint = ***Psychophysical*** | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |  | |
| 1 | **2 lb** | 4 | n/a | n/a | 40 lb-ft | 8 | | |
| Comments | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. | | | | | |  | |



† ***Progressive Isoinertial Lifting Evaluation, I. A Standardized Protocol and Normative Database***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.
***Progressive Isoinertial Lifting Evaluation, II. A Comparison with Isokinetic Lifting in a Disabled Chronic Low-Back Pain Industrial Population***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.

| *Shoulder to Overhead Occasional* | | | | | *54 in. to overhead lift* | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load | | |
| 1 | **2 lb** | 4 | n/a | n/a | 76 lb-ft | 8 | | |




Comments: Client reports increased right shoulder pain during this activity.
Client reports increased right wrist pain during this activity.
Client reports increased right "fingers" pain during this activity.



| *Floor to Waist Occasional* | | | | | *0 in. to 30 in. lift* | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load | | |
| 1 | **5 lb** | 4 | n/a | n/a | 100 lb-ft | 8 | | |




Comment: Client reports increased low back pain during this activity.
Client reports increased right shoulder pain during this activity.
Client reports increased right elbow pain during this activity.
Client reports increased right wrist pain during this activity.



| Table LC1<br>Rating of Perceived Load | |
|---|---|
| **VALUE** | **DEFINITION** |
| 1 | Like Nothing |
| 2 | Very Light |
| 3 | Light |
| 4 | Light-Medium |
| 5 | Medium |
| 6 | Medium-Heavy |
| 7 | Heavy |
| 8 | Very Heavy |
| 9 | Too Heavy |

| Table LC2 - Test Endpoint Conditions | |
|---|---|
| **CONDITION** | **DESCRIPTION** |
| Psychophysical | Voluntary test termination by the client based on complaints of fatigue, excessive discomfort, or inability to complete the required number of movements during the testing interval (cycle). |
| Physiological | Achievement of an age-determined target heart rate (based on a percent of client's maximal heart rate - normally 85%, or in excess of 75% continuously for one minute). |
| Safety | Achievement of a predetermined anthropometric safe lifting limit based on the client's adjusted body weight; or intervention by the ARCON operator based upon an evaluation of the client's signs & symptoms. |

## *ARCON* HD - Grip Strength Report:

The client was evaluated using the *ARCON* HD grip strength testing system. This process is designed to quantify an individual's grip strength in one or more standard grip positions, and to compare such strength to expected biomechanical patterns and recognized population norms (note: "n/a" for grip positions with no published norms).

| *Individual Test Results* | | STRENGTH DATA | | NORMATIVE DATA‡ | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | CV (%) | Population Norm | Standard Deviation | Comp. to Norm |
| Position 1 - MMVE - Left(1) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 1 - MMVE - Right | 9/24/2020 | 48 lb | n/a | n/a | n/a | n/a |
| Position 2 - Left(2) | 9/24/2020 | 0 lb | .0% | 83.2 lb | +/- 23.4 | low |
| Position 2 - Right | 9/24/2020 | 61 lb | 4.8% | 101.1 lb | +/- 26.7 | low |
| Position 3 - MMVE - Left(3) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 3 - MMVE - Right | 9/24/2020 | 60 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Left(4) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Right | 9/24/2020 | 40 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Left(5) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Right | 9/24/2020 | 35 lb | n/a | n/a | n/a | n/a |

("n/a" indicates results that are not available or applicable for the listed task)

The following table compares the client's grip strength on opposite body sides, and reports a percent difference in strength for the *weaker hand* compared to the stronger hand. In cases of reported injury, an *expected strength* is calculated based on the measured strength of the uninjured side (note: *right* hand dominant subjects are assumed to be 10% stronger on the right side, while *left* hand dominant subjects are assumed have equal strength on both sides‡). When demonstrated strength is *less* than expected strength, the percent of *strength deficit* is reported.

| *Left Hand vs. Right Hand* | | STRENGTH DATA (* indicates Dominant Hand) | | | INJURED SIDE COMPARISON | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | LEFT | RIGHT | Weaker Hand | Injured Side | Expected Strength | Strength Deficit |
| Position 1 - MMVE | 9/24/2020 | 0 | * 48 | n/a | n/a | n/a | n/a |
| Position 2 | 9/24/2020 | 0 | * 61 | n/a | n/a | n/a | n/a |
| Position 3 - MMVE | 9/24/2020 | 0 | * 60 | n/a | n/a | n/a | n/a |
| Position 4 - MMVE | 9/24/2020 | 0 | * 40 | n/a | n/a | n/a | n/a |
| Position 5 - MMVE | 9/24/2020 | 0 | * 35 | n/a | n/a | n/a | n/a |

‡ Virgil Mathiowetz, MS, OTR, Nancy Kashman, OTR, Gloria Volland, OTR, Karen Weber, OTR, Mary Dowe, OTS, Sandra Rogers, OTS, "Grip and Pinch Strength: Normative Data for Adults", Occupational Therapy Program, University of Wisconsin-Milwaukee, Milwaukee, WI, Arch Phys Med Rehabil 66:69-72, February, 1985.

† Based on common guidelines for consistency of effort, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% are likely to indicate an unreliable or inconsistent performance.

The Maximum Voluntary Effort (MVE) protocol was used to determine if the client exerted a maximal effort during the grip test. This protocol consisted of successive grip tests over the full range of five positions of the hand dynamometer. Research[ε] has shown that both normal and injured hand strength should be greater in positions 2, 3 and 4, and less in positions 1 and 5. The table below shows the client's MVE results.

| *MVE Results* | Hand Strength vs. Position | |
|---|---|---|
| In the graphs to the right, maximal effort is indicated by a "humped" or bell shaped curve (may be skewed toward position 2 or 4, based on client's hand size), while sub-maximal effort is indicated by a flat or randomly varying curve. |   |   |

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client unable to complete with left hand due to client having left UE amputation. |   |
| (2) Client unable to complete with left hand due to client having left UE amputation. |   |
| (3) Client unable to complete with left hand due to client having left UE amputation. |   |
| (4) Client unable to complete with left hand due to client having left UE amputation. |   |

ε Harold M. Stokes, M.D., "The Seriously Uninjured Hand - Weakness of Grip", Journal of Occupational Medicine, Vol. 25, No. 9, Sept. 1983.

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
| --- | --- |
| (5) Client unable to complete with left hand due to client having left UE amputation. |  |

## HD Test Graphs *(in order of Test Results)*































Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 20 of 27

## *ARCON MTM* Functional Abilities Evaluation:

*ARCON MTM* evaluates occupational Physical Demand Characteristics (PDC) based on Methods-Time Measurement (MTM) data, the most widely developed and validated work analysis system in the world. MTM data is used to establish fair labor standards by numerous employers and unions and has been accepted in the courts and in arbitration as a valid standard of work performance. The MTM system has been used in personnel selection and disability evaluation for over forty years (Acker and Thompson, 1960; Anderson and Edstrom; Birdsong, 1972; Birdsong and Chyatte, 1970; Brickey, Drewes; 1961; Farrell, 1993; Foulke; Grant et al., 1975; Mink, 1975; McQuaid and Winkler; Poocke; Todd et al., 1979; Wilcock, 1980; Wilcock and Mink, 1982; Yokomizo, 1985).

A client's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), the time it takes an average worker with average skill to perform a specific motion throughout an average eight hour day (Karger and Hancock, 1982; Karger and Bayha, 1987; Maynard et al., 1948; MTM Assoc, 1972, 1980).

The *ARCON MTM* Report presents data from the evaluation in tabular form, as shown and defined below:

| Trial | Body Side | Wgt/Pos. | Dist/Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| **Trial** | An ascending count of the number of times a functional activity or task is repeated for determination of consistency and endurance. A series of Trials comprise a **Set**. MTM tests may consist of several sets of data. |
| **Body Side** | Indicating if the activity was performed with the right, left or both body members, if applicable. Dominant side, if applicable, is indicated by "Dom.". |
| **Wgt/Pos.** | The weight of the object being handled in the activity, or the body position used for this activity (e.g. sitting or standing - varies by activity). |
| **Dist/Plane** | Distance over which the activity was performed (for return trips, the distance is one way through the round trip), or the plane in which the activity was performed (e.g. immediate or overhead - varies by activity). |
| **Reps** | Number of repetitions of the predefined pattern of movement that comprise a single trial of a functional activity or task. The definition of Reps for each activity is shown in a footnote below the results table. |
| **Time (sec)** | The client's time to perform a single trial (or average time for a set) of the activity. |
| **Effort Factor** | The evaluator may optionally note the level of effort exhibited by the client during the activity, with ascending levels of *Poor, Poor-to-Fair, Fair, Average, Good, Excellent* and *Excessive*. The assumed level of effort is *Average* unless otherwise noted. Levels *below* or *above* average will apply an appropriate leveling factor to the average time (and therefore the %IS) for the current set (Avg row). |
| **% IS** | The client's time compared to the Industrial Standard (IS) time, and reported as a **percent of Industrial Standard**. A client can score at, above or below 100% IS, representing an ability that meets, exceeds or falls below the Industrial Standard for that activity. |
| **CV (%)** | **Coefficient of variance (CV)** is a statistical representation of consistency of client trial times. A minimum of three trials must be collected to calculate a CV. The empirically derived CV for MTM data is 8%. This evaluation uses a consistency threshold of 10% to allow for a 'learning curve' that is present in these activities. Many factors can affect test scores. CV's slightly greater than 10% should not automatically be interpreted as indication of lack of client reliability. Reliability must be determined by a suitably qualified evaluator. This data is computed at the end of a set, hence the CV is presented in the Avg table row for sets with three or more trials. When multiple sets are performed, the CV reported in the MTM Summary Table is calculated from all trials and thus does NOT represent the consistency within sets. |
| **HR** | **Heart Rate**, if present, is the client's peak measured heart rate during that trial or set. |
| **PE** | The **Borg Perceived Exertion (PE)** Scale is a self-report scale of degree of exertion by the client during the activity. Perceived exertion "integrates various information, including the many signals elicited from the peripheral muscles and joints, from the central cardiovascular and respiratory functions, and from the central nervous system" (Borg, 1982). This data is collected at the end of a set, hence PE is shown in the Avg row. |
| **IM** | If checked, **Inappropriate Body Mechanics** were exhibited by the client during this set (Avg row). |
| **SC** | If checked, **Symptom Complaints or Behaviors** were exhibited by the client during this set (Avg row). |
| *The following items appear within or below the table of results* | |
| **Avg: S1** | The averages per set (ie. S1 represents Set 1). Performance time is averaged across all trials. The average time forms the basis for a comparison to the Industrial Standard to calculate the average percent IS. |
| **Comments** (shown below results table) | Comments in reference to the performance of this activity, if any, as noted by the evaluator. Pictures associated with the activity are presented to the right of the comments box if included by the evaluator. |

**Walking:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 12 Ft | 3 | 44.93 | | 57.0 | | | | | |
| 2 | None | None | 12 Ft | 3 | 44.50 | | 57.5 | | | | | |
| 3 | None | None | 12 Ft | 3 | 42.88 | | 59.7 | | | | | |
| **Avg: S1** | **None** | **None** | **12 Ft** | **3** | **44.1** | | **> 58.0 <** | **2.0** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Walking | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client exhibits a decreased stance on the right leg during gait.<br>Client exhibits impaired balance during test. |  |

**Carry_to_Max:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | 5 Lb | 12 Ft | 1 | 12.82 | | 77.7 | | | | | |
| 2 | Right | 7.5 Lb | 12 Ft | 1 | 13.5 | | 73.8 | | | | | |
| **Max: S1** | **Right** | **7.5 Lb** | **12 Ft** | **1** | **13.5** | | **> 73.8 <** | **n/a** | | **n/a** | | |

(Reps indicates … for this activity)

| Comments for Carry_to_Max | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client reports increased right "fingers" pain during this activity.<br>Client exhibits impaired balance.<br>Client report "I feel like I am going to drop the weight". |  |

**Balance:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 10 paces | 1 | 12.44 | | 49.2 | | | | | |
| 2 | None | None | 10 paces | 1 | 11.57 | | 52.9 | | | | | |
| 3 | None | None | 10 paces | 1 | 11.5 | | 53.2 | | | | | |
| Avg: S1 | None | None | 10 paces | 1 | 11.8 | | > 51.7 < | 3.6 | | n/a | | |

(Reps indicates One Way Trips for this activity)

| Comments for Balance | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture.<br>Client reports increased left foot pain during this activity. |  |

**Bending:** (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 19.44 | | 67.7 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 19.67 | | 66.9 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 21.94 | | 60.0 | | | | | |
| Avg: S1 | Dom | <2 Lb | None | 6 | 20.3 | | > 64.6 < | 5.5 | | n/a | | |

(Reps indicates Return Trips for this activity)

| Comments for Bending | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity. |  |

## Crouching: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 2 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 3 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **n/a** | | **> n/a <** | **n/a** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Crouching | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |

## Kneeling: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 12 | | 79.5 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 11.75 | | 81.2 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 11.94 | | 79.9 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **11.8** | | **> 80.2 <** | **0.9** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Kneeling | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral knee pain during this activity.<br>Client reports increased right hand pain during this activity. |  |

**Reach Immediate:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 15.81 | | 42.4 | | | | | |
| 2 | Right | Sitting | Front | 6 | 16.38 | | 40.9 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.31 | | 38.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **16.5** | | **> 40.6 <** | **3.7** | | **n/a** | | |

**(Reps indicates Return Trips for this activity)**

| Comments for Reach Immediate | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased neck pain during this activity. |  |

**Reach Overhead:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 21.81 | | 30.7 | | | | | |
| 2 | Right | Sitting | Front | 6 | 18.06 | | 37.1 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.75 | | 37.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **19.2** | | **> 34.9 <** | **9.6** | | **n/a** | | |

**(Reps indicates Return Trips for this activity)**

| Comments for Reach Overhead | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased low back pain during this activity. |  |

## Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **24.7** | | **> 66.3 <** | **5.4** | | **n/a** | | |

(Reps indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

## Bi-Manual Handling: (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

**Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **24.7** | | **> 66.3 <** | **5.4** | | **n/a** | | |

**(Reps indicates Peg Turns for this activity)**

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

**Bi-Manual Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 3 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| **Avg: S1** | **None** | **Standing** | **Immediate** | **6** | **n/a** | | **> n/a <** | **n/a** | | **n/a** | | |

**(Reps indicates Pegs/Hand for this activity)**

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

# Exhibit

# 3

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

September 25, 2020

Dr. Oliver Bujak
Erlanger at Volkswagen Drive Wellness Center
7380 Volkswagen Drive, Suite 110
Chattanooga, TN 37416

RE: John Mathna

Dear Dr. Bujak:

As you know, we represent your patient, John Mathna, and am helping him with his claim Long Term Disability Benefits. In order to better define his physical functionality, Mr. Mathna underwent a Functional Capacity Evaluation; we are enclosing a copy of the report for your review.

If you have time, will you please review the Functional Capacity Evaluation report and indicate whether the findings of the FCE are consistent with your observations and examinations of Mr. Mathna. Based on observations, test data and review of Mr. Mathna's medical history, the evaluator assigned the following restrictions and limitations:

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requiries an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and/ or be away from the work environment) due to limitations and pain in an 8 hour workday more than 30% of the time.

9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

Based on the assigned restrictions and limitations, the evaluator ultimately concludes:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

_X_ Yes, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are consistent with my observations and examinations of Mr. Mathna.

_____ No, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are not consistent with my observations and examinations of Mr. Mathna.

Explain (optional):

I make the above opinion based on my personal treatment and examinations of Mr. Mathna and to a reasonable degree of medical certainty.

Signature: D. Bujak Date: 10/14/20

If you have any questions, please do not hesitate to contact our office at (423) 634-2506.

Sincerely,

Chandler Wilson

Chandler Wilson

RCW:mo
Enclosures

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 3
Page 2 of 2

CERTIFIED MAIL

stamps.com

CERTIFIED MAIL

$15.52⁰ US POSTAGE PRIORITY MAIL COMBASPRICE FROM 37402 11/09/2020 stamps endicia

9402 9118 9958 4312 4076 02

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 11/16/2020 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 17 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: **Claim # 9866785** |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached letter and exhibit 4

Also Note: A copy of the letter and exhibit were sent via certified mail no. 9415511899564165671645

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

November 16, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415511899564165671645

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

And via Fax to: (603) 422-7909

Re: John Mathna
Claim No. 9866785

Dear sir or madam:

I am attaching the following additional medical evidence to this letter that we ask Lincoln to consider in support of Mr. Mathna's appeal:

| **Ex. No.** | **Contents** | **No. Pages** |
|---|---|---|
| 4 | Client Completed Forms | 11 |

This additional evidence, along with the evidence already in Lincoln's possession, should be more than sufficient to demonstrate Mr. Mathna's entitlement to ongoing disability benefits under his long term disability claim. As we have now provided the additional evidence we were planning on submitting, please proceed with reviewing this claim for a decision.

Should you have any questions or wish to discuss this case further, I would be happy to speak with you at any time.

Sincerely,

Chandler Wilson

Chandler Wilson

RCW:rno

Enclosures

**LIMITED POWER OF ATTORNEY**

I, John Mathna, hereby constitute and appoint, **Eric Buchanan,** as my attorney at law and in fact, with the limited authority to act as my attorney-in-fact solely with respect to my claim for disability insurance, long-term disability benefits, health insurance, life insurance, pension benefits or other employee benefits or insurance benefits. By this document I give my attorney-in-fact the authority to collect any and all documents related to my claim, the authority to collect any benefits or payments, and the authority to execute any documents necessary to prosecute my case. Specifically, I assign my benefits to Eric Buchanan and Associates, PLLC, (who has a property interest therein) solely to the extent of the attorneys fees and costs I owe him, and further, I request that any payment of benefits be made to me or my attorney-in-fact, Eric Buchanan and Associates at the following address:

Eric Buchanan & Associates
P.O. Box 11208
Chattanooga, TN 37401

I also authorize and empower said attorney to endorse and affix a facsimile of my signature to documents of settlement, release, payment, or papers whatsoever expedient to the prosecution or settlement of my case. Provided however, my attorney in fact shall not approve any settlement or release on my behalf without my prior written approval in each instance. In the event of payment or payments under my case, he shall cause the proceeds thereof to become deposited into his IOLTA trust account and to make payment there from, after deduction of attorney's fees and advance expenses, and within ten (10) business days to disburse the balance of the proceeds to me. Upon my request, my attorney in fact shall promptly provide me with copies of any and all documents executed by him or on my behalf pursuant to this limited power of attorney.

This authority is valid indefinitely until revoked by me in writing at any time in the future.

This the 12 day of November, 2020.

Client Signature

STATE OF Tennessee
COUNTY OF Hamilton

On this 12 day of November, 2020, personally appeared John Mathna, with whom I am personally acquainted (or proved to me on the basis of satisfactory evidence) and who acknowledged that he/she executed this document as his/her own free act and deed for the purposes therein contained.

K. Molina Haynes
NOTARY PUBLIC

My Commission Expires: 7/7/2024

K. Molina Haynes STATE OF TENNESSEE NOTARY PUBLIC Hamilton County

List of Records Submitted in the Case of
**John Mathna**

Claim # 9866785

Exhibits 1 - 3 previously submitted via letter dated November 9, 2020
Exhibit 4 submitted via letter dated November 16, 2020

| **Ex. No.** | **Contents** | **No. Pages** |
|---|---|---|
| **1** | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |
| **4** | Client Completed Forms | 11 |

# Exhibit

# 4

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy



EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785 DATE OF BIRTH: ______
EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:
sit 5-10 min stand 5-10 min walk 5-10 min

How many hours a day do you:
sit 10 hrs stand 1 hr walk 5 minutes

Do you take a nap during the day?
Yes ✓ No ______

If Yes, for how long? Several At what time of the day? often

How many hours a day do you spend in bed? 10-15

Do you require any assistive devices such as a:
cane ______ walker ______ crutches ______ wheelchair ______ other ______

How long are you able to sit in a car? ______

Do you hold a valid driver's license?
Yes ✓ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car? 10 mins
**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?
text / email

Do you have children?
Yes ______ No ✓ If Yes, what are their dates of birth ______

Do you need help caring for your children?
Yes ______ No ✓

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?
Yes ______ No ✓ If Yes, please explain ______

How many times a day do you leave the house during the week? once per day
On the weekends? ______

How often do you run errands? Daily

Please describe what errands you most commonly run: None

EBA-MATHNA-CF-000013A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 1 of 11

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 2 of 3*

How often do you get outdoors? Twice per day

| | | | | |
|---|---|---|---|---|
| Are you left or right hand dominant? | Left | ✓ | Right | |
| Are you able to work in your garden? | Yes | | No | ✓ |
| Are you able to work on your house? | Yes | | No | ✓ |
| Are you able to wash your car? | Yes | | No | ✓ |

How much time is spent daily on your home computer?
✓ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ___ 3+ hours

How much time is spent weekly on your home computer?
✓ None ___ 0-1 hours ___ 1-2 hours ___ 2-3 hours ___ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

___ Pay bills ___ Read news/articles ___ Use search engines ___ Send emails

___ Visit chat rooms ___ Photos Other: ___

What computer software applications do you utilize. Please check all that apply:

___ Word processing (Word) ___ Spreadsheets (Excel) ___ Database (Access) ___ Graphics

___ Photo software (Photoshop) ___ Programming Other: ___

Do you have a working home copy machine/fax machine? ___ Yes ✓ No

If yes, please explain purpose and usage: ___

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| How are the following accomplished? | By Whom? | Assistance Required? |
|---|---|---|
| Grocery Shopping | wife | |
| Carrying groceries into the house | " | |
| Cooking meals | " | |
| Cleaning after meals | " | |
| Cleaning bathrooms | " | |
| Vacuuming | " | |
| Doing the laundry | " | |
| Opening and responding to mail | " | |
| Managing your finances | " | |
| Balancing your checkbook | " | |
| Bathing yourself | myself | |
| Styling your own hair | " | |
| Getting dressed | " | |
| Going up and down stairs | " | |

Have you been confined to a hospital within the last 12 months? Yes ___ No ✓

If Yes, please provide reason and hospital contact Information: ___

EBA-MATHNA-CF-000014A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 2 of 11

PAGE 8/17 * RCVD AT 11/16/2020 2:50:55 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):17-23

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*
*page 3 of 3*

How often do you travel or take vacation? never
Where do you go? How do you get there (transportation method)?

Are you able to pursue your hobbies? Yes ___ No ✓
If Yes, please describe

Do you participate in an exercise program? Yes ___ No ✓
If Yes, please describe

Do you do any Volunteer work? Yes ___ No ✓
If Yes:
how many hours per day?
how many hours per week?
for whom?

Are you working for wages? Yes ___ No ✓
If Yes, please provide employer's name

**Describe in your own words, what prevents you from engaging in any gainful employment.**
Constant pain that disrupts my sleep my ambition, my relationships

**Please describe your daily routine: (if more space is needed, please use the back of this form)**
watch tv sleep eat

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

In the event we cannot reach you, please provide an alternate contact's name and telephone number.
Diana DAVies

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: [signature] Date: Oct 1 2020

Signature: John Mathna

EBA-MATHNA-CF-000015A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 3 of 11

Lincoln Financial Group®

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: Bizak
Specialty:
Address: Chattanooga

Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

**MEDICAL INSURANCE CARRIER(S):**

Name: ACA
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

**PHARMACY(S):**

Name: CVS
Specialty:
Address: Chattanooga

Telephone No. :( ) Fax No. :( )

Name:
Specialty:
Address:

Telephone No. :( ) Fax No. :( )

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

EBA-MATHNA-CF-000017A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 5 of 11

SIGNATURE: ______________________ DATE: Oct 1 2020

EBA-MATHNA-CF-000018A



PAGE 12/17 * RCVD AT 11/16/2020 2:50:55 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):17-23

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna **CLAIM #:** 9866785
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**

| | | |
|---|---|---|
| Full Name (Last, First, Middle Int.) Mathna John | Social Security # | Email Address |
| Street Address | City | State / Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status married |
| Spouse's Full Name and Date of Birth Diana Davis | Number of Children 2 | Dates of Birth of Children |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name: Diana Davis Relationship to you? wife Tel:

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay. no

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year. no

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose? no

Do you hold a professional license? If yes, for what purpose? no

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started. no

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information. no

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain. no

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date.

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☑ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☑ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☑ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☑ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☑ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☑ | Workers' Compensation | $ | | | |
| ☐ | ☑ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☑ | Other income/money/benefit (describe) | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** John Mathna

**DATE:** Oct 1 2020 **EMPLOYEE'S SIGNATURE:**

EBA-MATHNA-CF-000019A

DP 409

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 7 of 11





Lincoln/Mathna 306

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ✓ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: [handwritten] DOB: 12-25-'60

Do you have children or dependents*? Yes ____ No ✓
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ✓
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: [signature] Date: Oct 1 2020

EBA-MATHNA-CF-000020A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 8 of 11

PAGE 14/17 * RCVD AT 11/16/2020 2:50:55 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):17-23

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: 12 Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: motorcycle Mech Certificate Program completed: 87

Associates Degree: Ø College: number of years: Ø

Bachelor's Degree: BA /BS Major: Ø Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificate(s): [illegible]

Are you currently attending any classes: ☐ Y ☑ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: english Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work [illegible]

Did you serve in the Armed Forces? ☐ Y ☑ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years. (add additional pages if needed for a complete work history).

1. Company: Volkswagen Department: Sales From: 2016 To: 2019
   Job Title(s): Manager
   Supervisory Experience ☑ Y ☐ N
   **Tasks/Duties/Physical Requirements (please be specific):** working on cars / moving cars supervising employees contracts

2. Company: Self employed Department: ______ From: 2016 To: 2006
   Job Title(s): ______
   Supervisory Experience ☐ Y ☑ N
   Tasks/Duties (please be specific): contractor for car manufacturers to move cars through auctions

A Lincoln Financial Group Company

EBA-MATHNA-CF-000021A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 9 of 11

3. Company: Diesel Services Department: ______ From: 2006 To: 2007
Job Title(s): Fleet Manager
Supervisory Experience ☑ Y ☐ N
Tasks/Duties (please be specific): working on trucks managing fleet

4. Company: Cycle Sport Department: ______ From: 1990s To: 2006
Job Title(s): Mechanic
Supervisory Experience ☐ Y ☑ N
Tasks/Duties (please be specific): worked on motorcycles

5. Company: ______ Department: ______ From: ______ To: ______
Job Title(s): ______
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______

**Computer Utilization:**

Computer Training/Courses, Certifications: none

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☑ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☑ No If yes, WPM (words per minute) ______
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: [handwritten, partially legible] @ gmail.com Work: ______

**SIGNATURE:** [signature] **PHONE NO:** ______

A Lincoln Financial Group Company

EBA-MATHNA-CF-000022A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 10 of 11

PAGE 16/17 * RCVD AT 11/16/2020 2:50:55 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):17-23

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## Authorization to Speak with Family Member/Alternate Contact

| | |
|---|---|
| EMPLOYEE NAME: John Mathna | CLAIM NO: 9866785 |
| CUSTOMER NAME: Volkswagen Group of America | |
| RETURN TO: Lauren McCoy | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I, John Mathna hereby give permission to Diana Davis to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

John Mathna
Claimant Name

Date of Birth

[signature]
Claimant Signature

Oct 1 2020
Date

9866785
Claim Number

EBA-MATHNA-CF-000023A

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 4
Page 11 of 11

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations. Any and all communication with medical providers and/or staff must be in writing
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information:** The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed:** This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) John Mathna

Name of legal representative, if applicable (print) ______________ Relationship ________

Signature of claimant or legal representative [signature]

Date of Birth: ____ Claim Number: 9866785 Date: Oct 1 2020

**A copy of this authorization will be considered as valid as the original.**

EBA-MATHNA-CF-000016A





PAGE 10/17 * RCVD AT 11/16/2020 2:50:55 PM [Eastern Standard Time] * SVR:VA1PWFAX201/4 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):17-23

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **CHARLOTTE**

| | | | | | |
|---|---|---|---|---|---|
| Office: | 587 | Manager: | INGRAM, KEAHTI | Case Mgr: | MCCOY, LAUREN |

| | | | |
|---|---|---|---|
| Claimant Name: | JOHN D MATHNA | Claim #: | 9866785 |
| Occupation (Job Title): | NA | Date Sent: | 11/13/2020 |
| Diagnosis: | S34.0 Concussion and edema of lumbar and sacral spinal cord, G54.6 Phantom limb syndrome with pain | | |
| Date of Disability: | 9/26/2019 | Date Benefits Began: | 3/24/2020 |
| Maximum Duration: | 5/24/2028 | Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 5/11/2020 | Date Appeal Received: | 11/10/2020 |

**This is the date that the full appeal was received by the Field Claim Office*

| | | | |
|---|---|---|---|
| Policyholder/Self-Insured Plan Holder: | VOLKSWAGEN GROUP OF AMERICA | | |
| Product: | LTD | Funding: | CON |
| Is Claimant Eligible for LTD? | Y | | |
| Erisa or Non-Erisa? | ERISA Plan | | |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No.

FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 11/9/2020 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 55 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please view the attached letter and exhibits 1 through 3

Also note: This letter and exhibits were sent via certified mail no. 9402911899564312407602

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

November 9, 2020

Via Fax: (603) 422-7909
VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9402911899564312407602

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No. 9866785

Dear Sir or Madam:

We notified you in our initial letter to Lincoln Life Assurance Company of Boston dated June 5, 2020 that we represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy held by Volkswagen Group of America.

Again, pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, I would appreciate any further correspondence or communication regarding this claim be made through our office. This includes any disbursements of any funds, whether from a settlement or otherwise.

This letter will serve as notice that we are appealing your decision of denial. At this time, I respectfully request you make a favorable decision on Mr. Mathna's claim for disability benefits. We are submitting the following additional evidence in support of Mr. Mathna's claim that, in addition to the evidence already in the file, should be sufficient to establish his entitlement to benefits.

| Ex. No. | Contents | No. Pages |
|---|---|---|
| 1 | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |

| | | |
|---|---|---|
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

Specifically, I direct your attention to the Functional Capacity Evaulation performed on 9/24/20 by Benchmark. The evaluator made the following findings:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right/left and prolong standing to perform bimanual handling, at this time.
>
> l. This client cannot walk one city block or more without rest or severe pain.
> 2. This client cannot walk I block or more on rough or uneven ground.
> 3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
> 4. This client has problems with balance when ambulating.
> 5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
> 6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
> 7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
> 8. This client would be off task (unable to perform work and/or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
> 9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
> 10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

The FCE report was shared with Mr. Mathna's treating physician, Dr. Oliver Bujak as well. Dr. Bujak indicated in a response dated October 14, 2020, that the findings of the FCE were consistent with his own observations and examinations of Mr. Mathna.

Further, please also accept this as a request that, should you intend to issue an adverse benefit determination, you comply with 29 CFR § 2560.503-1(h)(4). This subsection establishes that, prior to issuing an adverse benefit determination, an ERISA administrator must provide all new or additional evidence considered, relied upon, or generated in connection with the claim, and must also provide each new or additional rationale it has concocted. As the Regulation makes clear, such evidence and/or rationale must be provided in sufficient time to provide me a reasonable time to review and/or respond prior to the date your decision is due. Accordingly, if you intend to issue an adverse benefit determination on appeal, please provide the above evidence and/or rationale at least 14 days prior to the deadline for your decision.

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

If you would like to discuss this claim or have any questions, please do not hesitate to contact my office.

Sincerely,

R. Chandler Wilson

RCw:rno

Enclosures

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
~~Attn: Appeal Review Unit~~
PO Box 7213
London, KY 40742

Dear sir or madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________

Client Name: [signature]

Date: 11/9/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

List of Records Submitted in the Case of
**John Mathna**

Claim # 9866785

Exhibits 1 - 3 submitted via letter dated November 9, 2020

| **Ex. No.** | **Contents** | **No. Pages** |
|---|---|---|
| **1** | Erlanger Volkswagon medical records dated 07-10-2019 to 04-29-2020 | 16 |
| **2** | Benchmark Physical Therapy Functional Capacity Evaluation dated 09-24-2020 | 27 |
| **3** | Dr. Oliver Bujak in Agreement with Functional Capacity Evaluation dated 10-14-2020 | 2 |

# Exhibit

# 1

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 4/29/2020

## 04/29/2020 - Telemedicine in Erl Medical Group at VW

### Reason for Visit

**Visit Diagnoses** *[last edited by Oliver Bujak, MD on 4/29/2020 1640]*

- **Spinal cord injury at C1-C4 level, sequela (CMS/HCC) (primary)**
- Phantom limb pain (CMS/HCC)
- Mild intermittent asthma without complication

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 10 MINUTES** |

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol 1.25 mg/3 mL nebulizer solution**

Instructions: Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
Authorized by: Oliver Bujak, MD — Ordered on: 3/23/2020
Start date: 3/23/2020 — End date: 3/23/2021
Quantity: 25 vial — Refill: 3 refills by 3/23/2021

**albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler**

Instructions: USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED
Authorized by: Oliver Bujak, MD — Ordered on: 4/29/2020
Start date: 4/29/2020 — End date: 6/2/2020
Quantity: 1 Inhaler — Refill: 5 refills by 4/29/2021

**Stopped in Visit**

None

### Clinical Notes

**Progress Notes**

**Oliver Bujak, MD at 4/29/2020 4:15 PM**

Author: Oliver Bujak, MD — Service: — — Author Type: Physician
Filed: 4/29/2020 5:42 PM — Encounter Date: 4/29/2020 — Status: Signed
Editor: Oliver Bujak, MD (Physician)

**Clinical Notes (continued)**

**Subjective** [OB.1T]
Chronic pain[OB.2M]

**HPI** [OB.1T]

**Telemedicine Zoom appointment -** [OB.2C]**25**[OB.2M] **minutes**

This telehealth encounter was conducted with an interactive, live audio telecommunications system that permits real time communication between the patient and the provider. Patient/ family informed the encounter would take place via telemedicine.
Patient/family consented to the encounter taking place in this manner.[OB.2C]

Followup visit. Was in MVA in the past and had spinal cord injury to C1-C4. After this had amputation of his left arm and he was having pain radiating to his arm. Has been pain management in the past, years ago but stopped meds. Starting last fall had worsening pain. No new trauma or injury. Stopped working 9/24. Has been fired by VW. Had new prosthesis since last visit but this did not improve pain. His pain is to the point he can't work, can't concentrate or sleep more than 1 hour. Has paperwork to be completed. Wonders about ritalin as treatment for symptoms.[OB.2M]

Current Outpatient Medications:
• albuterol 1.25 mg/3 mL nebulizer solution, Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
• albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler, USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED

No Known Allergies

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.3T]
Review of Systems
Musculoskeletal:[OB.2T]
**Left arm amputation, spinal cord injury**[OB.2M]
Neurological:[OB.2T]





PAGE 10/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Clinical Notes (continued)**

**See HPI**[OB.2M]

**Objective** [OB.1T]

**Physical Exam**[OB.3T]
There were no vitals filed for this visit.[OB.1T]
**Physical Exam**
Constitutional:
General: He is[OB.2T] not in acute distress[OB.2M].
Appearance: He is not[OB.2T] ill-appearing[OB.2M].
HENT:
Head:[OB.2T] Normocephalic[OB.2M] and[OB.2T] atraumatic[OB.2M].
Neurological:
Mental Status: He is[OB.2T] alert[OB.2M] and[OB.2T] oriented to person, place, and time[OB.2M]. Mental status is[OB.2T] at baseline[OB.2M].
Psychiatric:
Mood and Affect:[OB.2T] Mood[OB.2M] normal.
Behavior:[OB.2T] Behavior[OB.2M] normal.
Thought Content:[OB.2T] Thought content[OB.2M] normal.
Judgment:[OB.2T] Judgment[OB.2M] normal.[OB.2T]

**Assessment/Plan**

(S14.101S) **Spinal cord injury at C1-C4 level, sequela (CMS/HCC)**
(G54.6) Phantom limb pain (CMS/HCC)[OB.1T]
See completed paperwork.[OB.2M] Discussed with patient[OB.2T] to consider neurology or pain management evaluation but he says he doesn't have insurance to be seen. He is applying for social security disability. He has not worked since 9/24/19. Told him I am not aware of ritalin as treatment option for spinal cord injury would have to discuss with neurology.[OB.2M] Followup as needed.[OB.2T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Wanted refill of meds, using up to every 4 hours, has been on advair in the past but did not help more.[OB.2M]

Electronically signed by Oliver Bujak, MD at 4/29/2020 5:42 PM

**Attribution Key**
OB.1 - Oliver Bujak, MD on 4/29/2020 5:40 PM
OB.2 - Oliver Bujak, MD on 4/29/2020 5:36 PM
OB.3 - Oliver Bujak, MD on 4/29/2020 4:18 PM
C - Copied, M - Manual, T - Template

**Messages**

**Appointment Scheduled**

| From | To | Sent and Delivered |
|---|---|---|





PAGE 11/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Messages (continued)**

| | | |
|---|---|---|
| Mychart, Generic | John David Mathna | 4/29/2020 3:44 PM |

Last Read in Erlanger MyChart
4/29/2020 3:46 PM by John David Mathna

Appointment Information:
Visit Type: Telemedicine Remote Visit
Date: 4/29/2020
Dept: Erl Medical Group at VW
Provider: Oliver Bujak
Time: 4:15 PM
Length: 15 min

Appt Status: Scheduled

Appt Instructions:

Please bring any insurance information and a copayment if required by your insurance company.





PAGE 12/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 11/6/2019

## 11/06/2019 - Office Visit in Erl Medical Group at VW

### Reason for Visit

**Chief Complaint** *[last edited by Courtney Parrish, MA on 11/6/2019 1636]*

- Pain

**Visit Diagnoses** *[last edited by Oliver Bujak, MD on 11/10/2019 1427]*

- **Other chronic pain (primary)**
- Amputation of left upper extremity, sequela (CMS/HCC)

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-3950 | 423-778-8951 |

**Follow-up and Dispositions**

- Return if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.
Authorized by: Oliver Bujak, MD — Ordered on: 7/10/2019
Start date: 7/10/2019 — End date: 2/3/2020
Quantity: 8.5 g — Refill: 5 refills by 7/9/2020

**Stopped in Visit**

Medications last reviewed by Courtney Parrish, MA on 11/6/2019 1638

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

Discontinued by: Courtney Parrish, MA — Discontinued on: 11/6/2019
Action: Patient not taking

### Clinical Notes

**Progress Notes**

**Oliver Bujak, MD at 11/6/2019 5:45 PM**

Author: Oliver Bujak, MD — Service: — — Author Type: Physician
Filed: 11/10/2019 2:30 PM — Encounter Date: 11/6/2019 — Status: Signed
Editor: Oliver Bujak, MD (Physician)

**Subjective**

**Chief Complaint**

Patient presents with

- Pain

**HPI** [OB.1T]

Neck pain since MVA.[OB.2M] Some time after this had amputation of his arm. He was on meds in the past but got off these. Has managed to tolerate the pain but worse over the last 2 months. His work told him he had indefinite sick time but now needs documentation of inability to work. Has not[OB.3M] work[OB.2M]ed[OB.3M] since 9/24.[OB.2M] Also not sleeping well but doesn't want medications for this.[OB.3M]

Current Outpatient Medications:

- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| | |
|---|---|
| **Tobacco Use** | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| **Substance Use Topics** | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].

Musculoskeletal:[OB.3T]

**See HPI**[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]

**Vitals:**





PAGE 14/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Clinical Notes (continued)**

| | 11/06/19 1639 |
|---|---|
| BP: | **(!) 152/96** |
| Pulse: | **(!) 92** |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 169 lb (76.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.5 |
| Weight Change Since Last Visit: | 76.64 kg |
| Weight Change: | 76.64 kg[OB.1T] |

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Musculoskeletal:[OB.3T]
**Left arm prothesis**[OB.3M]
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect.[OB.3T]

**Assessment/Plan**

(G89.29) **Other chronic pain**
(S48.912S) Amputation of left upper extremity, sequela (CMS/HCC)[OB.1T]
Discussed with patient[OB.3T] note for off work given.[OB.3M] Discussed with patient[OB.3T] otc meds for insomnia since he didn't want prescription meds. He was not interested in meds for his pain either. Will[OB.3M] followup[OB.3T] to complete disability paperwork as needed.[OB.3M]

Electronically signed by Oliver Bujak, MD at 11/10/2019 2:30 PM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 11/10/2019 2:28 PM
OB.2 - Oliver Bujak, MD on 11/6/2019 4:45 PM
OB.3 - Oliver Bujak, MD on 11/10/2019 2:22 PM
OB.4 - Oliver Bujak, MD on 11/6/2019 4:42 PM
M - Manual, T - Template

**Flowsheets**





PAGE 15/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Flowsheets (continued)**

**Custom Formula Data**

| Row Name | 11/06/19 1639 |
|---|---|
| **OTHER** | |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in lbs (Bariatric) | 148 -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 -CP at 11/06/19 1640 |
| Weight Change | 76.64 kg -CP at 11/06/19 1640 |
| EERs 7-12mo | 6744.48 -CP at 11/06/19 1640 |
| IBW/kg (Calculated) Male | 66.1 kg -CP at 11/06/19 1640 |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| Percent Excess Weight Loss | -114.17 Percent -CP at 11/06/19 1640 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 11/06/19 1640 |
| IBW in lb (Bariatric) | 148 lb -CP at 11/06/19 1640 |
| Weight Change Since Last Visit | 76.64 kg -CP at 11/06/19 1640 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kgs -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kgs -CP at 11/06/19 1640 |
| Percent of IBW | 4028.01 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 2702.1 kg -CP at 11/06/19 1640 |
| EBW (lbs) | 2694.75 lbs -CP at 11/06/19 1640 |
| Weight Change Since Preop | 76.64 kg -CP at 11/06/19 1640 |
| Initial Excess Weight | -67.13 kg -CP at 11/06/19 1640 |
| Percent of IBW | 114.19 Percent -CP at 11/06/19 1640 |
| EBW (kg) | 9.51 kg -CP at 11/06/19 1640 |
| EBW (lb) | 21 lb -CP at 11/06/19 1640 |
| **WHO Equation** | |
| W.H.O. F 0-3yr | 4625.08 -CP at 11/06/19 1640 |
| W.H.O. M 3-10yr | 2235.11 -CP at 11/06/19 1640 |
| W.H.O. F 3-10yr | 2223.78 -CP at 11/06/19 1640 |
| W.H.O. M 10-18yr | 1992.5 -CP at 11/06/19 1640 |
| W.H.O. F 10-18yr | 1681.22 -CP at 11/06/19 1640 |



Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 1
Page 8 of 16

PAGE 16/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Flowsheets (continued)**

| | |
|---|---|
| **EERs Equations** | |
| EERs 4-6mo | 6778.48 -CP at 11/06/19 1640 |
| EERs 13-36mo | 6742.48 -CP at 11/06/19 1640 |
| **Height and Weight** | |
| BSA (Calculated - sq m) | 1.9 sq meters -CP at 11/06/19 1640 |
| Weight in (lb) to have BMI = 25 | 159.3 -CP at 11/06/19 1640 |
| **Vital Signs** | |
| BMI (Calculated) | 26.5 -CP at 11/06/19 1640 |
| **Weight and Growth Recommendation** | |
| IBW/kg (Calculated) Female | 61.6 kg -CP at 11/06/19 1640 |
| **Relevant Labs and Vitals** | |
| Temp (in Celsius) | 36.7 -CP at 11/06/19 1640 |
| **Adult IBW/VT Calculations** | |
| IBW/kg (Calculated) | 66.1 -CP at 11/06/19 1640 |
| Vt 6mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 8mL/kg | 528.8 mL/kg -CP at 11/06/19 1640 |
| Vt 10mL/kg | 661 mL/kg -CP at 11/06/19 1640 |
| Vt 3mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 4mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |
| Vt 5mL/kg | 396.6 mL/kg -CP at 11/06/19 1640 |

**Encounter Vitals**

| Row Name | 11/06/19 1639 | | | | |
|---|---|---|---|---|---|
| **Enc Vitals** | | | | | |
| BP | **(!) 152/96** -CP at 11/06/19 1640 | | | | |
| Pulse | **(!) 92** -CP at 11/06/19 1640 | | | | |
| Temp | 36.7 °C (98.1 °F) -CP at 11/06/19 1640 | | | | |
| Temp src | Oral -CP at 11/06/19 1640 | | | | |
| SpO2 | 97 % -CP at 11/06/19 1640 | | | | |
| Weight | 76.7 kg (169 lb) -CP at 11/06/19 1640 | | | | |
| Height | 1.702 m (5' 7") -CP at 11/06/19 1640 | | | | |
| **Vital Signs** | | | | | |
| BP Location | Right arm -CP at 11/06/19 1640 | | | | |
| Patient Position | Sitting -CP at 11/06/19 1640 | | | | |
| BP Cuff Size | Adult -CP at 11/06/19 1640 | | | | |

**User Key** (r) = Recorded By, (t) = Taken By, (c) = Cosigned By





PAGE 17/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 11/6/2019

**11/06/2019 - Office Visit in Erl Medical Group at VW (continued)**

**Flowsheets (continued)**

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |

## 07/10/2019 - Office Visit in Erl Medical Group at VW

### Reason for Visit

**Chief Complaints** *[last edited by Courtney Parrish, MA on 7/10/2019 1539]*

- Follow-up
- Med Refill

**Visit Diagnoses** *[last edited by Oliver Bujak, MD on 7/16/2019 0801]*

- **Amputation of left arm (CMS/HCC) (primary)**
- Mild intermittent asthma without complication
- Blood pressure elevated without history of HTN

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Oliver Bujak, MD | Oliver Bujak, MD |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Erl Medical Group at VW | 7380 Volkswagen Drive, Suite 110<br>Chattanooga TN 37416-1761 | 423-778-8950 | 423-778-8951 |

**Follow-up and Dispositions**

- Return in about 6 months (around 1/10/2020), or if symptoms worsen or fail to improve.

**Level of Service**

| Level of Service |
|---|
| **PR OFFICE OUTPATIENT VISIT 15 MINUTES** |

### Medication List

**Medication List**

**This report is for documentation purposes only. The patient should not follow medication instructions within.**
**For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

**Active at the End of Visit**

Medications last reviewed by Courtney Parrish, MA on 7/10/2019 1539

**albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler**

Instructions: Inhale 2 puffs every 4 (four) hours as needed for wheezing.
Authorized by: Oliver Bujak, MD — Ordered on: 7/10/2019
Start date: 7/10/2019 — End date: 2/3/2020
Quantity: 8.5 g — Refill: 5 refills by 7/9/2020

**fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler**

Instructions: Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.
Authorized by: Oliver Bujak, MD — Ordered on: 7/10/2019
Start date: 7/10/2019 — End date: 11/6/2019
Action: Patient not taking — Quantity: 1 Inhaler
Refill: 5 refills by 7/9/2020

**Stopped in Visit**

None





PAGE 19/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Medication List (continued)**

**Clinical Notes**

**Progress Notes**

**Oliver Bujak, MD at 7/10/2019 3:30 PM**

Author: Oliver Bujak, MD Service: — Author Type: Physician
Filed: 7/16/2019 8:02 AM Encounter Date: 7/10/2019 Status: Signed
Editor: Oliver Bujak, MD (Physician)

**Subjective**

**Chief Complaint**

Patient presents with
- Follow-up
- Med Refill

**HPI** [OB.1T]

Asthma[OB.2M] followup[OB.2T]. Needs refill of proair. He states he is routinely using this 2-3 times daily. This does seem to control his symptoms.[OB.3M]

Left arm prothesis.[OB.2M] Needs script for new one. Was suggested he get one for everyday use and one more heavy duty use.[OB.3M]

Current Outpatient Medications:
- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.
- fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler, Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| Alcohol/week: | 1.8 oz |
| Types: | 3 Cans of beer per week[OB.1T] |

**Review of Systems**[OB.4T]

Review of Systems

Constitutional: Negative for[OB.3T] chills[OB.3M] and[OB.3T] fever[OB.3M].





PAGE 20/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

**Clinical Notes (continued)**

Respiratory:[OB.3T]
**See HPI**[OB.3M]
Cardiovascular: Negative for[OB.3T] chest pain[OB.3M] and[OB.3T] palpitations[OB.3M].
Musculoskeletal:[OB.3T]
**See HPI**[OB.3M]

**Objective** [OB.1T]

**Physical Exam**[OB.4T]
**Vitals:**

| | 07/10/19 1539 |
|---|---|
| BP: | **(!) 144/98** |
| Pulse: | **(!) 94** |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Oral |
| SpO2: | 95% |
| Weight: | 171 lb 6.4 oz (77.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.8 |
| Weight Change Since Last Visit: | 77.73 kg |
| Weight Change: | 77.73 kg[OB.1T] |

Physical Exam
Constitutional: He is[OB.3T] oriented to person, place, and time[OB.3M]. He appears[OB.3T] well-developed[OB.3M] and[OB.3T] well-nourished[OB.3M].[OB.3T] No distress[OB.3M].
HENT:
Head:[OB.3T] Normocephalic[OB.3M] and[OB.3T] atraumatic[OB.3M].
Cardiovascular:[OB.3T] Normal rate[OB.3M],[OB.3T] regular rhythm[OB.3M] and[OB.3T] normal heart sounds[OB.3M].[OB.3T] No murmur[OB.3M] heard.
Pulmonary/Chest:[OB.3T] Breath sounds normal[OB.3M]. He is in[OB.3T] respiratory distress[OB.3M]. He has[OB.3T] no wheezes[OB.3M].
Neurological: He is[OB.3T] alert[OB.3M] and[OB.3T] oriented to person, place, and time[OB.3M].
Psychiatric: He has a[OB.3T] normal mood and affect[OB.3M]. His[OB.3T] behavior is normal[OB.3M].[OB.3T]

**Assessment/Plan**

(S48.912A) **Amputation of left arm (CMS/HCC)**[OB.1T]
Script for new prothesises given.[OB.3M] Followup as needed.[OB.3T]

(J45.20) Mild intermittent asthma without complication[OB.1T]
Discussed with patient[OB.3T] and will do trial of flovent in addition to his proair.[OB.3M] Followup as needed.[OB.3T]

(R03.0) Blood pressure elevated without history of HTN[OB.1T]

**Clinical Notes (continued)**

High today, track at home and[OB.3M] followup[OB.3T] if continues to be elevated.[OB.3M]

Electronically signed by Oliver Bujak, MD at 7/16/2019 8:02 AM

**Attribution Key**

OB.1 - Oliver Bujak, MD on 7/16/2019 8:01 AM
OB.2 - Oliver Bujak, MD on 7/10/2019 4:07 PM
OB.3 - Oliver Bujak, MD on 7/16/2019 7:59 AM
OB.4 - Oliver Bujak, MD on 7/10/2019 4:02 PM
M - Manual, T - Template

**Flowsheets**

**Custom Formula Data**

| Row Name | 07/10/19 1539 |
|---|---|
| **OTHER** | |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in lbs (Bariatric) | 148 -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 -CP at 07/10/19 1541 |
| Weight Change | 77.73 kg -CP at 07/10/19 1541 |
| EERs 7-12mo | 6841.36 -CP at 07/10/19 1541 |
| IBW/kg (Calculated) Male | 66.1 kg -CP at 07/10/19 1541 |
| BMI (Calculated) | 26.9 -CP at 07/10/19 1541 |
| Percent Excess Weight Loss | -115.79 Percent -CP at 07/10/19 1541 |
| IBW in kg (Bariatric) | 67.13 kg -CP at 07/10/19 1541 |
| IBW in lb (Bariatric) | 148 lb -CP at 07/10/19 1541 |
| Weight Change Since Last Visit | 77.73 kg -CP at 07/10/19 1541 |
| **Measurements** | |
| Total Weight Change Percent | 2222 Percent -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kgs -CP at 07/10/19 1541 |
| Initial Excess Weight | -67.13 kgs -CP at 07/10/19 1541 |
| Percent of IBW | 4085.21 Percent -CP at 07/10/19 1541 |
| EBW (kg) | 2740.5 kg -CP at 07/10/19 1541 |
| EBW (lbs) | 2733.15 lbs -CP at 07/10/19 1541 |
| Weight Change Since Preop | 77.73 kg -CP at 07/10/19 1541 |
| Initial Excess | -67.13 kg |

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 7/10/2019

**07/10/2019 - Office Visit in Erl Medical Group at VW (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| Weight | -CP at 07/10/19 1541 |
| Percent of IBW | 115.81 Percent<br>-CP at 07/10/19 1541 |
| EBW (kg) | 10.6 kg<br>-CP at 07/10/19 1541 |
| EBW (lb) | 23.4 lb<br>-CP at 07/10/19 1541 |

WHO Equation

| | |
|---|---|
| W.H.O. F 0-3yr | 4691.49<br>-CP at 07/10/19 1541 |
| W.H.O. M 3-10yr | 2259.83<br>-CP at 07/10/19 1541 |
| W.H.O. F 3-10yr | 2248.28<br>-CP at 07/10/19 1541 |
| W.H.O. M 10-18yr | 2011.55<br>-CP at 07/10/19 1541 |
| W.H.O. F 10-18yr | 1694.5<br>-CP at 07/10/19 1541 |

EERs Equations

| | |
|---|---|
| EERs 4-6mo | 6875.36<br>-CP at 07/10/19 1541 |
| EERs 13-36mo | 6839.36<br>-CP at 07/10/19 1541 |

Height and Weight

| | |
|---|---|
| BSA (Calculated - sq m) | 1.92 sq meters<br>-CP at 07/10/19 1541 |
| Weight in (lb) to have BMI = 25 | 159.3<br>-CP at 07/10/19 1541 |

Vital Signs

| | |
|---|---|
| BMI (Calculated) | 26.8<br>-CP at 07/10/19 1541 |

Weight and Growth Recommendation

| | |
|---|---|
| IBW/kg (Calculated) Female | 61.6 kg<br>-CP at 07/10/19 1541 |

Relevant Labs and Vitals

| | |
|---|---|
| Temp (in Celsius) | 36.8<br>-CP at 07/10/19 1541 |

Adult IBW/VT Calculations

| | |
|---|---|
| IBW/kg (Calculated) | 66.1<br>-CP at 07/10/19 1541 |
| Vt 6mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 8mL/kg | 528.8 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 10mL/kg | 661 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 3mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 4mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |
| Vt 5mL/kg | 396.6 mL/kg<br>-CP at 07/10/19 1541 |

**Encounter Vitals**

| Row Name | 07/10/19 1539 | | | | | |
|---|---|---|---|---|---|---|
| Enc Vitals | | | | | | |
| BP | **(!) 144/98**<br>-CP at 07/10/19 1541 | | | | | |
| Pulse | **(!) 94**<br>-CP at 07/10/19 1541 | | | | | |
| Temp | 36.8 °C (98.2 °F) | | | | | |



Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 1
Page 15 of 16

EPHS Baroness Erlanger Hospital
975 East 3rd Street
Chattanooga TN 37403-2147

Mathna, John David
MRN: 03077599, DOB: , Sex: M
Visit date: 7/10/2019

**07/10/2019 - Office Visit in Erl Medical Group at VW (continued)**

**Flowsheets (continued)**

| | |
|---|---|
| | -CP at 07/10/19 1541 |
| Temp src | Oral<br>-CP at 07/10/19 1541 |
| SpO2 | 95 %<br>-CP at 07/10/19 1541 |
| Weight | 77.7 kg (171 lb 6.4 oz)<br>-CP at 07/10/19 1541 |
| Height | 1.702 m (5' 7")<br>-CP at 07/10/19 1541 |

Vital Signs

| | |
|---|---|
| BP Location | Right arm<br>-CP at 07/10/19 1541 |
| Patient Position | Sitting<br>-CP at 07/10/19 1541 |
| BP Cuff Size | Adult<br>-CP at 07/10/19 1541 |

User Key (r) = Recorded By (t) = Taken By (c) = Cosigned By

| Initials | Name | Effective Dates | Provider Type | Discipline |
|---|---|---|---|---|
| CP | Courtney Parrish, MA | 07/10/19 - | Medical Assistant | — |





PAGE 24/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

# Exhibit

# 2

**BenchMark**
**PHYSICAL THERAPY** **FUNCTIONAL TESTING CENTERS**
545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

September 24, 2020

Referral Physician: Oliver Bujak, MD

<u>RE: John Mathna (        )</u> **[Evaluated: September 24, 2020]**

**Thank you for the opportunity to evaluate Mr. Mathna's functional abilities. Please contact me if you have any questions regarding the summarized data below. A detailed 25-30 page summary is sent to the FCE authorizing entity.**

**Client Arrived At: 12:45 PM** **Total Evaluation Process Time: 4 hours**
*Please note that evaluation duration includes testing time for data collection as well as data interpretation/ report preparation and report review/processing to physician referral source and payor.*

**PURPOSE OF ASSESSMENT**
Mr. Mathna was referred for a Functional Capacity Evaluation to determine his ability to perform the duties of Any Job. Mr. Mathna has been referred with the diagnoses of **Amputation of Left Upper Extremity, Spinal Cord Injury at C1-C4 Level, Phantom Limb Pain and Other Chronic Pain.** He was present for evaluation on 9/24/2020 at our Benchmark Functional Testing Center.

**MEDICAL HISTORY**

Amputation of Left Upper Extremity
Spinal Cord Injury at C1-C4
Phantom Limb Pain
Other Chronic Pain
Brachial Plexus Injury
Arthritis
Migraines / Headaches
Dizziness

**CURRENT MEDICATIONS**

Albuterol

**RELIABILITY AND CONSISTENCY OF EFFORT**
The results of this evaluation suggest that Mr. Mathna gave a **reliable**, valid effort during testing, with 15 consistency measures yielding a reliability score of 28 out of 30 (93%). This client's demonstrated patterns of movement and physiological responses were **consistent** with maximal effort. There was consistency between the test results and the referral diagnosis.

## RESIDUAL FUNCTIONAL ASSESSMENT SUMMARY

Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requires an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and / or be away from the work environment due to limitations and pain in an 8 hour workday more than 30% of the time.
9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care / treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

**LIFTING ABILITIES SUMMARY:**

Mr. Mathna's acceptable **Occasional Lifting** capabilities are at the **Sedentary** Physical Demand Category according to the U.S. Department of Labor Guidelines for work over an 8-hour workday, as follows:
**Floor to Knuckle Lift= 5 lbs., Knuckle to Shoulder Lift= 2 lbs., Shoulder to Overhead Lift = 2 lbs.**
**Single Hand Carry = 7.5 lbs.**

**WORK ABILITIES SUMMARY:**

**Mr. Mathna demonstrated the abilities noted below:**

Client demonstrated sufficient strength to perform the following activities:

***In the Sedentary category:*** High Lift, Mid Lift, Low Lift, Full Lift, Carrying, Pushing, Pulling, Overall Strength.

Client is able to perform the following activities:

***On a Frequent basis:*** Kneeling.

***On an Occasional basis:*** Sitting, Standing, Walking, Balance, Bending, Reach Immediate (Front) Right, Reach Overhead (Front) Right, Handling Right.

## Functional Abilities Summary

Mr. Mathna's demonstrated abilities in this evaluation (FCE) are summarized below.

| Activities Rated by Strength Level | | | | | | |
|---|---|---|---|---|---|---|
| Activity | FCE Performance (PDC Category) | Equivalent Strength Level: Occasional 0 to 2.6 hours/day | Frequent 2.7 to 5.3 hours/day | Constant 5.4 to 8 hours/day | Job Demand (PDC Category) | Deficit |
| Low Lift (floor to waist) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Mid Lift (waist to shoulder) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| High Lift (shoulder and above) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Carry | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Push (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Pull (static) | Sedentary | 1 - 10 lb | negligible | negligible | | |
| Overall Strength Category | Sedentary | 1 - 10 lb | negligible | negligible | | |

| Activities Rated by Frequency and Duration | | | |
|---|---|---|---|
| Activity | FCE Performance | Job Demand | Deficit |
| Walk | Occasional | | |
| Climb (stairs) | n/a | | |
| Balance | Occasional | | |
| Stoop/Bend | Occasional | | |
| Kneel | Frequent | | |
| Crouch/Squat | Declined | | |
| Crawl | n/a | | |
| Reach Immediate | Left: n/a; Right: (Front) Occasional | | |
| Reach Overhead | Left: n/a; Right: (Front) Occasional | | |
| Handling | Left: n/a; Right: Occasional; Both: Skipped | | |
| Sitting | Occasional | | |
| Standing | Occasional | | |

| Other Activities | | | | |
|---|---|---|---|---|
| Grip/Grasping Strength (Dynamometer Position 2) | Left: 0 lb | Right: 61 lb | | low |
| Cardiovascular Fitness | Average | | | |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 3 of 27

## FUNCTIONAL ABILITIES

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[1] | %IS | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | 2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category → | | | | Occasional[2] | | | | | Frequent[3] | | | Constant[4] | | | |

[1] **Coefficient of Variance.** If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.
[2] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day
[3] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day
[4] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 4 of 27

**Evaluator/Physician Signature Page**

**CONCLUSIONS**

Results of this evaluation are a reliable indicator of Mr. Mathna's ability to perform the above-listed work tasks.

Sincerely,

*Christopher Ryan Humphreys, PT, DPT, CFE*

Christopher Ryan Humphreys, PT, DPT, CFE
Certified Functional Evaluator
TN PT License #8689

________________________________________**Physician Signature/Date**

☐ I have read and agree with this evaluee's Functional Abilities as documented in the above summarized report.

| Summary of Tests in this Evaluation | | | |
|---|---|---|---|
| **Test Name, Date & Time** | **Description of Test** | **Comments** | **Picture** |
| 1: Position 1 - MMVE | Isometric Grip Strength test using Position 1 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 2: Position 2 | Isometric Grip Strength test using Position 2 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Position 2 is the standard grip width, with published normative values. Multiple trials are employed to assess consistency of effort. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 3: Position 3 - MMVE | Isometric Grip Strength test using Position 3 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 4: Position 4 - MMVE | Isometric Grip Strength test using Position 4 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 5: Position 5 - MMVE | Isometric Grip Strength test using Position 5 on the grip dynamometer (positions are numbered 1 to 5 for narrow to wide grip width). Only a single trial is measured in this position. | Client unable to complete with left hand due to client having left UE amputation. |  |
| 6: Push | Isometric whole-body push with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Push duration is 5 seconds, with average strength measured over the last 3 seconds of the push. | Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| 7: Pull | Isometric whole-body pull with dynamometer handles at mid-chest height, and subject's feet positioned in a forward-backward stance. Pull duration is 5 seconds, with average strength measured over the last 3 seconds of the pull. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |
| 8: Waist to Shoulder Occasional | Progressive dynamic lifting test where subject lifts weighted box from Waist level to Shoulder level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 9: Shoulder to Overhead Occasional | Progressive dynamic lifting test where subject lifts weighted box from Shoulder level to maximum vertical reach and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right "fingers" pain during this activity. |  |
| 10: Floor to Waist Occasional | Progressive dynamic lifting test where subject lifts weighted box from Floor level to Waist level and back down. Weight is increased until subject reaches a maximum acceptable weight or test is stopped. | Client reports increased low back pain during this activity.<br>Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased right wrist pain during this activity. |  |

## Summary of Tests in this Evaluation

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 11: Walking | A determination of walking ability based on the subject walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased foot (bilateral toe) pain during this activity. Client exhibits a decreased stance on the right leg during gait. Client exhibits impaired balance during test. |  |
| 12: Carry_to_Max | A determination of maximum acceptable (or maximum job demand) carry weight based on the subject carrying an increasing amount of weight with each repetition (trial) until test is stopped by subject or evaluator. | Client reports increased foot (bilateral toe) pain during this activity. Client reports increased right "fingers" pain during this activity. Client exhibits impaired balance. Client report "I feel like I am going to drop the weight". |  |
| 13: Balance | A determination of balance ability based on the subject performing heel-toe walking back and forth on a predetermined course a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture. Client reports increased left foot pain during this activity. |  |
| 14: Bending | A determination of bending ability based on the subject bending forward from, then returning to an upright position a prescribed number of times at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture. Client reports increased low back pain during this activity. Client reports increased bilateral hip pain during this activity. |  |
| 15: Crouching | A determination of crouching tolerance based on the subject repeatedly performing a simple task while maintaining a crouched position at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |
| 16: Kneeling | A determination of kneeling ability based on the subject repeatedly kneeling from a standing position, performing a task, then returning to standing at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture. Client reports increased low back pain during this activity. Client reports increased bilateral knee pain during this activity. Client reports increased right hand pain during this activity. |  |
| 17: Reach Immediate | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the IMMEDIATE plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right elbow pain during this activity. Client reports increased neck pain during this activity. |  |
| 18. Reach Overhead | A determination of reaching ability based on the subject repeatedly reaching with each arm from chest to full extension in the OVERHEAD plane at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right elbow pain during this activity. Client reports increased low back pain during this activity. |  |
| 19: Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs with each hand at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client reports increased right shoulder pain during this activity. Client reports increased right wrist pain during this activity. Client reports increased right fingers numbness and tightness during this activity. |  |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 7 of 27

**Summary of Tests in this Evaluation**

| Test Name, Date & Time | Description of Test | Comments | Picture |
|---|---|---|---|
| 20: Bi-Manual Handling | A determination of handling (hand dexterity) ability based on the subject repeatedly moving and turning a predetermined pattern of pegs using both hands at the best pace the subject believes he/she could maintain at work over a full day with customary rest or activity breaks. | Client unable to complete due to left UE amputation. |  |
| | | | |

Reference Tables

| Activity Frequency - Dictionary of Occupational Titles Volume II, Fourth Edition, Revised 1991 | | Lifting Activity Height Definitions |
|---|---|---|
| Constant (C) | 67 – 100% of the workday | High – above shoulder |
| Frequent (F) | 34 – 66% of the workday | Mid – knuckle to shoulder |
| Occasional (O) | 0 – 33% of the workday | Low – floor to knuckle |
| Not Present (N) | Activity is not performed | Full – full vertical work plane |

| Physical Demand Characteristics Of Work (Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991) | | | |
|---|---|---|---|
| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
| Sedentary | 1 - 10 lbs. | Negligible | Negligible |
| Light | 11 - 20 lbs. | 1 - 10 lbs. | Negligible |
| Medium | 21 - 50 lbs. | 11 - 25 lbs. | 1 - 10 lbs. |
| Heavy | 51 - 100 lbs. | 26 - 50 lbs. | 11 - 20 lbs. |
| Very Heavy | Over 100 lbs. | Over 50 lbs. | Over 20 lbs. |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 9 of 27

**BenchMark PHYSICAL THERAPY** FUNCTIONAL TESTING CENTERS

545 North Mount Juliet Suite 1101 • Mount Juliet, TN 37122 • Phone 615-553-4645 • Fax 615-553-4794

## CLIENT INFORMATION: Report Date: September 24, 2020

Client: **John Mathna** ID#: DOB: Age: **57**

Address: Sex: **M** Dom. Hand: **R**

Height: **67** in Weight: **163** lb



Evaluation Date: **09/24/2020** Occupation: **Any Job**

... Referred by: **Oliver Bujak, MD** Employer: **None**

... Resting Pulse Rate: **91** Insurance Co: **Self Pay**

... Blood Pressure (sitting): **150/95** Physician: **Oliver Bujak, MD**

Tested By: **Christopher Ryan Humphreys, PT, DPT, CFE**

| Injury/Illness: Diagnosis | Side | Onset Date | ICD Code |
|---|---|---|---|
| **Amputation of Left Upper Extremity** | **L** | **8/1/2002** | **s48.9t2s** |
| **Spinal Cord Injury at C1-C4 level** | **n/a** | **8/1/1998** | **s14.101s** |
| **Phantom Limb Pain** | **L** | **9/1/2019** | **G54.6** |
| **Other Chronic Pain** | **B** | **n/a** | **G89.29** |

| Current Medications: Name | Dosage | Indication | Taken Day of Evaluation? |
|---|---|---|---|
| **Albuterol** | **n/a** | **n/a** | **?** |

## JOB INFORMATION:

Company: **None**

Job Title: **Any Job**

## HISTORY:

**Mechanism and History of Injury:**

Mr. Mathna reports sustaining a spinal cord injury C1-C4 in 1998. Mr. Mathna reports left UE amputation 2002. Phantom limb pain 2019. Mr. Mathna states that he drove (partial way - 20 miles) to this evaluation today. As of the date of this evaluation, Mr. Mathna reports he is not currently working.

**Intake Interview:**

Mr. Mathna was present for an evaluation of his physical abilities on 9/24/2020.

POST TEST BP= 170 / 120 PT strongly encouraged client to be transported to emergency department. Client refused. "I respect your opinion, but I am just going to go home and let my wife drive me home".
HR= 87

**In compliance with the American Physical Therapy Association (APTA) guidelines for Functional Testing, it is understood that this client's referring physician has performed a physical evaluation of client's injured body part, prior to making this FCE referral. The referral by their physician indicates that the physician has determined that this client is able to participate in a Functional Capacity Evaluation. A medical health history was completed by the client and reviewed by the evaluator prior to testing.**

## SUMMARY:

Mr. Mathna's evaluation results are summarized below.

### Pain Drawing Chart

**Mr. Mathna's description of his symptoms as he reported on 9/24/2020.**
(reproduced from chart completed by examinee)

Symptom Key:

- ~ Aching
- / Stabbing
- X Burning
- • Pins&Needles
- O Numbness



### Additional Pain Drawing Chart as reported on 9/24/2020.

Symptom Key:

- ~ Aching
- / Stabbing
- X Burning
- • Pins&Needles
- O Numbness



## *ARCON MTM* Functional Abilities Summary

Methods-Time Measurement (MTM) data provides a quantifiable description of the functions required of a worker in the performance of certain physical job demands. An evaluee's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), which is the time an average worker with average training could perform the listed activity, assuming the activity is performed over an average eight hour day. Percent of Industrial Standard (%IS) is the client's demonstrated ability as a percent of the Industrial Standard, where 100% and up indicates performance at or above the Standard, while below 100% indicates performance below the Standard.

**Figure 1 – Percent of Industrial Standard Rating Chart**

| Activity | Date | CV[5] | %IS | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Walking - 12 Ft | 9/24/2020 | 2 | 58 | | | | | | | | | | | | |
| Carry_to_Max - 7.5 Lb | 9/24/2020 | n/a | 73.8 | | | | | | | | | | | | |
| Balance - 10 paces | 9/24/2020 | 3.6 | 51.7 | | | | | | | | | | | | |
| Bending | 9/24/2020 | 5.5 | 64.6 | | | | | | | | | | | | |
| Crouching | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| Kneeling | 9/24/2020 | 0.9 | 80.2 | | | | | | | | | | | | |
| Reach Immediate | 9/24/2020 | 3.7 | 40.6 | | | | | | | | | | | | |
| Reach Overhead | 9/24/2020 | 9.6 | 34.9 | | | | | | | | | | | | |
| Handling | 9/24/2020 | 5.4 | 66.3 | | | | | | | | | | | | |
| Bi-Manual Handling | 9/24/2020 | Incomplete Test | | | | | | | | | | | | | |
| | | | | <30 | 40 | 50 | 60 | 70 | 80 | 90 | 100 | 110 | 120 | 130 | 140+ |
| PDC Category | | | → | Occasional[6] | | | | | Frequent[7] | | | Constant[8] | | | |

[5] **Coefficient of Variance.** If value is underlined, CV calculated for multiple test sets. For CV > 10%, value is shaded to call attention to results that may indicate a problem in consistency or ability to perform this task.

[6] **Occasional** - allows 31-70% Rest Allowance Standard (RAS) from the IS, or activity performed 0 - 2.6 hours/day

[7] **Frequent** - allows up to 30% RAS from the IS, or activity performed 2.7 - 5.33 hours/day

[8] **Constant** - allows no RAS, or activity performed 5.33 - 8 hours/day

## *ARCON* ST - Static Strength Report:

The client was evaluated using the *ARCON* ST static strength testing system. The results report an individual's ability to lift, push, or pull in various common work postures as an ***Average Force*** or strength sustained during the activity. ***Peak Force*** is also reported for comparison purposes. Demonstrated strength (Average Force) is compared to essential job demands and/or safe lifting recommendations based on research conducted for the National Institute for Occupational Safety and Health (NIOSH). ***Occasional Lift*** is calculated as 50%* of the Average Force value (90% for Push and Pull) and represents a suggested safe occasional performance level for this activity.

| ***Individual Test Results*** | | **Strength Data** | | | **Job Related Strength and Lifting Recommendations‡** | | |
|---|---|---|---|---|---|---|---|
| **TASK NAME** | **DATE** | **Average Force** | **CV† (%)** | **Peak Force** | **Desired Strength** | **% of Desired** | **Occasional Lift (Table ST1)** |
| Push(1) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |
| Pull(2) | 9/24/2020 | 5 lb | .0% | 5 lb | n/a | n/a | 4 lb (Sedentary) |

("**n/a**" indicates results that are not available or applicable for the listed task)

| ***COMMENTS (referenced by number from test result table)*** | **Comment Picture** |
|---|---|
| (1) Client reports increased right shoulder pain during this activity.<br>Client reports increased neck pain during this activity.<br>Client reports increased right hand pain during this activity.<br>Client with difficulty completing test due to having difficulty holding force gauge with single hand. |  |
| (2) Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client with impaired balance. "I am afraid to pull to hard because if this (force gauge) slips out of my hand I am going to fall".<br>Client with difficulty holding force gauge with one hand. |  |

* For this lifting safety factor, 50-55% is considered conservative, 60-65% is considered moderate, and 70-75% is considered moderately aggressive in relation to long-term safety in performing similar activities at work.

‡ Donald B. Chaffin, Ph.D.; Gary D. Herrin, Ph.D.; W. Monroe Keyserling, M.S.; "Pre-Employment Strength Testing, An Updated Position", Journal of Occupational Medicine, Vol 20. No.6, June, 1978.

† Based on the NIOSH guideline for validity, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% cannot be considered as valid, consistent and reproducible.

## ST Test Graphs *(in order of Test Results)*







**Table ST1 - Physical Demand Characteristics Of Work**
(Dictionary of Occupational Titles - Volume II, Fourth Edition, Revised 1991)

| Physical Demand Level | OCCASIONAL 0-33% of the workday | FREQUENT 34-66% of the workday | CONSTANT 67-100% of the workday |
|---|---|---|---|
| Sedentary | 1 - 10 lb. (< 5 kg.) | Negligible | Negligible |
| Light | 11 - 20 lb. (5 - 9 kg.) | 1 - 10 lbs. (< 5 kg.) | Negligible |
| Medium | 21 - 50 lb. (10 - 22 kg.) | 11 - 25 lbs. (5 - 11 kg.) | 1 - 10 lbs. (< 5 kg.) |
| Heavy | 51 - 100 lb. (23 - 45 kg.) | 26 - 50 lbs. (12 - 23 kg.) | 11 - 20 lbs. (5 - 9 kg.) |
| Very Heavy | Over 100 lb. (> 45 kg.) | Over 50 lbs. (> 23 kg.) | Over 20 lbs. (> 9 kg.) |

## *ARCON* LC - Dynamic Lifting Capacity Report:

The client was evaluated using the *ARCON* LC Dynamic Lifting Capacity system. This process is designed to quantify an individual's dynamic lifting capacity (whole body strength). The *ARCON* LC is based on the PILE (Progressive Isoinertial Lifting Evaluation) Protocol† developed at the University of Texas Southwestern Medical Center at Dallas. This protocol has been adapted and enhanced for automated test sequencing and data collection to provide safe, efficient and accurate administration of the test. In addition, results are correlated to the appropriate U.S. Department of Labor's *Physical Demand Characteristic (PDC)* work ability rating (see ***Table PDC*** in Reference Tables, above) for application to the competitive labor market.

The test consists of repeatedly lifting and lowering a weighted box to a shelf set at a standard height, during a fixed testing interval (four lifts in 20 seconds when assessing ***frequent*** lifting ability, and one lift in 10 seconds when assessing ***occasional*** lifting ability). Box weight starts at a low level and is progressively increased until one of the endpoints described in ***Table LC2*** are achieved.

At the end of each lifting cycle (weight level) the client is asked to rate his or her perception of the weight on a scale of 1 to 9 (see ***Table LC1***). A rating of 8 or 9 is interpreted as "excessive discomfort" and terminates the test (psychophysical endpoint). The client's maximum safe lifting weight (shown in bold face in the "weight" column of the results table below) is the weight lifted in the last ***completed*** cycle with a ***perceived*** weight level of 8 or less. The client's PDC work ability rating is obtained by comparing the safe lifting weight to the weight range for that level as shown in Table PDC.

| ***Waist to Shoulder Occasional*** | | | | | ***30 in. to 54 in. lift*** | | ***1 lift/cycle*** | ***9/24/2020*** |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = ***n/a***; 80% target = ***134***; 85% limit = ***142*** | | | | | | | Weight Limit = ***89 lb*** | |
| | Occasional PDC Level = ***Sedentary (1 - 10 lb)*** | | | | | | Endpoint = ***Psychophysical*** | |
| **Cycle #** | **Weight** | **Reps** | **Peak HR** | **HR % Max** | **Total Work** | **Perceived Load** |  | |
| 1 | **2 lb** | 4 | n/a | n/a | 40 lb-ft | 8 | | |
| Comment: | Client reports increased right shoulder pain during this activity.<br>Client reports increased right "fingers" pain during this activity. | | | | | |  | |

† ***Progressive Isoinertial Lifting Evaluation, I. A Standardized Protocol and Normative Database***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.
***Progressive Isoinertial Lifting Evaluation, II. A Comparison with Isokinetic Lifting in a Disabled Chronic Low-Back Pain Industrial Population***; Mayer, Barnes, Kishino, Nichols, Gatchel, Mayer and Mooney; Spine, Vol 13, No. 9, Sept. 1988.

| *Shoulder to Overhead Occasional* | | | | *54 in. to overhead lift* | | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |  | |
| 1 | **2 lb** | 4 | n/a | n/a | 76 lb-ft | 8 | | |
| Comment: | Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right "fingers" pain during this activity. | | | | | |  | |



| *Floor to Waist Occasional* | | | | *0 in. to 30 in. lift* | | | *1 lift/cycle* | *9/24/2020* |
|---|---|---|---|---|---|---|---|---|
| Heart Rate: Start = *n/a*; 80% target = *134*; 85% limit = *142* | | | | | | | Weight Limit = *89 lb* | |
| | Occasional PDC Level = *Sedentary (1 - 10 lb)* | | | | | | Endpoint = *Psychophysical* | |
| Cycle # | Weight | Reps | Peak HR | HR % Max | Total Work | Perceived Load |  | |
| 1 | **5 lb** | 4 | n/a | n/a | 100 lb-ft | 8 | | |
| Comment: | Client reports increased low back pain during this activity.<br>Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased right wrist pain during this activity. | | | | | |  | |

| Table LC1 Rating of Perceived Load | |
|---|---|
| VALUE | DEFINITION |
| 1 | Like Nothing |
| 2 | Very Light |
| 3 | Light |
| 4 | Light-Medium |
| 5 | Medium |
| 6 | Medium-Heavy |
| 7 | Heavy |
| 8 | Very Heavy |
| 9 | Too Heavy |

| Table LC2 - Test Endpoint Conditions | |
|---|---|
| CONDITION | DESCRIPTION |
| Psychophysical | Voluntary test termination by the client based on complaints of fatigue, excessive discomfort, or inability to complete the required number of movements during the testing interval (cycle). |
| Physiological | Achievement of an age-determined target heart rate (based on a percent of client's maximal heart rate - normally 85%, or in excess of 75% continuously for one minute). |
| Safety | Achievement of a predetermined anthropometric safe lifting limit based on the client's adjusted body weight; or intervention by the ARCON operator based upon an evaluation of the client's signs & symptoms. |

## *ARCON* HD - Grip Strength Report:

The client was evaluated using the *ARCON* HD grip strength testing system. This process is designed to quantify an individual's grip strength in one or more standard grip positions, and to compare such strength to expected biomechanical patterns and recognized population norms (note: "n/a" for grip positions with no published norms).

| *Individual Test Results* | | STRENGTH DATA | | NORMATIVE DATA‡ | | |
|---|---|---|---|---|---|---|
| TASK NAME | DATE | FORCE | CV† (%) | Population Norm | Standard Deviation | Comp. to Norm |
| Position 1 - MMVE - Left(1) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 1 - MMVE - Right | 9/24/2020 | 48 lb | n/a | n/a | n/a | n/a |
| Position 2 - Left(2) | 9/24/2020 | 0 lb | .0% | 83.2 lb | +/- 23.4 | low |
| Position 2 - Right | 9/24/2020 | 61 lb | 4.8% | 101.1 lb | +/- 26.7 | low |
| Position 3 - MMVE - Left(3) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 3 - MMVE - Right | 9/24/2020 | 60 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Left(4) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 4 - MMVE - Right | 9/24/2020 | 40 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Left(5) | 9/24/2020 | 0 lb | n/a | n/a | n/a | n/a |
| Position 5 - MMVE - Right | 9/24/2020 | 35 lb | n/a | n/a | n/a | n/a |

("**n/a**" indicates results that are not available or applicable for the listed task)

The following table compares the client's grip strength on opposite body sides, and reports a percent difference in strength for the *weaker hand* compared to the stronger hand. In cases of reported injury, an *expected strength* is calculated based on the measured strength of the uninjured side (note: ***right*** hand dominant subjects are assumed to be 10% stronger on the right side, while ***left*** hand dominant subjects are assumed have equal strength on both sides‡). When demonstrated strength is *less* than expected strength, the percent of *strength deficit* is reported.

| *Left Hand vs. Right Hand* | | STRENGTH DATA (* indicates Dominant Hand) | | | INJURED SIDE COMPARISON | | |
|---|---|---|---|---|---|---|---|
| TASK NAME | DATE | LEFT | RIGHT | Weaker Hand | Injured Side | Expected Strength | Strength Deficit |
| Position 1 - MMVE | 9/24/2020 | 0 | * 48 | n/a | n/a | n/a | n/a |
| Position 2 | 9/24/2020 | 0 | * 61 | n/a | n/a | n/a | n/a |
| Position 3 - MMVE | 9/24/2020 | 0 | * 60 | n/a | n/a | n/a | n/a |
| Position 4 - MMVE | 9/24/2020 | 0 | * 40 | n/a | n/a | n/a | n/a |
| Position 5 - MMVE | 9/24/2020 | 0 | * 35 | n/a | n/a | n/a | n/a |

‡ Virgil Mathiowetz, MS, OTR, Nancy Kashman, OTR, Gloria Volland, OTR, Karen Weber, OTR, Mary Dowe, OTS, Sandra Rogers, OTS, "Grip and Pinch Strength: Normative Data for Adults", Occupational Therapy Program, University of Wisconsin-Milwaukee, Milwaukee, WI, Arch Phys Med Rehabil 66:69-72, February, 1985.

† Based on common guidelines for consistency of effort, test results that exhibit a coefficient of variation (CV) greater than or equal to 15% are likely to indicate an unreliable or inconsistent performance.

The Maximum Voluntary Effort (MVE) protocol was used to determine if the client exerted a maximal effort during the grip test. This protocol consisted of successive grip tests over the full range of five positions of the hand dynamometer. Research[£] has shown that both normal and injured hand strength should be greater in positions 2, 3 and 4, and less in positions 1 and 5. The table below shows the client's MVE results.

| *MVE Results* | Hand Strength vs. Position | |
|---|---|---|
| In the graphs to the right, maximal effort is indicated by a "humped" or bell shaped curve (may be skewed toward position 2 or 4, based on client's hand size), while sub-maximal effort is indicated by a flat or randomly varying curve. |  |  |



| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (1) Client unable to complete with left hand due to client having left UE amputation. |  |
| (2) Client unable to complete with left hand due to client having left UE amputation. |  |
| (3) Client unable to complete with left hand due to client having left UE amputation. |  |
| (4) Client unable to complete with left hand due to client having left UE amputation. |  |



[£] Harold M. Stokes, M.D., "The Seriously Uninjured Hand - Weakness of Grip", Journal of Occupational Medicine, Vol. 25, No. 9, Sept. 1983.

| *COMMENTS (referenced by number from test result table)* | Comment Picture |
|---|---|
| (5) Client unable to complete with left hand due to client having left UE amputation. |  |



## HD Test Graphs *(in order of Test Results)*































Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 20 of 27

## *ARCON MTM* Functional Abilities Evaluation:

*ARCON MTM* evaluates occupational Physical Demand Characteristics (PDC) based on Methods-Time Measurement (MTM) data, the most widely developed and validated work analysis system in the world. MTM data is used to establish fair labor standards by numerous employers and unions and has been accepted in the courts and in arbitration as a valid standard of work performance. The MTM system has been used in personnel selection and disability evaluation for over forty years (Acker and Thompson, 1960; Anderson and Edstrom; Birdsong, 1972; Birdsong and Chyatte, 1970; Brickey, Drewes; 1961; Farrell, 1993; Foulke; Grant et al., 1975; Mink, 1975; McQuaid and Winkler; Poocke; Todd et al., 1979; Wilcock, 1980; Wilcock and Mink, 1982; Yokomizo, 1985).

A client's demonstrated ability in the assessment is compared to the MTM Industrial Standard (IS), the time it takes an average worker with average skill to perform a specific motion throughout an average eight hour day (Karger and Hancock, 1982; Karger and Bayha, 1987; Maynard et al., 1948; MTM Assoc, 1972, 1980).

The *ARCON MTM* Report presents data from the evaluation in tabular form, as shown and defined below:

| Trial | Body Side | Wgt/Pos. | Dist/Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |

| | |
|---|---|
| **Trial** | An ascending **count** of the number of times a functional activity or task is repeated for determination of consistency and endurance. A series of Trials comprise a **Set**. MTM tests may consist of several sets of data. |
| **Body Side** | Indicating if the activity was performed with the right, left or both body members, if applicable. Dominant side, if applicable, is indicated by "Dom.". |
| **Wgt/Pos.** | The **weight** of the object being handled in the activity, or the **body position** used for this activity (e.g. sitting or standing - varies by activity). |
| **Dist/Plane** | **Distance** over which the activity was performed (for return trips, the distance is one way through the round trip), or the **plane** in which the activity was performed (e.g. immediate or overhead - varies by activity). |
| **Reps** | **Number of repetitions** of the predefined pattern of movement that comprise a single trial of a functional activity or task. The definition of Reps for each activity is shown in a footnote below the results table. |
| **Time (sec)** | The client's **time to perform** a single trial (or **average time** for a set) of the activity. |
| **Effort Factor** | The evaluator may optionally note the level of effort exhibited by the client during the activity, with ascending levels of ***Poor, Poor-to-Fair, Fair, Average, Good, Excellent*** and ***Excessive***. The assumed level of effort is ***Average*** unless otherwise noted. Levels ***below*** or ***above*** average will apply an appropriate leveling factor to the average time (and therefore the %IS) for the current set (**Avg** row). |
| **% IS** | The client's time compared to the Industrial Standard (IS) time, and reported as a **percent of Industrial Standard**. A client can score at, above or below 100% IS, representing an ability that meets, exceeds or falls below the Industrial Standard for that activity. |
| **CV (%)** | **Coefficient of variance** (CV) is a statistical representation of consistency of client trial times. A minimum of three trials must be collected to calculate a CV. The empirically derived CV for MTM data is 8%. This evaluation uses a consistency threshold of 10% to allow for a 'learning curve' that is present in these activities. Many factors can affect test scores. CV's slightly greater than 10% should not automatically be interpreted as indication of lack of client reliability. Reliability must be determined by a suitably qualified evaluator. This data is computed at the end of a set, hence the CV is presented in the **Avg** table row for sets with three or more trials. When multiple sets are performed, the CV reported in the MTM Summary Table is calculated from all trials and thus does NOT represent the consistency within sets. |
| **HR** | **Heart Rate**, if present, is the client's peak measured heart rate during that trial or set. |
| **PE** | The Borg **Perceived Exertion** (PE) Scale is a **self-report** scale of degree of exertion by the client during the activity. Perceived exertion "integrates various information, including the many signals elicited from the peripheral muscles and joints, from the central cardiovascular and respiratory functions, and from the central nervous system" (Borg, 1982). This data is collected at the end of a set, hence PE is shown in the Avg row. |
| **IM** | If checked, **Inappropriate Body Mechanics** were exhibited by the client during this set (**Avg** row). |
| **SC** | If checked, **Symptom Complaints or Behaviors** were exhibited by the client during this set (**Avg** row). |
| | *The following items appear within or below the table of results* |
| **Avg: S1** | The **averages** per set (ie. S1 represents Set 1). Performance time is averaged across all trials. The average time forms the basis for a comparison to the Industrial Standard to calculate the average percent IS. |
| **Comments** (shown below results table) | Comments in reference to the performance of this activity, if any, as noted by the evaluator. Pictures associated with the activity are presented to the right of the comments box if included by the evaluator. |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 21 of 27

## Walking: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 12 Ft | 3 | 44.93 | | 57.0 | | | | | |
| 2 | None | None | 12 Ft | 3 | 44.50 | | 57.5 | | | | | |
| 3 | None | None | 12 Ft | 3 | 42.88 | | 59.7 | | | | | |
| **Avg: S1** | **None** | **None** | **12 Ft** | **3** | **44.1** | | **› 58.0 ‹** | **2.0** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Walking | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client exhibits a decreased stance on the right leg during gait.<br>Client exhibits impaired balance during test. |  |

## Carry_to_Max: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | 5 Lb | 12 Ft | 1 | 12.82 | | 77.7 | | | | | |
| 2 | Right | 7.5 Lb | 12 Ft | 1 | 13.5 | | 73.8 | | | | | |
| **Max: S1** | **Right** | **7.5 Lb** | **12 Ft** | **1** | **13.5** | | **› 73.8 ‹** | **n/a** | | **n/a** | | |

(Reps indicates … for this activity)

| Comments for Carry_to_Max | Comment Picture |
|---|---|
| Client reports increased foot (bilateral toe) pain during this activity.<br>Client reports increased right "fingers" pain during this activity.<br>Client exhibits impaired balance.<br>Client report "I feel like I am going to drop the weight". |  |

## Balance: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | None | 10 paces | 1 | 12.44 | | 49.2 | | | | | |
| 2 | None | None | 10 paces | 1 | 11.57 | | 52.9 | | | | | |
| 3 | None | None | 10 paces | 1 | 11.5 | | 53.2 | | | | | |
| **Avg: S1** | **None** | **None** | **10 paces** | **1** | **11.8** | | **› 51.7 ‹** | **3.6** | | **n/a** | | |

(Reps indicates One Way Trips for this activity)

| Comments for Balance | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Balance posture.<br>Client reports increased left foot pain during this activity. |  |

## Bending: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 19.44 | | 67.7 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 19.67 | | 66.9 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 21.94 | | 60.0 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **20.3** | | **› 64.6 ‹** | **5.5** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Bending | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Bending posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral hip pain during this activity. |  |

## Crouching: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 2 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| 3 | Dom | <2 Lb | None | 6 | Stopped | | Safety | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **n/a** | | **› n/a ‹** | **n/a** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Crouching | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Crouching posture. |  |

## Kneeling: (tested 9/24/2020)

| Trial | Body Side | Weight | Distance | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Dom | <2 Lb | None | 6 | 12 | | 79.5 | | | | | |
| 2 | Dom | <2 Lb | None | 6 | 11.75 | | 81.2 | | | | | |
| 3 | Dom | <2 Lb | None | 6 | 11.94 | | 79.9 | | | | | |
| **Avg: S1** | **Dom** | **<2 Lb** | **None** | **6** | **11.8** | | **› 80.2 ‹** | **0.9** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Kneeling | Comment Picture |
|---|---|
| Subject demonstrates a significant level of difficulty in assuming or maintaining a Kneeling posture.<br>Client reports increased low back pain during this activity.<br>Client reports increased bilateral knee pain during this activity.<br>Client reports increased right hand pain during this activity. |  |

**Reach Immediate:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 15.81 | | 42.4 | | | | | |
| 2 | Right | Sitting | Front | 6 | 16.38 | | 40.9 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.31 | | 38.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **16.5** | | **> 40.6 <** | **3.7** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Reach Immediate | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased neck pain during this activity. |  |

**Reach Overhead:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | IM | SC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Sitting | Front | 6 | 21.81 | | 30.7 | | | | | |
| 2 | Right | Sitting | Front | 6 | 18.06 | | 37.1 | | | | | |
| 3 | Right | Sitting | Front | 6 | 17.75 | | 37.7 | | | | | |
| **Avg: S1** | **Right** | **Sitting** | **Front** | **6** | **19.2** | | **> 34.9 <** | **9.6** | | **n/a** | | |

(Reps indicates Return Trips for this activity)

| Comments for Reach Overhead | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right elbow pain during this activity.<br>Client reports increased low back pain during this activity. |  |

**Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **24.7** | | **> 66.3 <** | **5.4** | | **n/a** | | |

(Reps indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

**Bi-Manual Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

**Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Right | Standing | Immediate | 12 | 26.63 | | 61.6 | | | | | |
| 2 | Right | Standing | Immediate | 12 | 24 | | 68.3 | | | | | |
| 3 | Right | Standing | Immediate | 12 | 23.62 | | 69.4 | | | | | |
| **Avg: S1** | **Right** | **Standing** | **Immediate** | **12** | **24.7** | | **> 66.3 <** | **5.4** | | **n/a** | | |

(**Reps** indicates Peg Turns for this activity)

| Comments for Handling | Comment Picture |
|---|---|
| Client reports increased right shoulder pain during this activity.<br>Client reports increased right wrist pain during this activity.<br>Client reports increased right fingers numb and tight during this activity. |  |

**Bi-Manual Handling:** (tested 9/24/2020)

| Trial | Body Side | Position | Plane | Reps | Time (sec) | Effort Factor | % IS | CV (%) | HR | PE | I M | S C |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 2 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| 3 | None | Standing | Immediate | 6 | Skipped | | Medical | | | | | |
| **Avg: S1** | **None** | **Standing** | **Immediate** | **6** | **n/a** | | **> n/a <** | **n/a** | | **n/a** | | |

(**Reps** indicates Pegs/Hand for this activity)

| Comments for Bi-Manual Handling | Comment Picture |
|---|---|
| Client unable to complete due to left UE amputation. |  |

Eric Buchanan & Associates, PLLC
John Mathna, Exhibit 2
Page 27 of 27

# Exhibit

# 3

PAGE 53/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

September 25, 2020

Dr. Oliver Bujak
Erlanger at Volkswagen Drive Wellness Center
7380 Volkswagen Drive, Suite 110
Chattanooga, TN 37416

RE: John Mathna

Dear Dr. Bujak:

As you know, we represent your patient, John Mathna, and am helping him with his claim Long Term Disability Benefits. In order to better define his physical functionality, Mr. Mathna underwent a Functional Capacity Evaluation; we are enclosing a copy of the report for your review.

If you have time, will you please review the Functional Capacity Evaluation report and indicate whether the findings of the FCE are consistent with your observations and examinations of Mr. Mathna. Based on observations, test data and review of Mr. Mathna's medical history, the evaluator assigned the following restrictions and limitations:

1. This client cannot walk one city block or more without rest or severe pain.
2. This client cannot walk 1 block or more on rough or uneven ground.
3. Client cannot climb steps without the use of a handrail at a reasonable pace without pain complaints.
4. This client has problems with balance when ambulating.
5. Client is unable to assume or maintain a crouched or kneeling position without pain complaints.
6. Client requiries an unscheduled break to recline or lie down frequently due to fatigue.
7. Client can stand for 10-20 minutes before needing to sit down. Client can stand and walk for less than 2 hours in an 8 hour workday.
8. This client would be off-task (unable to perform work and/ or be away from the work environment) due to limitations and pain in an 8 hour workday more than 30% of the time.

9. This client is likely to be unable to complete an 8 hour workday as a result in their physical limitations or need for medical care/treatment at least 4 days per month.
10. Due to this client's medical impairments and associated limitations, they are unable to obtain and retain work in a competitive work environment, 8 hours a day, 5 days per week.

Based on the assigned restrictions and limitations, the evaluator ultimately concludes:

> Mr. Mathna does not demonstrate the ability to perform sustained work activities over an 8-hr day at this time. Client does not demonstrate the ability to perform SUSTAINED lower extremity activities even at the sedentary level. Client does not demonstrate the ability to walk for any sustained periods, carry or stand for more than 1-2 hours total over an 8 hour day. Client is unable to tolerate/maintain the positions of bending, crouching or kneeling, stair climbing, balance, standing, to perform handling right /left and prolong standing to perform bimanual handling, at this time.

_X_ Yes, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are consistent with my observations and examinations of Mr. Mathna.

_____ No, the findings in the Functional Capacity Evaluation report of Christopher Humphreys, PT, DPT, CFE are not consistent with my observations and examinations of Mr. Mathna.

Explain (optional):

I make the above opinion based on my personal treatment and examinations of Mr. Mathna and to a reasonable degree of medical certainty.

Signature: O. Bujak Date: 10/14/20

If you have any questions, please do not hesitate to contact our office at (423) 634-2506.

Sincerely,

Chandler Wilson

Chandler Wilson

RCW:mo
Enclosures



PAGE 55/55 * RCVD AT 11/9/2020 6:31:09 PM [Eastern Standard Time] * SVR:VA1PWFAX301/3 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):50-45

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —

DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

July 16, 2020

Via Fax: (603) 422-7909
VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415 5118 9956 3269 4853 01

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

**Second Request**

We represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Volkswagen Group of America. Pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

We previously requested this information on June 5, 2020, and have not received a response. Again, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Volkswagen Group of America.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

11. Please state whether Mr. Mathna paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Mr. Mathna can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: John Mathna
Volkswagen Group of America
Volkswagen Group of America, Inc.

## RELEASE AUTHORIZATION

To: Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742

Dear Sir or Madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ____________

Client Name: [signature]

Date: 06/04/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: John Mathna

Patient's Social Security Number: _ ______ DOB: _ ______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: PO Box 7213
London, KY 40742

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........ **INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:____________........ **INITIALS:**_____
3. All records at this facility........ **INITIALS:** __

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization. The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ________________

**Date:** 06/04/2020 **Relationship to Patient:** ________________

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________

CERTIFIED MAIL

CERTIFIED MAIL

stamps.com

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS
x 11208 • Chattanooga, TN 37401

CERTIFIED MAIL

$8.75⁰
US POSTAGE
FIRST-CLASS
FROM 37402
07/16/2020
stamps endicia

062S0005090970

9415 5118 9956 3269 4853 01

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
— & ASSOCIATES —
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it May Concern | FROM: Beverly Bardin, Client Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/5/2020 & 7/16/2020 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 7 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Also sent via Certified Mail 6/4/2020 and 7/16/2020

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

July 16, 2020

Via Fax: (603) 422-7909
VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415 5118 9956 3269 4853 01

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

**Second Request**

We represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Volkswagen Group of America. Pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

We previously requested this information on June 5, 2020, and have not received a response. Again, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Volkswagen Group of America.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

11. Please state whether Mr. Mathna paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Mr. Mathna can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

Lincoln Life Assurance Company of Boston
July 16, 2020
Page 3

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: John Mathna
Volkswagen Group of America
Volkswagen Group of America, Inc.

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742

Dear Sir or Madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ______

Client Name: [signature]

Date: 06/04/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC

Patients' Name: [redacted]

Patient's Social Security Number: ____________ DOB: ____________

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: PO Box 7213
London, KY 40742

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**_____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:______________________........................................**INITIALS:**_____
3. All records at this facility........................................**INITIALS:**_____

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

_____Substance Abuse _____Psychological or psychiatric conditions _____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization. The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ____________

**Date:** 06/04/2020 **Relationship to Patient:** ____________

## NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS

**RE:** John Mathna **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

PAGE 7/7 * RCVD AT 7/16/2020 3:45:34 PM [Eastern Daylight Time] * SVR:VA1PWFAX101/2 * DNIS:6034227909 * CSID: * ANI:4236342505 * DURATION (mm-ss):02-43

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it may concern | FROM: Ren Orlic, Legal Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/8/2020 |
| FAX NUMBER: 603-430-5682 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 800-291-0112 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Because of the current COVID-19 pandemic, using normal methods of communication is more difficult than normal and we ask that you modify your communication with our office in the following manner:

- Electronic Mail - mail@buchanandisability.com
- Secure File Upload - https://www.buchanandisability.com/upload/
- Set up Mr. Mathna's monthly benefit to be sent to our office by direct deposit.

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 8, 2020

Via Fax: 603-430-5682

Lincoln Life Assurance Company of Boston
PO BOx 7207
London, KY 40742

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

We represent John Mathna in his claim for benefits with your company. Because of the current COVID-19 pandemic, using normal methods of communication is more difficult than normal and we ask that you modify your communication with our office in the following manner:

**Electronic Mail:** To help with your providing reliable and timely correspondence, we have set up an electronic mail address for receiving all correspondence and ask that you use it for all correspondence in the future. The address is:

mail@buchanandisability.com

We have set up an automatic reply for mail received at this address that will confirm that we received the mail, which you can save for your records. If you do not receive the confirmation within 30 minutes of sending the mail, please call and we can arrange for alternate delivery. On that same note, would you provide us with an electronic mail address for us to send you correspondence related to this claim?

**Secure File Upload:** Additionally, if you need to send us large files such as claim files or medical records, we have created a secure Sharefile link for you to upload those documents directly to our office electronically. For uploading documents, please use the following link:

https://www.buchanandisability.com/upload/

**Payments/Checks:** Finally, while you should continue to send our firm all payment or disbursement checks in the mail if there is no better alternative, some insurers are providing direct deposit into our firm's trust account (we cannot allow wire transfers due to ethics issues with our state bar), and we ask that you consider doing the same to eliminate the potential that checks could get lost or delayed due to postal issues. Please let us know what procedures we need to go through to set up a direct deposit for our client's benefits. If you are unable to send the client's benefits to our office by direct deposit or until this is set up, please have all checks sent to our P.O. Box address listed above in our letterhead.

As always, pursuant to our contract with Mr. Mathna and the fact that he is represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office; this includes any disbursements of any funds, whether from a settlement or otherwise. Any violation of this could impair our relationship with our client or our attorney's lien.

Thank you very much for considering and implementing these measures. Please contact our office with any questions.

Sincerely,

Hudson T. Ellis

HTE:rno

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 3, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415 5118 9956 3482 2938 44

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

We represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Volkswagen Group of America. Pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Volkswagen Group of America.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

11. Please state whether Mr. Mathna paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Mr. Mathna can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: John Mathna
Volkswagen Group of America
Volkswagen Group of America, Inc.

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742

Dear Sir or Madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number: ______

Client Name: [signature]

Date: 06/04/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

**MEDICAL RECORD RELEASE AUTHORIZATION**
**HIPAA COMPLIANT FORM**

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

| | |
|---|---|
| Please release my records to: | Eric Buchanan & Associates, PLLC<br>PO Box 11208<br>Chattanooga, TN 37401 |
| Patients' Name: | John Mathna |
| Patient's Social Security Number: | _ ______ DOB: _ ______ |
| Name of Physician/Facility: | Lincoln Life Assurance Company of Boston |
| Address: | PO Box 7213<br>London, KY 40742 |

**Purpose of Disclosure:** **Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:____________________........................................**INITIALS:**____
3. All records at this facility........................................**INITIALS:**____

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

____Substance Abuse ____Psychological or psychiatric conditions ____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.

*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.

*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ____________________

**Date:** 06/04/2020 **Relationship to Patient:** ____________________

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:**

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: [signature] Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: [signature]

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

CERTIFIED MAIL

RIC BUCHANAN

— & ASSOCIATES —

ABILITY INSURANCE ATTORNEYS

PO ... 08 • Chattanooga, TN 37401

CERTIFIED MAIL

stamps.com

Box 7213

CERTIFIED MAIL

$8.900

US POSTAGE

FIRST-CLASS

FROM 37402

06/04/2020

stamps endicia

9415 5118 9956 3482 2938 44

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London KY 40742-7213

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN & ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 ▪ (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Whom it May Concern | FROM: Beverly Bardin, Client Assistant |
| COMPANY: Lincoln Life Assurance Company of Boston | DATE: 6/5/2020 |
| FAX NUMBER: (603) 422-7909 | TOTAL NO. OF PAGES INCLUDING COVER: 7 |
| PHONE NUMBER: (888) 437-7611 | SENDER'S REFERENCE NUMBER: |
| RE: John Mathna | YOUR REFERENCE NUMBER: Claim # 9866785 |

☐ URGENT ☐ FOR REVIEW ☐ PLEASE COMMENT ☐ PLEASE REPLY ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Also sent via Certified Mail 6/4/2020

*CONFIDENTIALITY:*
*The information contained in this facsimile is privileged and confidential intended only for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance of the contents of this information is strictly prohibited. If you have received this information in error, please notify us immediately.*

Eric L. Buchanan
*Licensed in Tennessee and Georgia*

Hudson T. Ellis
*Licensed in Tennessee, Georgia and the District of Columbia*

ERIC BUCHANAN
& ASSOCIATES
DISABILITY INSURANCE ATTORNEYS

PO Box 11208
Chattanooga, TN 37401

(877) 634-2506 • (423) 634-2506
Fax (423) 634-2505
mail@buchanandisability.com
www.buchanandisability.com

June 3, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
REQUESTED NO. 9415 5118 9956 3482 2938 44

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
PO Box 7213
London, KY 40742

Re: John Mathna
Claim No.: 9866785

Dear Sir or Madam:

We represent John Mathna in his claim for Long Term Disability (LTD) benefits under the Group Policy or ERISA Plan(s) held by Volkswagen Group of America. Pursuant to our contract with Mr. Mathna and the fact that he is now represented by counsel, we would appreciate any further correspondence or communication regarding this claim be made through our office.

Also, this letter serves as your notice that any prior releases signed by our client to obtain medical records, medical information, personal information, or other information of any kind are hereby revoked to the extent that such authorization allows you to contact any sources of information in any manner other than by writing. You may continue to use the previously signed releases or authorizations to obtain records and reports in writing, or by telephone conference arranged through our office and electronically recorded so as to be made part of the record. Any other direct communication outside of a writing will be considered an invasion of our client's privacy.

At this time, we request the following information pertaining to this claim:

1. Please provide a copy of the entire claim file, including all the information you are required to give under the ERISA claims regulation 29 C.F.R. §2560.503-1.

2. Please provide us a copy of any claims manuals, procedures, policies or any other internal guidelines regardless of whether they were used in this case.

3. Please provide all plan documents, including any master plan documents, policies, contracts with insurance companies, or other plan documents.

4. Please provide the date on which the actual contents of the policy coverage or the Summary Plan Description was made available to plan participants.

5. Please provide a copy of the contract for LTD coverage between you and Volkswagen Group of America.

6. Please provide the name of the employee benefit plan.

7. Please provide the name and address of the Plan Administrator.

8. Please provide the name and address of the registered agent for service of process for both the plan and the Plan Administrator.

9. Please state whether the funds for any potential benefits paid under this plan will be paid by the insurance company, by the employer, or by some other party.

10. Please state the amount of monthly benefits Mr. Mathna will receive if a favorable determination is made.

11. Please state whether Mr. Mathna paid for the premiums for the coverage in question and, if so, whether the money deducted from his paycheck for his portion of the premium was paid in pre-tax or after-tax dollars;

12. If this plan provides for different classes of coverage or additional voluntary coverage, please specify which class of coverage applies to this claimant.

13. Please provide the status of this claim.

14. Please provide the last day that Mr. Mathna can file a lawsuit to enforce his right to benefits under the above claim(s) (i.e., the applicable statute of limitations).

We ask that you include and continue to preserve any documents and communications relative to the claim, including but not limited to copies of any electronic documents; computer data; E-mails to the claimant or to any person to discuss any matter relevant to the claim; instant messaging, whether through Skype Business or other similar program; voice recordings of incoming or outgoing telephone calls to the claimant or to any person to discuss any matter relevant to the claim; and voice or video recordings of communications made through Skype or other similar program.

Enclosed is a release authorization signed by our client authorizing you to provide the above information as well as a release authorization signed by our client giving permission for you to send any back benefits and future benefits to our office.

**You have an affirmative, legal, and fiduciary duty to provide the information requested. Pursuant to ERISA § 502(c), 29 USC §1132(c), documents required to be disclosed under Title I of ERISA must be furnished within thirty (30) days after the request or the Plan Administrator can be held personally liable for a failure or refusal to comply with this regulation with a maximum penalty of $110.00 per day.**

If you would like to discuss this claim or have any questions, please do not hesitate to contact our office.

Sincerely,

Hudson T. Ellis

HTE:rno

Enclosure

cc: John Mathna
Volkswagen Group of America
Volkswagen Group of America, Inc.

**RELEASE AUTHORIZATION**

To: Lincoln Life Assurance Company of Boston
PO Box 7213
London, KY 40742

Dear Sir or Madam,

I have retained Eric Buchanan & Associates, PLLC to act on my behalf. Please furnish any information requested by Eric Buchanan & Associates, PLLC or its employees. I intend this form to be a broad waiver to allow Eric Buchanan & Associates, PLLC access to any information that its employees may find helpful in my case. This release is valid for employment records, school records, medical records of all kinds relating to all physical and/or mental health problems, hospital/clinic records, insurance records, government records, records about my worker's compensation case, records held by any organization or other person, or any other information about me that is requested by Eric Buchanan & Associates, PLLC.

Client: John Mathna

Social Security Number:

Client Name:

Date: 06/04/2020

**A PHOTOSTATIC COPY OF THIS AUTHORIZATION SHALL BE CONSIDERED AS VALID AS THE ORIGINAL**

# MEDICAL RECORD RELEASE AUTHORIZATION
## HIPAA COMPLIANT FORM

I hereby authorize Lincoln Life Assurance Company of Boston and physicians, employees and agents affiliated with that facility to release or disclose to **Eric Buchanan and Associates, PLLC** all of my medical records including any specially protected records such as those relating to psychological or psychiatric impairments, drug abuse, alcoholism, sickle cell anemia, or HIV infection.

Please release my records to: Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

Patients' Name: John Mathna

Patient's Social Security Number: _______ DOB: _______

Name of Physician/Facility: Lincoln Life Assurance Company of Boston
Address: PO Box 7213
London, KY 40742

**Purpose of Disclosure: Disability Benefits Claim**

1. Only records generated by the above-name health care provider (not including records received from other sources)........................................**INITIALS:**____
2. Only a portion of records maintained by the above-named health care provider (dates of treatment, etc. Please specify:________________..........................**INITIALS:**____
3. All records at this facility........................................**INITIALS:** GM

**If you DO NOT WANT certain portions of your medical records released, please read this section carefully and initial the boxes for information you do not want released. Otherwise, your records will be release as specified above.**

*I authorize the above-named health care provider and its physicians, employees and agents to release the information specified to ERIC BUCHANAN & ASSOCIATES with the exception of:

____Substance Abuse ____Psychological or psychiatric conditions ____ AIDS/HIV/STD

**This authorization will expire at the termination or resolution of the claim for benefits.**

*I understand that I may revoke the Authorization at any time prior to the expiration date or event, but that my revocation will not have any effect on actions taken by the above-named health care provider or its physicians, employees, or agents before they received my revocation. Should I desire to revoke his Authorization, I must send written notice to the above-named health care provider.
*I understand that I am not required to sign this Authorization . The above-named health care provider will not condition treatment, payment, enrollment or eligibility for benefits on whether I provide this Authorization.
*I understand that my records may be subject to disclosure by Eric Buchanan & Associates and may no longer be protected by federal privacy regulations. I understand that this Authorization does not limit the above-named health care provider or its physicians, employees or agents' ability to use or disclose my information for treatment, payment, or health care operation, or as otherwise permitted by law.

**Patient or Authorized Representative's Signature:** ____________

**Date:** 06/04/2020 **Relationship to Patient:** ____________

**NOTICE OF AUTHORIZATION, LIEN AND PAYMENT INSTRUCTIONS**

**RE:** John Mathna **SSN:** _

**To Any Benefit Plan Administrator, Insurance Company, And/Or Other Interested Persons:**

I have retained Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan &Associates, PLLC as my attorneys to represent me with regard to my claim and have obligated myself to payment of attorney fees and costs in my case. To ensure that Eric Buchanan & Associates, PLLC is properly paid under the legal service contract, I hereby agree that Eric Buchanan & Associates, PLLC is granted a full lien against any entitlement I may receive or recovery made.

I give specific notice to any Administrator, Fiduciary, Insurance Company, Plan, Trust Fund, or other individual or entity responsible for payment of any benefit, settlement, and/or judgment arising from my claim from any plan, insurance, union, contract, pension or other funding source to forward any check for past due, present, or future benefits to my duly appointed attorneys:

Eric Buchanan & Associates, PLLC
PO Box 11208
Chattanooga, TN 37401

This direction shall remain valid until Eric Buchanan & Associates, PLLC notifies you that checks may be sent directly to me.

I also give Limited Power of Attorney to Eric Buchanan & Associates, PLLC (to include Eric L. Buchanan and Hudson T. Ellis) to endorse any checks received with regard to any claim, judgment, payment, and/or settlement for benefits from any plan, insurance, union, contract, pension or other funding source. I understand that any checks will be deposited into a non-interest bearing trust account and held until the funds clear before my portion of the proceeds will be forwarded to me.

I further authorize that all information from my claim file in addition to Summary Plan Documents, policies of insurance, manuals and guidelines, or any other documentation employed as part of the claims review be made available to Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

Client: ____________________ Date: Jun 1, 2020

The above stated lien, direction to pay, and limited power of attorney are hereby accepted by Eric L. Buchanan, Hudson T. Ellis, and Eric Buchanan & Associates, PLLC.

By: ____________________

PAGE 7/7 * RCVD AT 6/5/2020 10:55:13 AM [Eastern Daylight Time] * SVR:VA1PWFAX401/1 * DNIS:6034227909 * CSID: * ANI:14236342505 * DURATION (mm-ss):02-50

**From:** DoNotReply@lfg.com
**Sent:** Wed, 13 May 2020 15:40:23 +0000
**To:** VWGOABenefits@vw.com
**Subject:** Claim #9866785, JOHN MATHNA

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim has been denied. The case manager for this claim is Lauren McCoy.

If you have further questions please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| Date: | March 27, 2020 |
| To: | OLIVER BUJAK |
| Attn: | Medical Records |
| Fax: | (423) 778-8951 |
| From: | Lauren McCoy<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5682 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9866785<br>Claimant: John Mathna<br><br>Volkswagen Group of America |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

March 27, 2020

Oliver Bujak

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna
Claimant D.O.B.:

Dear Oliver Bujak:

We are the Disability Claim Administrator for your patient, John Mathna.

To evaluate Mr. Mathna's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through to the present
- Restrictions
- Completion of the Enclosed Forms:

  X Restrictions Form
  X Other

We ask that you provide this information by April 12, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5682 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

# Restrictions Form

**Return To:** Lauren McCoy

| John Mathna | | 9866785 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. DATE FIRST TREATED — 7/10/19
   DATE LAST TREATED — 4/29/20
   NEXT OFFICE VISIT — prn

   spinal cord injury C1-C4 S14.101S
   phantom limb pain G54.6
   amputation left arm S48.912S
   DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES

2. For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:

☒ None
☐ **SEDENTARY** Lifting / carrying up to 10 pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to 20 pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to 50 pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to 100 pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying over 100 pounds occasionally; sitting, standing and / or walking constantly.

| KEY: | OCCASIONALLY | FREQUENTLY | CONSTANTLY |
|---|---|---|---|
| | Up to 20 Minutes / Hour<br>Up to 2 ½ Hours / Day | Up to 40 Minutes / Hour<br>Up to 5 ½ Hours / Day | Over 40 Minutes / Hour<br>Over 5 ½ Hours / Day |

3. DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE. 1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY)*.
   2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.

   Was in MVA, spinal cord injury C1-C4. Subsequent to this had amputation left arm. Had worsening pain starting last year. Pain is so severe he is unable function to capacity of working. Only sleeping 1 hour at a time.

4. RESTRICTIONS IMPOSED FROM 9/24/19 TO indefinite.

5. IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?
   Needs neurology evaluation. Has no insurance to do this.

6. PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?
   History spinal cord injury. Now has amputation and prothesis.

7. PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM ________ TO ________.

| | | |
|---|---|---|
| Omer Bujak | MD, FP | 62-6000101 |
| Provider's Name (Please Print) | Degree *AND* Area of Specialty | Social Security or Tax ID Number |
| 7380 Volkswagen Dr. Suite 110 | (423) 778-8950 | 778-8951 |
| Street Address | Telephone Number | Fax Number |
| Chattanooga, TN 37416 | O Bujak | 4/29/20 |
| City, State & Zip Code | Signature | Date |

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Restrictions Form

# Mathna, John David

MRN: 03077599

**Office Visit** 7/10/2019
Erl Medical Group at VW

Provider: Oliver Bujak, MD (Family Medicine)
Primary diagnosis: Amputation of left arm (CMS/HCC)
Reason for Visit: Follow-up, Med Refill

## Progress Notes

Oliver Bujak, MD (Physician) • Family Medicine

**Subjective**

**Chief Complaint**
Patient presents with
- Follow-up
- Med Refill

**HPI**

Asthma followup. Needs refill of proair. He states he is routinely using this 2-3 times daily. This does seem to control his symptoms.

Left arm prothesis. Needs script for new one. Was suggested he get one for everyday use and one more heavy duty use.

Current Outpatient Medications:
• albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.
• fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler, Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

Tobacco Use
- Smoking status: Never Smoker
- Smokeless tobacco: Never Used

Substance Use Topics

- Alcohol use: Yes
  - Alcohol/week: 1.8 oz
  - Types: 3 Cans of beer per week

**Review of Systems**

Review of Systems
Constitutional: Negative for chills and fever.
Respiratory:
**See HPI**
Cardiovascular: Negative for chest pain and palpitations.
Musculoskeletal:
**See HPI**

**Objective**

**Physical Exam**

**Vitals:**

| | |
|---|---|
| | 07/10/19 1539 |
| BP: | **(!) 144/98** |
| Pulse: | **(!) 94** |
| Temp: | 98.2 °F (36.8 °C) |
| TempSrc: | Oral |
| SpO2: | 95% |
| Weight: | 171 lb 6.4 oz (77.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.8 |
| Weight Change Since Last Visit: | 77.73 kg |
| Weight Change: | 77.73 kg |

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Breath sounds normal. He is in respiratory distress. He has no wheezes.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.

**Assessment/Plan**

(S48.912A) **Amputation of left arm (CMS/HCC)**
Script for new prothesises given. Followup as needed.

(J45.20) Mild intermittent asthma without complication
Discussed with patient and will do trial of flovent in addition to his proair. Followup as needed.

(R03.0) Blood pressure elevated without history of HTN
High today, track at home and followup if continues to be elevated.

## Instructions

Return in about 6 months (around 1/10/2020), or if symptoms worsen or fail to improve.

After Visit Summary (Printed 7/10/2019)

## Additional Documentation

Vitals: BP 144/98 ❗ (Abnormal) (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult)
Pulse 94 ❗ (Abnormal) Temp 98.2 °F (36.8 °C) (Oral) Ht 5' 7" (1.702 m)
Wt 171 lb 6.4 oz (77.7 kg) SpO2 95% BMI 26.85 kg/m² BSA 1.92 m²

Encounter Info: Billing Info, History, Allergies

## Communications

Letter sent to John D. Mathna

## Orders Placed

None

## Medication Changes

As of 7/10/2019 4:07 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| Added: fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler<br>Inhale 1 puff 2 (two) times a day. Rinse mouth with water after use to reduce aftertaste and incidence of candidiasis. Do not swallow. - inhalation<br>Patient not taking: Reported on 11/6/2019 | 5 | 7/10/2019 | 11/6/2019 |
| albuterol sulfate | | | |
| Discontinued or Completed: PROAIR HFA 90 mcg/actuation inhaler (Duplicate order) | | | |
| Discontinued or Completed: PROAIR HFA 90 mcg/actuation inhaler (Duplicate order) | | | |
| Changed: albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler<br>Inhale 2 puffs every 4 (four) hours as needed for wheezing. - inhalation | 5 | 7/10/2019 | 2/3/2020 |

| | Refills | Start Date | End Date |
|---|---|---|---|
| Previously: INHALE 2 PUFFS EVERY 4 HOURS AS NEEDED FOR WHEEZING OR SHORTNESS OF BREATH | | | |

## Visit Diagnoses

Amputation of left arm (CMS/HCC) S48.912A
Mild intermittent asthma without complication J45.20
Blood pressure elevated without history of HTN R03.0

# Mathna, John David

MRN: 03077599

**Office Visit** 11/6/2019
Erl Medical Group at VW

Provider: Oliver Bujak, MD (Family Medicine)
Primary diagnosis: Other chronic pain
Reason for Visit: Pain

## Progress Notes

Oliver Bujak, MD (Physician) • Family Medicine

**Subjective**

**Chief Complaint**
Patient presents with
- Pain

**HPI**

Neck pain since MVA. Some time after this had amputation of his arm. He was on meds in the past but got off these. Has managed to tolerate the pain but worse over the last 2 months. His work told him he had indefinite sick time but now needs documentation of inability to work. Has not worked since 9/24. Also not sleeping well but doesn't want medications for this.

Current Outpatient Medications:
- albuterol HFA (PROAIR HFA) 90 mcg/actuation inhaler, Inhale 2 puffs every 4 (four) hours as needed for wheezing.

No Known Allergies

History reviewed. No pertinent past medical history.

History reviewed. No pertinent surgical history.

History reviewed. No pertinent family history.

**Social History**

| | |
|---|---|
| Tobacco Use | |
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |
| Substance Use Topics | |
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week |

**Review of Systems**
Review of Systems
Constitutional: Negative for chills and fever.
Musculoskeletal:
**See HPI**

**Objective**

**Physical Exam**
**Vitals:**

| | 11/06/19 1639 |
|---|---|
| BP: | **(!) 152/96** |
| Pulse: | **(!) 92** |
| Temp: | 98.1 °F (36.7 °C) |
| TempSrc: | Oral |
| SpO2: | 97% |
| Weight: | 169 lb (76.7 kg) |
| Height: | 5' 7" (1.702 m) |
| BMI (Calculated): | 26.5 |
| Weight Change Since Last Visit: | 76.64 kg |
| Weight Change: | 76.64 kg |

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Conjunctivae are normal.
Musculoskeletal:
**Left arm prothesis**
Lymphadenopathy:
He has no cervical adenopathy.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect.

**Assessment/Plan**

(G89.29) **Other chronic pain**
(S48.912S) Amputation of left upper extremity, sequela (CMS/HCC)

Discussed with patient note for off work given. Discussed with patient otc meds for insomnia since he didn't want prescription meds. He was not interested in meds for his pain either. Will followup to complete disability paperwork as needed.

## Instructions

Return if symptoms worsen or fail to improve.

After Visit Summary (Printed 11/6/2019)

## Additional Documentation

Vitals: BP 152/96 ! (Abnormal) (BP Location: Right arm, Patient Position: Sitting, BP Cuff Size: Adult)
Pulse 92 ! (Abnormal) Temp 98.1 °F (36.7 °C) (Oral) Ht 5' 7" (1.702 m)
Wt 169 lb (76.7 kg) SpO2 97% BMI 26.47 kg/m² BSA 1.9 m²

Encounter Info: Billing Info, History, Allergies

## Communications

Letter sent to John D. Mathna

## Orders Placed

None

## Medication Changes

As of 11/6/2019 4:38 PM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Discontinued or Completed: fluticasone HFA (FLOVENT HFA) 110 mcg/actuation inhaler** | | | |

## Visit Diagnoses

Other chronic pain G89.29
Amputation of left upper extremity, sequela (CMS/HCC) S48.912S

# Mathna, John David

MRN: 03077599

**Telemedicine** 4/29/2020 Provider: Oliver Bujak, MD (Family Medicine)
Erl Medical Group at VW Primary diagnosis: Spinal cord injury at C1-C4 level, sequela (CMS/HCC)

## Progress Notes

Oliver Bujak, MD (Physician) • Family Medicine

**Subjective**

Chronic pain

**HPI**

**Telemedicine Zoom appointment - 25 minutes**

This telehealth encounter was conducted with an interactive, live audio telecommunications system that permits real time communication between the patient and the provider. Patient/ family informed the encounter would take place via telemedicine.
Patient/family consented to the encounter taking place in this manner.

Followup visit. Was in MVA in the past and had spinal cord injury to C1-C4. After this had amputation of his left arm and he was having pain radiating to his arm. Has been pain management in the past, years ago but stopped meds. Starting last fall had worsening pain. No new trauma or injury. Stopped working 9/24. Has been fired by VW. Had new prosthesis since last visit but this did not improve pain. His pain is to the point he can't work, can't concentrate or sleep more than 1 hour. Has paperwork to be completed. Wonders about ritalin as treatment for symptoms.

Current Outpatient Medications:
- albuterol 1.25 mg/3 mL nebulizer solution, Take 6 mL (2.5 mg total) by nebulization every 6 (six) hours as needed for wheezing (cough).
- albuterol HFA (PROVENTIL HFA) 90 mcg/actuation inhaler, USE 2 PUFFS BY MOUTH EVERY 4 HOURS AS NEEDED

No Known Allergies

No past medical history on file.

No past surgical history on file.

No family history on file.

**Social History**

Tobacco Use

| | |
|---|---|
| • Smoking status: | Never Smoker |
| • Smokeless tobacco: | Never Used |

Substance Use Topics

| | |
|---|---|
| • Alcohol use: | Yes |
| Alcohol/week: | 3.0 standard drinks |
| Types: | 3 Cans of beer per week |

**Review of Systems**

Review of Systems

Musculoskeletal:

**Left arm amputation, spinal cord injury**

Neurological:

**See HPI**

**Objective**

**Physical Exam**

There were no vitals filed for this visit.

**Physical Exam**

Constitutional:

General: He is not in acute distress.

Appearance: He is not ill-appearing.

HENT:

Head: Normocephalic and atraumatic.

Neurological:

Mental Status: He is alert and oriented to person, place, and time. Mental status is at baseline.

Psychiatric:

Mood and Affect: Mood normal.

Behavior: Behavior normal.

Thought Content: Thought content normal.

Judgment: Judgment normal.

**Assessment/Plan**

(S14.101S) **Spinal cord injury at C1-C4 level, sequela (CMS/HCC)**

(G54.6) Phantom limb pain (CMS/HCC)

See completed paperwork. Discussed with patient to consider neurology or pain management evaluation but he says he doesn't have insurance to be seen. He is applying for social security

disability. He has not worked since 9/24/19. Told him I am not aware of ritalin as treatment option for spinal cord injury would have to discuss with neurology. Followup as needed.

(J45.20) Mild intermittent asthma without complication
Wanted refill of meds, using up to every 4 hours, has been on advair in the past but did not help more.

## Instructions

Patient declined After Visit Summary

## Additional Documentation

Encounter Info: Billing Info, History, Allergies

## Orders Placed

None

## Medication Changes

As of 4/29/2020 4:35 PM

None

## Visit Diagnoses

Spinal cord injury at C1-C4 level, sequela (CMS/HCC) S14.101S
Phantom limb pain (CMS/HCC) G54.6
Mild intermittent asthma without complication J45.20

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0113
Secure Fax No.: (603) 430-5682

April 9, 2020

Oliver Bujak

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna
Claimant D.O.B.:

Dear Oliver Bujak:

We are the Disability Claim Administrator for your patient, John Mathna.

To evaluate Mr. Mathna's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through to the present
- Restrictions and limitations/Return to work date?

We ask that you provide this information by April 24, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5682 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114

# Request Exception Notification

From

Erlanger At Volkswagen Drive
7380 Volkswagen Dr
Chattanooga TN 37416-1761

To

LINCOLN LIFE ASSURANCE
PO BOX 7207
LONDON KY 40742

Re: John Mathna

We are unable to comply with your request at this time for the following reason(s):

No authorization was with request, please resubmit request with a written authorization

Sincerely,

Erlanger At Volkswagen Drive

Lincoln Financial Group

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| Date: | April 9, 2020 |
| To: | OLIVER BUJAK |
| Attn: | Karen/Medical Records |
| Fax: | (423) 778-8951 |
| From: | Lauren McCoy<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5682 |
| Total Pages (Including Cover): | 2 |
| RE: | Claim #: 9866785<br>Claimant: John Mathna<br>Volkswagen Group of America |

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibida.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

******AUTO**MIXED AADC 300
937 2 MB 0.439 000937
LINCOLN LIFE ASSURANCE
LAUREN MCCOY
PO BOX 7207 5pgs
LONDON, KY 40742-7207

*0005000937K01*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

**If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.**

To Whom It Concern:

CIOX has provided to you protected health information that may contain information that falls under the 42 C.F.R. Part 2. The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publically available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR §2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.112(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDs, it has been disclosed to you from records whose confidentiality is protected by federal and perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

If the information requested is from a facility located within the Washington State area then this information will fall under the RCW 70.02.300 which states that this information has been disclosed to you from records who confidentiality may be protected by state law. State law prohibits you from making any further disclosure of it without the specific written authorization of the person to whom it pertains, or as otherwise permitted by state law. A general authorization for the release of this protected information is not sufficient for this purpose.

238929799

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| **04/27/2020** |
| Request ID # |
| **0304782469** |

**Ship To:**
LAUREN MCCOY
LINCOLN LIFE ASSURANCE
PO BOX 7207
LONDON,KY 40742-7207

**Requested By:** LINCOLN LIFE ASSURANCE
**Patient Name:** MATHNA JOHN
**DOB :**

**Records From:**
ERLANGER AT VOLKSWAGEN DRIVE
7380 VOLKSWAGEN DR
STE 110
CHATTANOOGA,TN 37416-1761

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN MATHNA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

May 13, 2020

Mr. John D. Mathna

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785

Dear Mr. John Mathna:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Based on the information received, your claim has been denied and no benefits are payable.

To be eligible to receive benefits, the Policy requires that you provide proof of disability as follows:

*Notice and Proof of Claim*
*1. Notice*
*a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*
*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person' Proof of loss is satisfactory.*

On March 27, 2020 we requested medical records from Dr. Oliver Bujak from June 1, 2019 to the present and that you complete the disability claim forms in order to evaluate your claim. We wrote to you on March 27 and April 9, 2020 in writing and by phone on April 6, 2020 requesting that this information be provided by May 10, 2020.

To date we have not received the necessary documentation to approve benefits.

Since we did not receive the necessary proof to verify disability, your claim has been denied.

There are two options available to you at this time regarding this notice.

- If you are providing the requested information, please send it to my attention at the address listed on the letterhead or you may fax the information directly to my attention at (603) 430-5682. Once received, we will immediately reconsider your benefits.

- If you do not intend to send us any new information such as the information described above and you disagree with our decision, you may also appeal our determination by following the steps outlined below.

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

Lincoln Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days from the receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All office notes, diagnostic test results, x-ray reports, MRI reports, CT scan reports, consulting physician reports, pharmacy records, physical and occupational therapy notes, hospital records, and

discharge summaries from June 1, 2019 forward from Dr. Bujak beyond April 29, 2020, pain management providers, and any other treating providers along with any other additional information which you feel would support your claim. In addition, we need your completed Activities Questionnaire, Authorization Form, Claimant Information Form, Supplementary Statement and Training Education & Experience Form and Legible Copy of Your Driver's License.

You should also provide any additional information that you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Lincoln Financial Group does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days from the date your request is received.

If you require language translation assistance, please contact Lincoln Financial Group to initiate a service provided free of charge to assist with understanding your claim and appeal rights.

如果您需要翻译方面的帮助，请联系我，我会免费为您服务以便了解您的要求和诉求。

Shá ata' hane'go shíká a'doowoł nínízingo saad hosíníłį́į' dóó ná'ookąąh nííní'ą́ągo naaltsoos nííníłtsoozígíí hazho'ó bik'idi'deeshtį́įł nínízingo doo bą́ąh ílínígóó níká a'doowoł éí biniiyé shił hodíílnih áko ákwe'égi níká adeeshwoł.

Si necesita traducción, contácteme para iniciar un servicio gratuito a fin de ayudarle a entender sus derechos de reclamo y apelación.

Kung nangangailangan ka ng tulong sa translation, mangyaring makipag-ugnayan sa akin upang gumamit ng serbisyong ibinigay nang walang bayad upang matulungan kang maunawaan ang iyong mga karapatan sa paghahabol at pag-aapela.

If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days from the date your request is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager

Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization to Speak with Third Party

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy



EMPLOYEE/CLAIMANT NAME: John Mathna

CLAIM NO: 9866785 DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ______ stand ______ walk ______

How many hours a day do you:

sit ______ stand ______ walk ______

Do you take a nap during the day?

Yes______ No ______

If Yes, for how long? ______ At what time of the day?______

How many hours a day do you spend in bed?______

Do you require any assistive devices such as a:

cane ______ walker______ crutches ______ wheelchair ______ other______

How long are you able to sit in a car?______

Do you hold a valid driver's license?

Yes______ No ______

If No, please explain: ______

If Yes, how long are you able to drive a car?______

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

______

Do you have children?

Yes______ No ______ If Yes, what are their dates of birth ______

Do you need help caring for your children?

Yes ______ No ______

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes______ No ______ If Yes, please explain ______

How many times a day do you leave the house during the week? ______

On the weekends? ______

How often do you run errands? ______

Please describe what errands you most commonly run: ______

Lincoln Financial Group®

*ACTIVITIES QUESTIONNAIRE*


How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ______________________________

Lincoln Financial Group®

How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ____________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ____________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? ________

how many hours per week? ________

for whom? ____________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in <u>any gainful employment</u>.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ____________________ Date: ____________________

Signature: ____________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________________ Relationship ____________________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 9866785 Date: ______________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 01/01/2019 to to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
____________ ____________
Telephone No. :(   ) ______ Fax No. :(   ) ______ Telephone No. :(   ) ______ Fax No. :(   ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE: ________________________________________ DATE: ______________________________________**

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

Lincoln Financial Group®

**Return to:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna **CLAIM #:** 9866785
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (disability or retirement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Short Term Disability or State Disability | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Workers' Compensation | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ _____ | _____ | _____ | _____ |
| ☐ | ☐ | Other income/money/benefit (describe) _____ | _____ | _____ | _____ | _____ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____
If married, please indicate your spouse's name and date of birth. Name: ______________ DOB: ________

Do you have children or dependents*? Yes ____ No ____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ________ No: ________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________ Date: ____________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

Lincoln Financial Group®

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ______ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ______ Certificate Program completed: ______

Associates Degree: ______ College: number of years: ______

Bachelor's Degree: BA /BS Major: ______ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ______

Professional Training, License, Certificates(s): ______

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ______

List any other Training or Classes Attended or Plan to Attend: ______

Primary language spoken: ______ Other language(s) spoken fluently: ______

Additional Skills, Hobbies & Volunteer Work ______

Did you serve in the Armed Forces? ☐ Y ☐ N From: ______ To: ______

Branch of Service: ______ Specialty: ______

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ______

2. Company: ______ Department: ______ From: ______ To: ______
   Job Title(s): ______
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ______

3. Company: ________________________ Department:________________________ From: __________ To: ________

Job Title(s): ________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _______________________________________________________

________________________________________________________________________________

4. Company: ________________________ Department:________________________ From: __________ To: ________

Job Title(s): ________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _______________________________________________________

________________________________________________________________________________

5. Company: ________________________ Department:________________________ From: __________ To: ________

Job Title(s): ________________________________________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): _______________________________________________________

________________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) __________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________________ Work: ________________________

**SIGNATURE:** ________________________ **PHONE NO: (** **)** ____________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: John Mathna CLAIM NO: 9866785
CUSTOMER NAME: Volkswagen Group of America
RETURN TO: Lauren McCoy

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,____________________________ hereby give permission to ____________________________ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

John Mathna
Claimant Name

Date of Birth

Claimant Signature

Date

9866785
Claim Number

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN MATHNA

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

April 18, 2020

Mr. John D. Mathna

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785

Dear Mr. John Mathna:

Lincoln Life Assurance Company of Boston is responsible for managing claims for benefits under the Volkswagen Group of America Long Term Disability (LTD) Insurance Policy.

The purpose of this letter is to inform you that we require additional time to render a determination on your LTD claim. Under the Employee Retirement Income Security Act of 1974 (ERISA), an initial claim determination should be rendered within 45 days of receipt of claim, unless there are special circumstances which require a delay in making a claim determination. If additional time is needed, ERISA allows for up to two 30-day extensions to evaluate and render a claim decision.

At this time, we need additional information which is necessary to render a full and fair determination on your LTD claim for benefits under the Policy. Currently, we are awaiting medical records from your treating providers in order to conduct a clincial review. We expect to make a determination on your claim no later than May 19, 2020.

We encourage you to reach out to all of your treating providers and request that they forward all medical records to our office. All documents can sent via fax or email to **disabilitydocuments@lfg.com**
.
We apologize for any inconvenience caused by this delay and will make every effort to render a determination as soon as possible. In the interim, should you have any questions pertaining to the status of your claim, please contact me at the telephone number below.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| Date: | April 9, 2020 |
| To: | OLIVER BUJAK |
| Attn: | Karen/Medical Records |
| Fax: | (423) 778-8951 |
| From: | Lauren McCoy<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5682 |
| Total Pages<br>(Including Cover): | 2 |
| RE:<br><br>Claim #: 9866785<br>Claimant: John Mathna<br><br>Volkswagen Group of America | |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

April 9, 2020

Oliver Bujak

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna
Claimant D.O.B.:

Dear Oliver Bujak:

We are the Disability Claim Administrator for your patient, John Mathna.

To evaluate Mr. Mathna's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through to the present
- Restrictions and limitations/Return to work date?

We ask that you provide this information by April 24, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5682 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| From: | LFGNotifications@LFG.com |
| Sent: | Thursday, April 9, 2020 12:58:52 PM |
| To: | JMATHNA@GMAI.COM; |
| CC: | |
| BCC: | |
| Subject: | [Send Secure]Volkswagen Group of America Claim No. 9866785 John Mathna |
| Attachments: | vc4uw23pw2xf8lmstnrx_8156044.pdf; |

**Important**
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

**Importante**
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

April 9, 2020

Mr. John D. Mathna

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785

Dear Mr. John Mathna:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

Please find the enclosed request(s) for information previously sent to medical records from Dr. Bujak and your other treating providers.. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by May 9, 2020.

We attempted to contact you by phone at on March 17 and April 9, 2020 however were unable to reach you. Please contact our office at your earliest convenience to discuss your claim.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: 9866785-ACKNOWLEDGE-NEW CLAIM-03.27.2020

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN MATHNA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

March 28, 2020

Mr. John D. Mathna

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785

Dear Mr. John Mathna:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you have been unable to work since September 26, 2019 due to your condition.

Please note that receipt of benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

> "D*isability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"Material and Substantial Duties" means responsibilities that are normally required to perform theCovered Person' Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"Own Occupation" means the Covered Person' occupation that he was performing when his Disabilityor Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person' occupation as it is normally performed in the national economy.*

*Notice and Proof of Claim*
*1. Notice*
*a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*
*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person' Proof of loss is satisfactory.*

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

We are requesting that you complete and return the following form(s):

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire

X Training Education Experience
X Authorization to Speak with Third Party
__ Other

This information is needed in order to make an initial determination on your claim.

Volkswagen Group of America's LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by May 10, 2020. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization to Speak with Third Party

# ACTIVITIES QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy



EMPLOYEE/CLAIMANT NAME: John Mathna

CLAIM NO: 9866785 DATE OF BIRTH: ________

EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ________ stand ________ walk ________

How many hours a day do you:

sit ________ stand ________ walk ________

Do you take a nap during the day?

Yes________ No ________

If Yes, for how long? ________ At what time of the day?________

How many hours a day do you spend in bed?________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?________

Do you hold a valid driver's license?

Yes________ No ________

If No, please explain: ________

If Yes, how long are you able to drive a car?________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ________

How many times a day do you leave the house during the week? ________

On the weekends? ________

How often do you run errands? ________

Please describe what errands you most commonly run: ________

How often do you get outdoors? ______________________________________________

| | | |
|---|---|---|
| Are you left or right hand dominant? | Left ________ | Right ________ |
| Are you able to work in your garden? | Yes ________ | No ________ |
| Are you able to work on your house? | Yes ________ | No ________ |
| Are you able to wash your car? | Yes ________ | No ________ |

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ___________________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ___________________________

Do you have a working home copy machine/fax machine? _________ Yes _________ No

If yes, please explain purpose and usage: ___________________________________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ____________________ | ____________________ |
| Carrying groceries into the house | ____________________ | ____________________ |
| Cooking meals | ____________________ | ____________________ |
| Cleaning after meals | ____________________ | ____________________ |
| Cleaning bathrooms | ____________________ | ____________________ |
| Vacuuming | ____________________ | ____________________ |
| Doing the laundry | ____________________ | ____________________ |
| Opening and responding to mail | ____________________ | ____________________ |
| Managing your finances | ____________________ | ____________________ |
| Balancing your checkbook | ____________________ | ____________________ |
| Bathing yourself | ____________________ | ____________________ |
| Styling your own hair | ____________________ | ____________________ |
| Getting dressed | ____________________ | ____________________ |
| Going up and down stairs | ____________________ | ____________________ |

Have you been confined to a hospital within the last 12 months? Yes _________ No _________

If Yes, please provide reason and hospital contact Information: ________________________________

_______________________________________________________________________________

_______________________________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________ Date: ______________________

Signature: ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ____________________________________

Name of legal representative, if applicable (print) _________________________________ Relationship ___________________

Signature of claimant or legal representative ________________________________________

Date of Birth: __ ________ Claim Number: 9866785 Date: ____________________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ______

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

**MEDICAL INSURANCE CARRIER(S):**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

**PHARMACY(S):**

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

Name: ______
Specialty: ______
Address: ______
Telephone No. :( ) ______ Fax No. :( ) ______

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ___________________________________ **DATE:** _________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna **CLAIM #:** 9866785
**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | | | | |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______

**DATE:** ______ **EMPLOYEE'S SIGNATURE:** ______

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ______ Married ______ Divorced ______
If married, please indicate your spouse's name and date of birth. Name: ______________________ DOB: _________

Do you have children or dependents*? Yes ______ No ______
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ___________ No: ___________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________________ Date: ____________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND: (If you have a resume, please attach)**

Highest Grade Completed: ________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ________ Certificate Program completed: ________

Associates Degree: ________ College: number of years: ________

Bachelor's Degree: BA /BS Major: ________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ________

Professional Training, License, Certificates(s): ________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ________

List any other Training or Classes Attended or Plan to Attend: ________

Primary language spoken: ________ Other language(s) spoken fluently: ________

Additional Skills, Hobbies & Volunteer Work ________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ________ To: ________

Branch of Service: ________ Specialty: ________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ________

2. Company: ________ Department: ________ From: ________ To: ________
   Job Title(s): ________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ________

3. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

4. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

5. Company: ______________________ Department: ______________________ From: ________ To: ______

Job Title(s): ____________________________________________

Supervisory Experience ☐ Y ☐ N

Tasks/Duties (please be specific): ____________________________________________

____________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | | | |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________________ Work: ____________________

**SIGNATURE:** ______________________ **PHONE NO:** ( ) ______________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

## Authorization to Speak with Family Member/Alternate Contact

| | |
|---|---|
| EMPLOYEE NAME: John Mathna | CLAIM NO: 9866785 |
| CUSTOMER NAME: Volkswagen Group of America | |
| RETURN TO: Lauren McCoy | |

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,________________________ hereby give permission to ________________________ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

John Mathna
Claimant Name

Date of Birth

Claimant Signature

Date

9866785
Claim Number

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| Date: | April 6, 2020 |
| To: | OLIVER BUJAK |
| Attn: | Medical Records |
| Fax: | (423) 778-8951 |
| From: | Lauren McCoy<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5682 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9866785<br>Claimant: John Mathna<br><br>Volkswagen Group of America |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

April 6, 2020

Oliver Bujak

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna
Claimant D.O.B.:

Dear Oliver Bujak:

We are the Disability Claim Administrator for your patient, John Mathna.

To evaluate Mr. Mathna's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from September 1, 2019 through to the present
- Restrictions

- Completion of the Enclosed Forms:

  X Restrictions Form
  X All medical records

We ask that you provide this information by April 20, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5682 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Restrictions Form

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

# Restrictions Form

**Return To:** Lauren McCoy

| John Mathna | | 9866785 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________ ____________________
   **DATE LAST TREATED** — ____________ ____________________
   **NEXT OFFICE VISIT** — ____________ **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

- ☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
- ☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
- ☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
- ☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** 1) **For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   2) **For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** ____________ **TO** ____________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

JOHN MATHNA

0000

Cover Page
Insert 1 0
Insert 2 0
Insert 3 0
Insert 4 0
Insert 5 0
Insert 6 0
Insert 7 0

Lincoln Life Assurance Company of Boston
Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

March 30, 2020

JOHN MATHNA

0000

RE: VOLKSWAGEN GROUP OF AMERICA
Long Term Disability Benefits
Claim #: 9866785

MR. MATHNA

We acknowledge receipt of your request for consideration of disability benefits.

Lincoln Life Assurance Company of Boston is required to inform you of certain state mandated regulations, one of which is fraud notification.

For your protection, Tennessee law requires us to provide the following statement: It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines and denial of insurance benefits.

Sincerely,

Lauren McCoy
Disability Case Manager
Phone: (800) 291-0112
Secure Fax No.: (603) 334-0380

| | |
|---|---|
| **From:** | DoNotReply@lfg.com |
| **Sent:** | Mon, 30 Mar 2020 15:55:02 +0000 |
| **To:** | VWGOABenefits@vw.com |
| **Subject:** | Claim # 9866785, JOHN MATHNA and LDW 9/25/2019 |

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

The above named employee has applied for long term disability benefits. The claim number is 9866785.

If you have further questions or if the employee has returned to work, please call Lincoln Financial Group at (800) 291-0112.

**Important**
Please note, effective September 1, 2019, Liberty Life Assurance Company of Boston's name has been changed to Lincoln Life Assurance Company of Boston.

**Importante**
Tenga en cuenta que, a partir del 1 de septiembre de 2019, el nombre de Liberty Life Assurance Company of Boston ha sido cambiado a Lincoln Life Assurance Company of Boston.

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

| | |
|---|---|
| Date: | March 27, 2020 |
| To: | OLIVER BUJAK |
| Attn: | Medical Records |
| Fax: | (423) 778-8951 |
| From: | Lauren McCoy<br>Ltd Case Manager<br>Phone No.: Phone No.: (800) 291-0112<br>Secure Fax No.: (603) 430-5682 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 9866785<br>Claimant: John Mathna<br><br>Volkswagen Group of America |

Important
Effective September 1, 2019, Liberty Life Assurance Company of Boston changed its name to Lincoln Life Assurance Company of Boston. Please be aware that in the near future you will receive an Endorsement that must be attached to your policy upon receipt.

Importante
Vigente a partir del 1.º de septiembre de 2019, Liberty Life Assurance Company of Boston cambió su nombre a Lincoln Life Assurance Company of Boston. Tenga en cuenta que en el corto plazo recibirá un Endoso que debe adjuntarse a su póliza una vez recibido.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (800) 291-0112 and permanently shred the original and any copy of any fax and any printout thereof.

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

March 27, 2020

Oliver Bujak

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785
Claimant: John Mathna
Claimant D.O.B.:

Dear Oliver Bujak:

We are the Disability Claim Administrator for your patient, John Mathna.

To evaluate Mr. Mathna's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from June 1, 2019 through to the present
- Restrictions
- Completion of the Enclosed Forms:

  X Restrictions Form
  X Other

We ask that you provide this information by April 12, 2020. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 430-5682 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Restrictions Form

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

# Restrictions Form

**Return To:** Lauren McCoy

| John Mathna | | 9866785 |
|---|---|---|
| **Employee /Claimant Name** | **Date of Birth** | **Claim Number** |

**To be completed by physician:**

1. **DATE FIRST TREATED** — ____________

   **DATE LAST TREATED** — ____________

   **NEXT OFFICE VISIT** — ____________

   **DIAGNOSIS(ES) WITH ASSOCIATED ICD CODES**

2. **For physical diagnoses, check one that indicates what your patient is capable of performing occupationally on a full-time basis:**

☐ **SEDENTARY** Lifting / carrying up to **10** pounds occasionally, sitting over 50% of the time and standing / walking occasionally.
☐ **LIGHT** Lifting / carrying up to **20** pounds occasionally, sitting at least occasionally and standing / walking frequently.
☐ **MEDIUM** Lifting / carrying up to **50** pounds occasionally; sitting, standing and / or walking constantly.
☐ **HEAVY** Lifting / carrying up to **100** pounds occasionally; sitting, standing and / or walking constantly.
☐ **VERY HEAVY** Lifting / carrying **over 100** pounds occasionally; sitting, standing and / or walking constantly.

| **KEY:** | **OCCASIONALLY** | **FREQUENTLY** | **CONSTANTLY** |
|---|---|---|---|
| | Up to 20 Minutes / Hour | Up to 40 Minutes / Hour | Over 40 Minutes / Hour |
| | Up to 2 ½ Hours / Day | Up to 5 ½ Hours / Day | Over 5 ½ Hours / Day |

3. **DESCRIBE PHYSICAL, MENTAL AND / OR COGNITIVE RESTRICTIONS THAT CORRESPOND WITH THE DIAGNOSIS(ES) LISTED ABOVE.** **1) For physical diagnoses, describe the type of task (bend, grasp, etc.) *AND* frequency *(SEE KEY).***
   **2) For mental and / or cognitive diagnoses, describe the work situations that should be avoided or reduced.**

4. **RESTRICTIONS IMPOSED FROM** ____________ **TO** ____________ .

5. **IF YOUR PATIENT CANNOT RETURN TO WORK NOW, WHAT TREATMENT IS PLANNED TO FACILITATE RETURN TO WORK (MEDICATIONS, TESTS, PROCEDURES, ETC.)? WHAT IS THE ESTIMATED RETURN TO WORK DATE?** ________

6. **PLEASE LIST THE MEDICAL / PSYCHOLOGICAL FINDINGS THAT SUPPORT THE NOTED RESTRICTIONS?**

7. **PLEASE FORWARD COPIES OF YOUR OFFICE NOTES AND TEST RESULTS FROM** __________ **TO** __________ .

| | | |
|---|---|---|
| **Provider's Name (Please Print)** | **Degree *AND* Area of Specialty** | **Social Security or Tax ID Number** |
| **Street Address** | **Telephone Number** | **Fax Number** |
| **City, State & Zip Code** | **Signature** | **Date** |

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207

MR. JOHN MATHNA

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

March 28, 2020

Mr. John D. Mathna

RE: Long Term Disability (LTD) Benefits
Volkswagen Group of America
Claim #: 9866785

Dear Mr. John Mathna:

Lincoln Life Assurance Company of Boston is responsible for managing claims for Long Term Disability (LTD) benefits under Volkswagen Group of America's Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

We have been informed that you have been unable to work since September 26, 2019 due to your condition.

Please note that receipt of benefits prior to the Long Term Disability benefit begin date does not automatically mean that your Long Term Disability claim will be approved. The provisions and requirements in the Long Term Disability Policy differ from those of other income replacement contracts.

In order to consider your application for benefits, we are in need of additional information.

The Policy requires that you provide proof of disability as follows:

> *"Disability" or "Disabled" means:*
> *1. For persons other than pilots, co-pilots, and crewmembers of an aircraft:*
> *i. that during the Elimination Period and the next 12 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*
>
> *ii. thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*
>
> *"Material and Substantial Duties" means responsibilities that are normally required to perform theCovered Person' Own Occupation, or any other occupation, and cannot be reasonably eliminated or modified.*

*"Own Occupation" means the Covered Person' occupation that he was performing when his Disabilityor Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person' occupation as it is normally performed in the national economy.*

**N***otice and Proof of Claim*
*1. Notice*
*a. Notice of claim must be given to Liberty within 20 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. Proof*
*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person' Proof of loss is satisfactory.*

Please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, and treatment plans for the period of reported disability.

We are requesting that you complete and return the following form(s):

X Activities Questionnaire Form
X Authorization - Medical
X Claimant Information Form
X Claimant Supplementary Statement
X Family Information Questionnaire

X Training Education Experience
X Authorization to Speak with Third Party
__ Other

This information is needed in order to make an initial determination on your claim.

Volkswagen Group of America's LTD Policy requires that you provide proof of disability in order to receive benefits. This proof must be provided by May 10, 2020. Without the information specified above, we will be unable to evaluate your claim eligibility. In the absence of this information, we will make a claim determination based on the information in our file, which may result in a claim denial.

We will notify you of the status of the claim when a decision has been made. If you have any questions regarding your application for benefits, please contact me.

Lincoln Financial Group offers you the convenience of managing multiple aspects of your benefits online or through your mobile device, including viewing the status of your claim or leave. Visit www.mylincolnportal.com on your computer or mobile device.

Sincerely,

Lauren McCoy
Ltd Case Manager
Phone No.: (800) 291-0112 Ext. 14114
Secure Fax No.: (603) 430-5682

Attachments: Activities Questionnaire Form
Authorization - Medical
Claimant Information Form
Claimant Supplementary Statement
Family Information Questionnaire
Training Education Experience
Authorization to Speak with Third Party

# ACTIVITIES QUESTIONNAIRE

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy



EMPLOYEE/CLAIMANT NAME: John Mathna

CLAIM NO: 9866785 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Volkswagen Group of America

**TO BE COMPLETED BY THE CLAIMANT:**

Please answer the following questions and return the form to Lincoln Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________

Please describe what errands you most commonly run: ____________

Lincoln Financial Group®



How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ______________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ______________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | ________________ | ________________ |
| Carrying groceries into the house | ________________ | ________________ |
| Cooking meals | ________________ | ________________ |
| Cleaning after meals | ________________ | ________________ |
| Cleaning bathrooms | ________________ | ________________ |
| Vacuuming | ________________ | ________________ |
| Doing the laundry | ________________ | ________________ |
| Opening and responding to mail | ________________ | ________________ |
| Managing your finances | ________________ | ________________ |
| Balancing your checkbook | ________________ | ________________ |
| Bathing yourself | ________________ | ________________ |
| Styling your own hair | ________________ | ________________ |
| Getting dressed | ________________ | ________________ |
| Going up and down stairs | ________________ | ________________ |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________

__________________________________________________________

__________________________________________________________

Lincoln Financial Group®



How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes ______ No ______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes ______ No ______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes ______ No ______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes ______ No ______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Lincoln Financial Group.

Name: ______________________________ Date: ______________________________

Signature: ______________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Lincoln Financial Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Lincoln Financial Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ________________________________________

Name of legal representative, if applicable (print) ____________________________________ Relationship ____________________

Signature of claimant or legal representative ___________________________________________

Date of Birth: ___________________ Claim Number: 9866785 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

# CLAIMANT INFORMATION FORM

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return To:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 06/01/2019 to to the present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

| | |
|---|---|
| Name: | Name: |
| Specialty: | Specialty: |
| Address: | Address: |
| Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( ) |
| Name: | Name: |
| Specialty: | Specialty: |
| Address: | Address: |
| Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( ) |

**MEDICAL INSURANCE CARRIER(S):**

| | |
|---|---|
| Name: | Name: |
| Specialty: | Specialty: |
| Address: | Address: |
| Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( ) |

**PHARMACY(S):**

| | |
|---|---|
| Name: | Name: |
| Specialty: | Specialty: |
| Address: | Address: |
| Telephone No. :( ) Fax No. :( ) | Telephone No. :( ) Fax No. :( ) |

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ______________________________________ **DATE:** ____________________________________

# CLAIMANT SUPPLEMENTARY STATEMENT

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

**EMPLOYEE/CLAIMANT NAME:** John Mathna **CLAIM #:** 9866785

**EMPLOYER:** Volkswagen Group of America **DATE OF BIRTH:**_________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).

Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Lincoln Financial Group has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Lincoln Financial Group and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:**____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# FAMILY INFORMATION QUESTIONNAIRE

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Return to:** Lauren McCoy

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____
If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: ________

Do you have children or dependents*? Yes _____ No _____
If yes, please provide additional details below, using additional space as needed.
* An eligible dependent may include:

- Biological child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________
If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Lincoln Life Assurance Company of Boston.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______________________________ Date: __________________

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

Lincoln Financial Group®

EMPLOYEE/CLAIMANT NAME: John Mathna
CLAIM NO: 9866785
EMPLOYER/SPONSOR: Volkswagen Group of America DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Primary language spoken: ____________ Other language(s) spoken fluently: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties/Physical Requirements (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

3. Company: ________________________ Department: ________________________ From: __________ To: ________
Job Title(s): ____________________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________________
____________________________________________________________________________

4. Company: ________________________ Department: ________________________ From: __________ To: ________
Job Title(s): ____________________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________________
____________________________________________________________________________

5. Company: ________________________ Department: ________________________ From: __________ To: ________
Job Title(s): ____________________________________________________________________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________________________________________________
____________________________________________________________________________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________________________________________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ________________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ________________________ Work: ________________________

**SIGNATURE:** ________________________ **PHONE NO: (      )** ________________________

Lincoln Financial Group®

Lincoln Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7207
London, KY 40742-7207
Phone No.: (800) 291-0112
Secure Fax No.: (603) 430-5682

**Authorization to Speak with Family Member/Alternate Contact**

EMPLOYEE NAME: John Mathna CLAIM NO: 9866785
CUSTOMER NAME: Volkswagen Group of America
RETURN TO: Lauren McCoy

In order to protect your privacy, written authorization is needed before we are able to speak with someone on your behalf, in reference to your claim.

By signing below, you give your written authorization for Lincoln Life Assurance Company of Boston to speak with the person listed below, to obtain information from and release information to, as needed, to evaluate your claim.

This authorization is limited to your claim with Lincoln Life Assurance Company of Boston, and would be overridden by all other legal arrangements, such as a Power of Attorney agreement.

I,__________________________ hereby give permission to __________________________ to speak with Lincoln Life Assurance Company of Boston on my behalf until further notice.

John Mathna
Claimant Name

Date of Birth

Claimant Signature

Date

9866785
Claim Number

**From:**VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:**Thu, 12 Mar 2020 18:14:14 +0000
**To:**Bostick, Khandis
**Cc:**VWGoA Benefits
**Subject:**RE: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

Hi Khandis,

Yes, he had company paid LTD and the supplemental disability plans.

Thanks!
Jess

---

**From:** Bostick, Khandis <Khandis.Bostick@lfg.com>
**Sent:** Thursday, March 12, 2020 1:58 PM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Subject:** RE: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

Hello,

Please confirm if this associate had LTD coverage as of 9/24/2019.

Please advise if you need anything further.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Khandis Bostick**
Senior Disability Claims Examiner

Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800 291-0112 Office
14033 Extension

LincolnFinancial.com

**Follow us on:**

---

**From:** VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:** Wednesday, March 11, 2020 4:24 PM
**To:** Bostick, Khandis <Khandis.Bostick@lfg.com>
**Cc:** VWGoA Benefits <VWGOABenefits@vw.com>
**Subject:** RE: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

He did, but he was also paid by VW for those days worked.

Thanks!
Jess

---

**From:** Bostick, Khandis <Khandis.Bostick@lfg.com>
**Sent:** Wednesday, March 11, 2020 4:18 PM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Subject:** RE: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

Hello,

Please verify if John had STD coverage for dates of service: 9/24-10/8/19.

Please advise if you need anything further.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.


**Khandis Bostick**
Senior Disability Claims Examiner

Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800 291-0112 Office
14033 Extension

LincolnFinancial.com

**Follow us on:**


---

**From:** VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:** Tuesday, March 10, 2020 8:32 AM
**To:** Cooper, Julie (Extern) <extern.Julie.Cooper@vw.com>; VWGoA Benefits <VWGOABenefits@vw.com>
**Cc:** Davis, Kristin <Kristin.Davis@lfg.com>; Swett, Katharine <Katharine.Swett@lfg.com>; Bostick, Khandis <Khandis.Bostick@lfg.com>
**Subject:** RE: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi All,

Khandis sent a request on this as well, see attached. He was NSC and termed employment on 10/9/19

Thanks!
Jess

---

**From:** Cooper, Julie (Extern) <extern.Julie.Cooper@vw.com>
**Sent:** Tuesday, March 10, 2020 8:30 AM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Cc:** Davis, Kristin <Kristin.Davis@lfg.com>; Swett, Katharine <Katharine.Swett@lfg.com>
**Subject:** FW: FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

Hi Jessica.

Is John an employee on your end? I cannot find anyone with that name my end or a spelling close to it with the provided date of birth.

**Julie Cooper**
Disability Specialist
ProgressiveHealth

Volkswagen Group of America, Inc.
Chattanooga Operations, LLC
8001 Volkswagen Drive
Chattanooga, TN 37416

T. 423-582-4451
F. 423-582-5953

www.vw.com

This message, including any attachments, is intended only for the named addressee(s).

---

**From:** Davis, Kristin <Kristin.Davis@lfg.com>
**Sent:** Monday, March 9, 2020 4:18 PM
**To:** Cooper, Julie (Extern) <extern.Julie.Cooper@vw.com>
**Cc:** Swett, Katharine <Katharine.Swett@lfg.com>
**Subject:** FMLA Request for JOHN MATHNA, Leave ID 9866787– Missing Employee Information

Good Afternoon,

On 03/06/2020 we received an FMLA leave request for JOHN MATHNA, (DOB I am unable to locate the employee on the eligibility file. Can you please confirm if the employee is active and provide eligibility information?

Is the employee active?___________

If the employee has been terminated, provide the term date: _____________________

Provide total hours worked in the last 12 months (00/00/00-00/00/00): _____________

Provide grand total months worked (in the last 7 years): _________________________

If the employee is active and eligible, in order for Lincoln Financial to process the leave request, they will need to be added to the eligibility feed.

**<u>If we do not receive a response within 2 business days, we will not be able to process the employee's leave request and the leave will be denied.</u>**

-
Thank you,

**Kristin Davis**
Leaves Claims Specialist II
Lincoln Financial Group
PO Box 8200
Dover, NH 03820

800.283.0823 Office
16035 Ext.

LincolnFinancial.com

Follow us on:

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:**Tue, 10 Mar 2020 12:24:16 +0000
**To:**Bostick, Khandis;VWGoA Benefits
**Cc:**carrie.piazza-beckey@alight.com
**Subject:**RE: John Mathna cid 9866785

Hi Khandis,

John Mathna terminated employment effective 10/9/19 so he isn't eligible.

Thanks!
Jess

---

**From:** Bostick, Khandis <Khandis.Bostick@lfg.com>
**Sent:** Monday, March 9, 2020 6:46 PM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Cc:** carrie.piazza-beckey@alight.com
**Subject:** John Mathna cid 9866785

Hello,

Please verify eligibility for STD benefits for this associate.

Please advise if you need anything further.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Khandis Bostick**
Senior Disability Claims Examiner

Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800 291-0112 Office
14033 Extension

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited

and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**From:**VWGoA Benefits <VWGOABenefits@vw.com>
**Sent:**Tue, 10 Mar 2020 12:24:16 +0000
**To:**Bostick, Khandis;VWGoA Benefits
**Cc:**carrie.piazza-beckey@alight.com
**Subject:**RE: John Mathna cid 9866785

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Hi Khandis,

John Mathna terminated employment effective 10/9/19 so he isn't eligible.

Thanks!
Jess

---

**From:** Bostick, Khandis <Khandis.Bostick@lfg.com>
**Sent:** Monday, March 9, 2020 6:46 PM
**To:** VWGoA Benefits <VWGOABenefits@vw.com>
**Cc:** carrie.piazza-beckey@alight.com
**Subject:** John Mathna cid 9866785

Hello,

Please verify eligibility for STD benefits for this associate.

Please advise if you need anything further.

Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.

**Khandis Bostick**
Senior Disability Claims Examiner

Lincoln Financial Group
P.O. Box 7207
London, KY 40742

800 291-0112 Office
14033 Extension

LincolnFinancial.com

**Follow us on:**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are

hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**