IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| JOHN MATHNA,<br><br>Plaintiff,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Civil Action No. 1:21-cv-107 |

**STIPULATION FOR EXTENSION TO FILE BRIEFS**

Pursuant to paragraph 10 of the Court's Scheduling Order, the Parties stipulate to a thirty (30) day extension to the current deadlines set in paragraphs 5-7 of the Order. ECF #20.

Accordingly, the new deadline for Plaintiff's brief is February 9, 2022, with Defendant's response due by March 2, 2022, and Plaintiff's reply due by March 9, 2022.

Dated this 6th day of January, 2022.

Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS FOR PLAINTIFF

*/s/ R. Chandler Wilson*
R. Chandler Wilson (Tenn. Bar #034491)
414 McCallie Avenue
Chattanooga, TN 37402
T: (423) 634-2506
F: (423) 634-2505
cwilson@buchanandisability.com

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
ATTORNEYS FOR DEFENDANT

*/s/ Iwana Rademaekers*
Iwana Rademaekers (Texas Bar #16452560)
Admitted *Pro Hac Vice*
17304 Preston Road, Suite 800
Dallas, TX 75252
T: (214) 579-9319
F: (469) 444-6456
iwana@rademaekerslaw.com



Case 1:21-cv-00107-CEA-SKL Document 24 Filed 01/06/22 Page 1 of 1 PageID #: 552