IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

JOHN MATHNA,

Plaintiff,

v.

LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,

Defendant.

Civil Action No. 1:21-cv-107

**NOTICE OF SETTLEMENT**

The Plaintiff provides notice that the parties have reached a settlement of this matter. The parties are finalizing the terms of the agreement, after which a Stipulation of Dismissal will be filed.

This 8th day of February, 2022.

Respectfully submitted,

ERIC BUCHANAN & ASSOCIATES, PLLC
ATTORNEYS FOR PLAINTIFF

*/s/ R. Chandler Wilson*

R. Chandler Wilson (Tenn. Bar #034491)
414 McCallie Avenue
Chattanooga, TN 37402
T: (423) 634-2506
F: (423) 634-2505
cwilson@buchanandisability.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 8, 2022, the foregoing filing, Notice of Settlement, was filed electronically with the Clerk of the Court. Parties may access this filing through the Court's CM/ECF System.

BY: */s/ R. Chandler Wilson*
R. Chandler Wilson