UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN MATHNA, *Plaintiff*, | ) | Case No. 1:21-cv-107 |
| v. | ) | Judge Atchley |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, *Defendant*. | ) | Magistrate Judge Lee |

**ORDER**

On February 8, 2022, the Court received notice that the parties have reached a settlement as to all matters in controversy between them. [Doc. 25]**.** Accordingly, it is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) **no later than February 25, 2022**. The parties are **ON NOTICE** that if no stipulation of dismissal is filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

**/s/ *Charles E. Atchley Jr.***
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**