**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**CHATTANOOGA DIVISION**

| | |
|---|---|
| **JOHN MATHNA,** | ) |
| | ) CIVIL ACTION NO. 1:21cv00107-CEA-SKL |
| Plaintiff, | ) |
| | ) |
| v. | ) District Judge Charles E. Atchley, Jr. |
| | ) |
| **LINCOLN LIFE ASSURANCE** | **)** |
| **COMPANY OF BOSTON,** | **)** Chief Magistrate Judge Susan K. Lee |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff John Mathna and Lincoln Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 25th day of February, 2022.

Respectfully submitted,

By: /s/ R. Chandler Wilson
R. Chandler Wilson (Tenn. Bar #034491
ERIC BUCHANAN & ASSOCIATES, PLLC
414 McCallie Avenue
Chattanooga, TN 37402
PH: (423) 634-2505
Email: cwilson@buchanandisability.com

ATTORNEY FOR PLAINTIFF

**- AND -**

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT